# EXHIBIT E

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| GINA SPEARMAN, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20EV006633 |
| BROKER SOLUTIONS, INC. d/b/a | ) |
| NEW AMERICAN FUNDING, | ) |
| | ) |
| *Defendant*. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  Plaintiff Gina Spearman and her attorney of record
MaryBeth V. Gibson, Esq.
The Finley Firm, P.C.
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305

TO:  The Clerk of the State Court of Fulton County

PLEASE TAKE NOTICE that the undersigned has this day filed a Petition of Removal of the above-captioned action with the Clerk of the United States District Court, Northern District of Georgia, Atlanta Division.  A copy of the Petition of Removal is attached hereto as Exhibit A.

By virtue of law, the aforesaid case is now removed and further proceedings in the State Court of Fulton County are stayed.

Respectfully submitted, this the 9th day of December, 2020.

15901953v2

- 2 -

/s/ Henry M. Perlowski
Henry M. Perlowski
Georgia Bar No. 572393
henry.perlowski@agg.com
T. Chase Ogletree
Georgia Bar No. 579860
chase.ogletree@agg.com

ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: 404-873-8684
Facsimile: 404-873-8685

*Counsel for Defendant*

# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| GINA SPEARMAN, | ) |
|    *Plaintiff*, | ) ) ) |
| v. | ) ) Civil Action No. 20EV006633 |
| BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, | ) ) ) |
|    *Defendant*. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** upon all parties via email correspondence addressed and U.S. mail addressed as follows:

> MaryBeth V. Gibson
> Georgia Bar No. 725843
> mgibson@thefinleyfirm.com
> The Finley Firm, P.C.
> 3535 Piedmont Road
> Building 14, Suite 230
> Atlanta, Georgia 30305

This the 9th day of December, 2020.

> /s/ Henry M. Perlowski
> Henry M. Perlowski

- 3 -

15901953v2