IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN,<br><br>    *Plaintiff,*<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a<br>NEW AMERICAN FUNDING,<br><br>    *Defendant*. | CIVIL ACTION FILE NO.<br>_____ |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, the undersigned counsel of record for Defendant certifies as follows:

1. The following is a full and complete list of all parties to this action:

    a) Ms. Gina Spearman; and

    b) Broker Solutions, Inc. d/b/a New American Funding.

There is no parent corporation or any publicly held corporation owning 10% or more of Defendant's stock.

2. There are no persons, associations, firms, partnerships, or corporations known to Defendant having either a financial interest in or other

1

interest which could be substantially affected by the outcome of this particular case:

    3.    The following is a complete list of each person serving as a lawyer on behalf of Defendant in this proceeding:

    a) Henry M. Perlowski

    b) T. Chase Ogletree

The following is a complete list of each person serving as a lawyer on behalf of Plaintiff in this proceeding:

    a) MaryBeth V. Gibson

Respectfully submitted this 9th day of December, 2020 by:

    ARNALL GOLDEN GREGORY LLP

*/s/ Henry M. Perlowski*
Henry M. Perlowski
Georgia Bar No. 572393
henry.perlowski@agg.com
T. Chase Ogletree
Georgia Bar No. 579860
chase.ogletree@agg.com

*Attorneys for Defendant*

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1032
Phone: (404) 873-8684
Fax: (404) 873-8685

15909338v1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that this Certificate of Interested Persons has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), namely, Book Antiqua (13 point).

Respectfully submitted, this the 9th day of December, 2020.

>*/s/ Henry M. Perlowski*
>Henry M. Perlowski
>Georgia Bar No. 572393

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No. ) _____ |
| BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, | ) ) ) |
| *Defendant*. | |

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing CERTIFICATE OF INTERESTED PERSONS via email correspondence and U.S. Mail addressed as follows:

MaryBeth V. Gibson
Georgia Bar No. 725843
mgibson@thefinleyfirm.com
The Finley Firm, P.C.
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305

This the 9th day of December, 2020.

/s/ *Henry M. Perlowski*
Henry M. Perlowski
Georgia Bar No. 572393