# EXHIBIT 4

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 1 | | Word Doc | | Ken Block | | Notes regarding attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information reflecting the thoughts, opinions, or impressions of counsel in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 2 | | Word Doc | | Ken Block | Henry M. Perlowski | Draft document re: attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information reflecting the thoughts, opinions, or impressions of counsel in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 3 | 4/22/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [henry.perlowski@agg.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information reflecting the thoughts, opinions, or impressions of counsel in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 4 | 4/13/2020 | Email | | Renae Souza [Renae.Souza@Nafinc.com] | Jamie Paz [Jamie.Paz@Nafinc.com];Amber Braun [Amber.Braun@Nafinc.com];Michael Dowlatshahi [Michael.Dowlatshahi@Nafinc.com];Rosa Martinez [Rosa.Martinez@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information reflecting the thoughts, opinions, or impressions of counsel in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 5 | 10/22/2019 | Word Doc | | Ken Block | Legal File | Memorandum regarding attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman and Kelly Allison/Morrison's depature from NAF; Work product protected information reflecting the thoughts, opinions, or impressions of counsel in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 6 | 10/22/2019 | Email | | Ken Block [Ken.Block@Nafinc.com] | Christy Bunce [Christy.Bunce@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman and Kelly Allison/Morrison's depature from NAF; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 7 | | Word Doc | Y | | | Attachment to Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman and Kelly Allison/Morrison's depature from NAF; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 8 | 6/17/2021 | Email | | Amber Braun [Amber.Braun@Nafinc.com] | Michael Dowlatshahi [Michael.Dowlatshahi@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 9 | 6/17/2021 | Email | | Amber Braun [Amber.Braun@Nafinc.com] | Michael Dowlatshahi [Michael.Dowlatshahi@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 10 | 4/14/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Christy Bunce [Christy.Bunce@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 11 | 6/17/2021 | Email | | Amber Braun [Amber.Braun@Nafinc.com] | Michael Dowlatshahi [Michael.Dowlatshahi@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 12 | 7/22/2021 | Email | | Jing Chen [Jing.Chen@Nafinc.com] | Andrew Westle [Andrew.Westle@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 13 | 7/22/2021 | Email | | Jing Chen [Jing.Chen@Nafinc.com] | Andrew Westle [Andrew.Westle@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 14 | 4/30/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com];Renae Souza [Renae.Souza@Nafinc.com];Christy Bunce [Christy.Bunce@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 15 | | Word Doc | Y | | | Attachment to attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 16 | 4/30/2020 | Email | | Christy Bunce [Christy.Bunce@Nafinc.com] | Ken Block [Ken.Block@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 17 | 4/30/2020 | Email | | Christy Bunce [Christy.Bunce@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com];Ken Block [Ken.Block@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 18 | 4/30/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 19 | 4/30/2020 | Email | | Christy Bunce [Christy.Bunce@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com];Ken Block [Ken.Block@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 20 | 4/30/2020 | Email | | Christy Bunce [Christy.Bunce@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com];Ken Block [Ken.Block@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 21 | 4/30/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Christy Bunce [Christy.Bunce@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 22 | 4/30/2020 | Email | | Christy Bunce [Christy.Bunce@Nafinc.com] | Ken Block [Ken.Block@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 23 | 4/30/2020 | Email | | Michael Bartyczak [Michael.Bartyczak@Nafinc.com] | Ken Block [Ken.Block@Nafinc.com];Christy Bunce [Christy.Bunce@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 24 | 4/30/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 25 | 4/30/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 26 | 4/30/2020 | Email | | Michael Bartyczak [Michael.Bartyczak@Nafinc.com] | Ken Block [Ken.Block@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 27 | 4/30/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Christy Bunce [Christy.Bunce@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 28 | 4/30/2020 | Email | | Christy Bunce [Christy.Bunce@Nafinc.com] | Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Ken Block [Ken.Block@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 29 | 4/30/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Christy Bunce [Christy.Bunce@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 30 | 4/30/2020 | Email | | Renae Souza [Renae.Souza@Nafinc.com] | Ken Block [Ken.Block@Nafinc.com];Christy Bunce [Christy.Bunce@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 31 | 5/1/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 32 | 5/1/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Renae Souza [Renae.Souza@Nafinc.com];Christy Bunce [Christy.Bunce@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 33 | 5/1/2020 | Email | | Renae Souza [Renae.Souza@Nafinc.com] | Ken Block [Ken.Block@Nafinc.com];Christy Bunce [Christy.Bunce@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 34 | 5/1/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Renae Souza [Renae.Souza@Nafinc.com];Christy Bunce [Christy.Bunce@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 35 | 5/1/2020 | Email | | Renae Souza [Renae.Souza@Nafinc.com] | Ken Block [Ken.Block@Nafinc.com];Christy Bunce [Christy.Bunce@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 36 | 5/1/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Renae Souza [Renae.Souza@Nafinc.com];Christy Bunce [Christy.Bunce@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 37 | 5/1/2020 | Email | | Christy Bunce [Christy.Bunce@Nafinc.com] | Ken Block [Ken.Block@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 38 | 5/1/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Christy Bunce [Christy.Bunce@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 39 | 5/1/2020 | Email | | Christy Bunce [Christy.Bunce@Nafinc.com] | Ken Block [Ken.Block@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 40 | 5/1/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Christy Bunce [Christy.Bunce@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 41 | 5/1/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Christy Bunce [Christy.Bunce@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 