IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN,<br><br>    Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a<br>NEW AMERICAN FUNDING,<br><br>    Defendant. | Case No. 1:20-cv-04981-CAP |

**DEFENDANT'S SECOND AMENDED NOTICE OF DEPOSITION
OF PLAINTIFF GINA SPEARMAN**

TO:   MaryBeth V. Gibson, Esq.
       Travis Hargrove, Esq.
       N. Nickolas Jackson, Esq.
       The Finley Firm, P.C.
       3535 Piedmont Road
       Building 14, Suite 230
       Atlanta, Georgia 30305

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 26 and 30, Defendant Broker Solutions, Inc. d/b/a New American Funding, by and through its attorneys, will take the oral deposition of Plaintiff Gina Spearman on November 8, 2021, beginning at 10:00 a.m. at the offices of The Finley Firm, P.C., 3535 Piedmont Road, Building 14, Suite 230, Atlanta, Georgia 30305, or at such other

17287547v1

time and place as mutually agreed upon by counsel for the parties. The deposition shall be conducted under oath before an officer appointed or designated under Fed. R. Civ. P. 28 and recorded by stenographic and videographic means. It will be taken for all purposes of discovery and continue from day-to-day, if necessary, until it is completed.

Respectfully submitted this the 27th day of October, 2021.

>*/s/ Henry M. Perlowski*
>Henry M. Perlowski
>Georgia Bar No. 572393
>Henry.Perlowski@agg.com
>T. Chase Ogletree
>Georgia Bar No. 579860
>Chase.Ogletree@agg.com
>
>*Counsel for Defendant Broker Solutions, Inc. d/b/a New American Funding*

**ARNALL GOLDEN GREGORY LLP**
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone (404) 873-8684
Facsimile: (404) 873-8685

17287547v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, a true and correct copy of the above and foregoing was served, via electronic mail, on counsel for Plaintiff:

Marybeth V. Gibson
mbgibson@thefinleyfirm.com
Travis C. Hargrove
thargrove@thefinleyfirm.com
N. Nicholas Jackson
njackson@thefinleyfirm.com
THE FINLEY FIRM, P.C.
3535 Piedmont Road Building 14, Suite 230
Atlanta, Georgia 30305
Telephone (404) 320-9979
Facsimile: (404) 320-9978
*Counsel for Plaintiff*

/s/ *Henry M. Perlowski*
Henry M. Perlowski

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that on this day the foregoing document was prepared in accordance with L.R. 7.1 and 5.1 using Book Antiqua, 13 point font.

This the 27th day of October, 2021.

Respectfully submitted,

/s/ Henry M. Perlowski
Henry M. Perlowski