## Gina Spearman

| | |
|---|---|
| **From:** | Gina Spearman |
| **Sent:** | Monday, April 13, 2020 12:55 PM |
| **To:** | Patty Arvielo; Rick Arvielo; Christy Bunce; Jan Preslo |
| **Cc:** | Kelly Allison; Renae Souza |
| **Subject:** | Resignation |
| **Attachments:** | NAF Deducts.xlsx |

Dear Patty, Rick, Christy & Jan,

After much thought, I have elected to resign from my position as SVP, Regional Manager of Broker Solutions, Inc. ("NAF") effective immediately. I appreciate the opportunity NAF has afforded me to learn and grow in my career over the last 3.5 years. I came to this decision because I do not believe I have any security or stability in compensation, nor do I feel confident I can strategically plan for the future. This is an individual decision that I have made solely for myself and my family. I am willing to assist with any transition needs that are in the best interest of the NAF Southeast Team, customers, and referral partners. Please provide guidance as to how you would like to address the logistics of returning any NAF materials I may have and any other separation protocols we should address.

In addition, as we have discussed on several occasions, NAF has not paid me correctly under the terms of our agreement. Specifically, under Section 5.2 of the November 6, 2016 Regional Manager Agreement, I have been entitled, among other things, to an Override Bonus. The attached spreadsheet shows what I have been paid versus what I should have been paid. Based on the spreadsheet, I am owed $544,383 for unpaid Override Bonuses. Please send payment of $544,383 immediately, but in no event, less than 30 days.

Beginning in March 2019, NAF improperly deducted monies to pay marketing costs and forced me to absorb certain Pricing Exceptions. As a consequence of NAF's unilateral conduct and without a written amendment to the Reginal Manager Agreement, I was not paid $466,046 which I was entitled to receive. Please send payment of $466,046 for improperly withheld compensation immediately, but in no event, less than 30 days.

Lastly, under Section 2.2.1 of the March 1, 2020 amended Schedule 1 to the Regional Manager Agreement, I am entitled to receive a Production Bonus Percentage Share upon my termination based on the formula in Schedule 1 related to "loans within the pipeline for a period of 120 days after the separation date." Because my separation date is April 13, 2020, I am entitled to the Production Bonus Percentage Share through August 13, 2020.

In sending this letter, I do not waive any rights I may have, including, without limitation, the right to additional compensation not addressed above. Rather, it is my express intent to reserve all of my rights in full. I look forward to an amicable separation and wish you and all of my colleagues at NAF the best in their future endeavors.

Sincerely,

Gina Spearman

SPEARMAN0641

1



DEFENDANT'S EXHIBIT 3 - G. Spearman 11/8/21

**This Document Produced Natively**

CONFIDENTIAL

NAF_0000303

NAF Compensation Deductions

| Month | Excluded volume | Excluded $ | PE Deducts | Marketing Deduct | | |
|---|---|---|---|---|---|---|
| Feb-20 | 19,475,379 | $77,902 | $132,575 | $25,759 | | |
| Jan-20 | 19,035,322 | $76,141 | $82,579 | $36,120 | | |
| Dec-20 | 27,184,859 | $108,739 | $80,186 | $56,269 | | |
| Nov-20 | 15,680,821 | $62,723 | $78,962 | $47,138 | | |
| Oct-20 | 21,370,110 | $85,480 | $131,845 | $65,934 | | |
| Sep-20 | 17,723,794 | $70,895 | $105,974 | $64,451 | | |
| Aug-20 | 16,986,700 | $67,947 | $97,321 | $70,109 | | |
| Jul-20 | 17,196,753 | $68,787 | $96,649 | $77,230 | | |
| Jun-20 | 15,417,244 | $61,669 | $69,501 | $57,207 | | |
| May-19 | 29,573,046 | $118,292 | $46,739 | $48,205 | | |
| Apr-19 | 20,060,314 | $80,241 | $28,657 | $43,475 | | |
| Mar-19 | 19,479,973 | $77,920 | $672 | $9,928 | | |
| Feb-19 | 17,182,658 | $68,731 | | | | |
| Jan-19 | 11,372,788 | $45,491 | | | | |
| Dec-18 | 27,241,763 | $108,967 | | | | |
| Nov-18 | 11,906,192 | $47,625 | | | | |
| Oct-18 | 12,967,937 | $51,872 | | | | |
| Sep-18 | 14,814,593 | $59,258 | | | | |
| Aug-18 | 17,828,067 | $71,312 | | | | |
| Jul-18 | 13,447,162 | $53,789 | | | | |
| Jun-18 | 14,874,309 | $59,497 | | | | |
| May-18 | 9,312,746 | $37,251 | | | | |
| Apr-18 | 4,663,274 | $18,653 | | | | |
| Mar-18 | 7,735,739 | $30,943 | | | | |
| Feb-18 | 5,799,872 | $23,199 | | | | |
| Jan-18 | 5,428,069 | $21,712 | | | | |
| Dec-17 | 7,293,472 | $29,174 | | | | |
| Nov-17 | 3,249,309 | $12,997 | | | | |
| Oct-17 | 5,439,514 | $21,758 | | | | |
| Sep-17 | 5,093,589 | $20,374 | | | | |
| Aug-17 | 4,539,526 | $18,158 | | | | |
| Jul-17 | 2,886,902 | $11,548 | | | | |
| Jun-17 | 4,520,156 | $18,081 | | | | |
| May-17 | 4,105,452 | $16,422 | | | | |
| Apr-17 | 2,765,101 | $11,060 | | | | Total ALL |
| Totals | $453,652,505 | $1,814,610 | $951,660 | $601,825 | | $3,368,095 |
| | | | | | | Gina Total |
| Gina 30% | | $544,383 | $285,498 | 180,548 | | $1,010,429 |