| | |
|---|---|
| Message | |
| From: | Gina Spearman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1DAA207907C74FA093F74B0BD1B0788A-GINA SPEARM] |
| Sent: | 1/18/2018 6:00:32 AM |
| To: | Jan Preslo [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f363635d3bd46b8b6e29c3c2c1c61e9-Jan Preslo] |
| CC: | Jon Reed (EVP Retail) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=88a2a6920b97467fb2fbcb6d005eddd6-Jon Reed]; Katie Traviglia [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2a1de98357144b5e8b3f2d4987274e6f-Katie Travi]; Kelly Allison [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=71f368a3b79e47e7adc95968a98cf41f-Kelly Allis]; Amber Braun [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bef1b07c7a63442d88046425256bd76b-Amber Braun] |
| Subject: | RE: Regional Agreement |

Hi Jan! Kelly and I will coordinate and get back to you. Have a great day!

Visit My Site    Loan Products    Pre-Qualification

      



**Gina Spearman**
Regional Manager
NMLS# 152661

**Office:** (800) 450-2010 Ext. 3758
**Cell:** (404) 449-4515
**Fax:** (404) 529-4043
**Email:** Gina.Spearman@nafinc.com

**Address:** 5607 Glenridge Dr Ste. 100
Atlanta, GA 30342

**Website:** www.newamericanfunding.com

**Get Connected:**     

CLICK HERE TO ADD MY INFO TO YOUR CONTACTS

**From:** Jan Preslo
**Sent:** Wednesday, January 17, 2018 7:37 PM
**To:** Gina Spearman <Gina.Spearman@Nafinc.com>
**Cc:** Jon Reed (EVP Retail) <Jon.Reed@Nafinc.com>; Katie Traviglia <Katie.Traviglia@Nafinc.com>; Kelly Allison <Kelly.Allison@Nafinc.com>; Amber Braun <Amber.Braun@Nafinc.com>
**Subject:** RE: Regional Agreement

Hi Gina,
I know you guys are looking at seeing if you can stay through 2/9 & leaving on 2/10.   Is that possible?  We also will be reviewing at the Regional meeting as well which might answer some of your questions in advance of meeting with Jon and I.  Let us know.

DEFENDANT'S EXHIBIT
9 - Spearman
1/18/21- KDF

CONFIDENTIAL                                                                 NAF_0000133

Thanks,
Jan

   



**Jan Preslo**
Executive VP, Retail Production
NMLS# 485771

**Office:** (800) 450-2010 Ext. 5980
**Cell:** (310) 991-8079
**Fax:** (949) 271-0576
**Email:** jan.preslo@nafinc.com

**Website:** www.newamericanfunding.com

CLICK HERE TO ADD MY INFO TO YOUR CONTACTS

**From:** Gina Spearman
**Sent:** Wednesday, January 17, 2018 4:20 PM
**To:** Amber Braun <Amber.Braun@Nafinc.com>
**Cc:** Jon Reed (EVP Retail) <Jon.Reed@Nafinc.com>; Jan Preslo <Jan.Preslo@Nafinc.com>; Katie Traviglia <Katie.Traviglia@Nafinc.com>; Kelly Allison <Kelly.Allison@Nafinc.com>
**Subject:** RE: Regional Agreement

Hi Amber, I would like to discuss this change to my comp plan in further detail with Jon and Jan when we visit California for the Regional meetings. Thank you so much!

Visit My Site          Loan Products          Pre-Qualification

   



**Gina Spearman**
Regional Manager
NMLS# 152661

**Office:** (800) 450-2010 Ext. 3758
**Cell:** (404) 449-4515
**Fax:** (404) 529-4043
**Email:** Gina.Spearman@nafinc.com

**Address:** 5607 Glenridge Dr Ste. 100
Atlanta, GA 30342

**Website:** www.newamericanfunding.com

**Get Connected:**     

CLICK HERE TO ADD MY INFO TO YOUR CONTACTS

**From:** Amber Braun
**Sent:** Friday, January 12, 2018 12:10 PM
**To:** Gina Spearman <Gina.Spearman@Nafinc.com>
**Cc:** Jon Reed (EVP Retail) <Jon.Reed@Nafinc.com>; Jan Preslo <Jan.Preslo@Nafinc.com>; Katie Traviglia <Katie.Traviglia@Nafinc.com>
**Subject:** RE: Regional Agreement

Hi Gina,

Happy Friday! I just wanted to follow up on the attached and the below. Please let me know if you would like us to send this to you for signature in Adobe Sign. Thank you!

*Thank you,*

Amber Braun
*HR Specialist*



New American Funding
14511 Myford Road, Suite 100
Tustin, CA 92780

Direct: 800.450.2010 x7942
Direct: 949.313.0340
Fax: 949.313.0341
Email: **amber.braun@nafinc.com**
Web: www.newamericanfunding.com

    

CONFIDENTIALITY NOTICE

This email message and any attachments are for the exclusive use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**From:** Amber Braun
**Sent:** Tuesday, January 9, 2018 6:15 PM
**To:** Gina Spearman <Gina.Spearman@Nafinc.com>
**Cc:** Jon Reed (EVP Retail) <Jon.Reed@Nafinc.com>; Jan Preslo <jan.preslo@nafinc.com>; Katie Traviglia <Katie.Traviglia@Nafinc.com>
**Subject:** Regional Agreement

Good evening Gina,

Attached, please find the Regional Manager agreement that Jan and Jon have discussed with you as this has been effective as of January 1, 2018. Should you have any questions please review with Jan and Jon. If you would prefer Adobe sign, please let me know and I will have this sent via adobe sign. Thank you so much and have a wonderful day.

*Thank you,*

Amber Braun
*HR Specialist*



New American Funding
14511 Myford Road, Suite 100
Tustin, CA 92780

Direct: 800.450.2010 x7942
Direct: 949.313.0340
Fax: 949.313.0341
Email: **amber.braun@nafinc.com**
Web: www.newamericanfunding.com

    

CONFIDENTIALITY NOTICE

This email message and any attachments are for the exclusive use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

CONFIDENTIAL                                                                                                                                 NAF_0000136