42 | 5/7/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 43 | 5/1/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 44 | 11/14/2019 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | 'Ken Block' [Ken.Block@Nafinc.com];Ashley A. Halberda [ahalberda@cdflaborlaw.com];Mitchell, Richard A. [Richard.Mitchell@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman and Kelly Allison/Morrison's depature from NAF; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 45 | 9/18/2020 | Email | | Jamie Paz [Jamie.Paz@Nafinc.com] | Ken Block [Ken.Block@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 46 | 9/18/2020 | Email | | Renae Souza [Renae.Souza@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com];Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 47 | 9/22/2020 | Email | | Jo Olivar [Jo.Olivar@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 48 | 9/18/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 49 | 7/31/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 50 | 4/30/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 51 | 4/30/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Christy Bunce [Christy.Bunce@Nafinc.com];Ken Block [Ken.Block@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 52 | 4/30/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Christy Bunce [Christy.Bunce@Nafinc.com];Ken Block [Ken.Block@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 53 | | Word Doc | Y | | | Attachment to attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 54 | 4/13/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 55 | 4/13/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 56 | 7/31/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 57 | 7/31/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 58 | 7/31/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 59 | 7/31/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 60 | 4/22/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 61 | 4/22/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 62 | 2/11/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding the March 1, 2020 Amendment to Schedule 1; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 63 | 2/11/2020 | Email | | Jon Reed (EVP Retail) [Jon.Reed@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com];Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding the March 1, 2020 Amendment to Schedule 1; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 64 | 2/11/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding the March 1, 2020 Amendment to Schedule 1; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 65 | 4/13/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 66 | 4/13/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 67 | 5/1/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 68 | 4/23/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 69 | 7/28/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 70 | 4/13/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Simin Akbar [Simin.Akbar@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 71 | 4/30/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Christy Bunce [Christy.Bunce@Nafinc.com];Ken Block [Ken.Block@Nafinc.com];Michael Bartyczak [Michael.Bartyczak@Nafinc.com];Renae Souza [Renae.Souza@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 72 | | Word Doc | Y | | | Attachment to attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 73 | 4/30/2020 | Email | | Perlowski, Henry M. [henry.perlowski@agg.com] | Ken Block [ken.block@nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 74 | 7/28/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 75 | 2/11/2020 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | 'Ken Block' [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding the March 1, 2020 Amendment to Schedule 1; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 76 | 11/15/2019 | Email | | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | 'Ken Block' [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman and Kelly Allison/Morrison's depature from NAF; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 77 | 8/18/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 78 | 9/18/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 79 | 9/18/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Renae Souza [Renae.Souza@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 80 | 7/28/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 81 | 7/28/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 82 | 8/5/2020 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 83 | | .jpg | Y | | | Attachment to attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman's possible claims after her resignation and demand for additional payments and actual claims following the filing of her complaint; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 84 | 11/14/2019 | Email | | Ken Block [Ken.Block@Nafinc.com] | Ashley A. Halberda [ahalberda@cdflaborlaw.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com];Mitchell, Richard A. [Richard.Mitchell@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman and Kelly Allison/Morrison's depature from NAF; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 85 | 11/14/2019 | Email | | Ken Block [Ken.Block@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com];Ashley A. Halberda [ahalberda@cdflaborlaw.com];Mitchell, Richard A. [Richard.Mitchell@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman and Kelly Allison/Morrison's depature from NAF; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 86 | 11/15/2019 | Email | | Christy Bunce [Christy.Bunce@Nafinc.com] | Perlowski, Henry M. [Henry.Perlowski@AGG.com];Ken Block [Ken.Block@Nafinc.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman and Kelly Allison/Morrison's depature from NAF; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |
| 87 | 11/15/2019 | Email | | Ken Block [Ken.Block@Nafinc.com] | Christy Bunce [Christy.Bunce@Nafinc.com];Perlowski, Henry M. [Henry.Perlowski@AGG.com] | Attorney-client privileged confidential communication for the purpose of providing legal advice regarding Gina Spearman and Kelly Allison/Morrison's depature from NAF; Work product protected information prepared and conveyed in anticipation of litigation | Attorney-client privilege; Work Product Privilege |

*Spearman v. New American Funding*
**Defendant's Privilege Log**
Vol. 1

| No. | Date | Doc Type | Attachment | From | To | Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| | | | | <u>Directory of Attorneys</u>: Ken Block, General Counsel & Chief Compliance Officer, NAF<br>Henry Perlowski, outside counsel, Arnall Golden Gregory LLP<br>Michael Dowlatshahi, Senior Corporate Counsel, NAF<br>Andrew Westle, Senior Corporate Counsel, NAF<br>Michael Bartyczak, Assistant General Counsel, NAF<br>Ashley Halberda, outside counsel, CDF Labor Law LLP<br>Richard Mitchell, outside counsel, Arnall Golden Gregory LLP<br>Simin Akbar, Assistant General Counsel, NAF | | | |