

Gina Spearman

# SCHEDULE 4

## NO OVERRIDE DURING LO GUARANTY PERIOD

**Regional Manager Name:** Gina Spearman

**Region Managed:** Southeast Division

**Effective Date:** July 30, 2018

**Purpose** – This document is to be used in connection with the Schedule 1 - Regional Manager Agreement.

The below referenced are the Loan Consultants as indicated in section 1.4.B of Schedule 1 - Regional Manager Agreement. The details of the deductions are described in the section below:

| Effective Hire Date | Name of Recruit | Amount of Guaranty | Draw End Guaranty |
|---|---|---|---|
| TBD | Redacted | $150,000 Month 1<br>$100,000 Month 2<br>$100,000 Month 3<br>$100,000 Month 4 | TBD |
| TBD | | $65,000 Month 1<br>$50,000 Month 2<br>$45,000 Month 3 | TBD |
| TBD | | $9,000 for 3 months | TBD |
| TBD | | $24,000 Month 1<br>$17,000 Month 2<br>$15,000 Month 3 | TBD |
| TBD | | $13,000 Month 1<br>$12,500 Month 2<br>$11,000 Month 3 | TBD |
| 2/15/2018 | | $20,000 Month 1<br>$20,000 Month 2<br>$18,000 Month 3 | 5/18/2018 |
| 3/20/2018 | | $15,000 Month 1<br>$14,000 Month 2<br>$13,000 Month 3 | 6/15/2018 |
| 5/21/2018 | | $30,000 Month 1<br>$20,000 Month 2<br>$20,000 Month 3 | 7/27/2018 |
| 5/21/2018 | | $30,000 Month 1<br>$30,000 Month 2<br>$30,000 Month 3 | 7/27/2018 |
| 5/21/2018 | | $60,000 Month 1<br>$30,000 Month 2 | 7/27/2018 |

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15

Page 1 of 2





Gina Spearman

| 5/17/2018 | **Redacted** | $10,000 Month 1<br>$9,000 Month 2<br>$8,000 Month 3 | 8/10/2018 |
| --- | --- | --- | --- |
| 7/2/2018 | | $6,000 Month 1<br>$6,000 Month 2<br>$6,000 Month 3 | 9/21/2018 |
| 7/30/2018 | | $15,000 Month 1<br>$12,000 Month 2<br>$10,000 Month 3 | 10/19/2018 |

IN WITNESS WHEREOF, the undersigned have executed this two (2) page No Override During LO Guaranty Period Form as of the date shown below:

*Gina Spearman (Jul 12, 2018)*

Employee - Signature

Jul 12, 2018

Date

**Gina Spearman**

Employee – Print Name

_____

Jan Preslo, EVP Retail Division

_____

Date

_____

Christy Bunce, COO

_____

Date

Gina Spearman
E-signed 2018-07-12 07:02PM EDT
gina.spearman@nafinc.com

Adobe Sign Transaction Number: CBJCHBCAABAAHMuncJJYSFyGNoUPkcHRW33FZpIp

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15

Page 2 of 2



*Gina Spearman*

# SCHEDULE 4

## NO OVERRIDE DURING LO GUARANTY PERIOD

**Regional Manager Name:** Gina Spearman

**Region Managed:** Southeast Division

**Effective Date:** July 30, 2018

**Purpose** – This document is to be used in connection with the Schedule 1 - Regional Manager Agreement.

The below referenced are the Loan Consultants as indicated in section 1.4.B of Schedule 1 - Regional Manager Agreement. The details of the deductions are described in the section below:

| Effective Hire Date | Name of Recruit | Amount of Guaranty | Draw End Guaranty |
|---|---|---|---|
| TBD | Redacted | $150,000 Month 1<br>$100,000 Month 2<br>$100,000 Month 3<br>$100,000 Month 4 | TBD |
| TBD | | $65,000 Month 1<br>$50,000 Month 2<br>$45,000 Month 3 | TBD |
| TBD | | $9,000 for 3 months | TBD |
| TBD | | $24,000 Month 1<br>$17,000 Month 2<br>$15,000 Month 3 | TBD |
| TBD | | $13,000 Month 1<br>$12,500 Month 2<br>$11,000 Month 3 | TBD |
| 2/15/2018 | | $20,000 Month 1<br>$20,000 Month 2<br>$18,000 Month 3 | 5/18/2018 |
| 3/20/2018 | | $15,000 Month 1<br>$14,000 Month 2<br>$13,000 Month 3 | 6/15/2018 |
| 5/21/2018 | | $30,000 Month 1<br>$20,000 Month 2<br>$20,000 Month 3 | 7/27/2018 |
| 5/21/2018 | | $30,000 Month 1<br>$30,000 Month 2<br>$30,000 Month 3 | 7/27/2018 |
| 5/21/2018 | | $60,000 Month 1<br>$30,000 Month 2 | 7/27/2018 |



Gina Spearman

| | | | |
|---|---|---|---|
| 5/17/2018 | Redacted | $10,000 Month 1<br>$9,000 Month 2<br>$8,000 Month 3 | 8/10/2018 |
| 7/2/2018 | | $6,000 Month 1<br>$6,000 Month 2<br>$6,000 Month 3 | 9/21/2018 |
| 7/30/2018 | | $15,000 Month 1<br>$12,000 Month 2<br>$10,000 Month 3 | 10/19/2018 |
| 7/30/2018 | | $20,000 Month 1<br>$20,000 Month 2<br>$15,000 Month 3 | 10/19/2018 |

IN WITNESS WHEREOF, the undersigned have executed this two (2) page No Override During LO Guaranty Period Form as of the date shown below:

*Gina Spearman*
Gina Spearman (Jul 16, 2018)
Employee - Signature

Jul 16, 2018
Date

## Gina Spearman
Employee – Print Name

_____
Jan Preslo, EVP Retail Division

_____
Date

_____
Christy Bunce, COO

_____
Date

Gina Spearman
E-signed 2018-07-16 01:52PM EDT
gina.spearman@nafinc.com

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15

Page 2 of 2



*Gina Spearman*

# SCHEDULE 4

# NO OVERRIDE DURING LO GUARANTY PERIOD

**Regional Manager Name:** Gina Spearman

**Region Managed:** Southeast Division

**Effective Date:** August 13, 2018

**Purpose** – This document is to be used in connection with the Schedule 1 - Regional Manager Agreement.

The below referenced are the Loan Consultants as indicated in section 1.4.B of Schedule 1 - Regional Manager Agreement. The details of the deductions are described in the section below:

| Effective Hire Date | Name of Recruit | Amount of Guaranty | Draw End Guaranty |
|---|---|---|---|
| TBD | Redacted | $150,000 Month 1<br>$100,000 Month 2<br>$100,000 Month 3<br>$100,000 Month 4 | TBD |
| TBD | | $65,000 Month 1<br>$50,000 Month 2<br>$45,000 Month 3 | TBD |
| TBD | | $9,000 for 3 months | TBD |
| TBD | | $24,000 Month 1<br>$17,000 Month 2<br>$15,000 Month 3 | TBD |
| TBD | | $13,000 Month 1<br>$12,500 Month 2<br>$11,000 Month 3 | TBD |
| 2/15/2018 | | $20,000 Month 1<br>$20,000 Month 2<br>$18,000 Month 3 | 5/18/2018 |
| 3/20/2018 | | $15,000 Month 1<br>$14,000 Month 2<br>$13,000 Month 3 | 6/15/2018 |
| 5/21/2018 | | $30,000 Month 1<br>$20,000 Month 2<br>$20,000 Month 3 | 7/27/2018 |
| 5/21/2018 | | $30,000 Month 1<br>$30,000 Month 2<br>$30,000 Month 3 | 7/27/2018 |
| 5/21/2018 | | $60,000 Month 1<br>$30,000 Month 2 | 7/27/2018 |

Page **1** of 2

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15



*Gina Spearman*

| | | | |
|---|---|---|---|
| 5/17/2018 | Redacted | $10,000 Month 1<br>$9,000 Month 2<br>$8,000 Month 3 | 8/10/2018 |
| 7/2/2018 | | $6,000 Month 1<br>$6,000 Month 2<br>$6,000 Month 3 | 9/21/2018 |
| 7/30/2018 | | $15,000 Month 1<br>$12,000 Month 2<br>$10,000 Month 3 | 10/19/2018 |
| 7/30/2018 | | $20,000 Month 1<br>$20,000 Month 2<br>$15,000 Month 3 | 10/19/2018 |
| 8/6/2018 | | $10,000 Month 1<br>$9,000 Month 2<br>$9,000 Month 3 | 11/2/2018 |
| 8/13/2018 | | $5,000 Month 1<br>$5,000 Month 2<br>$5,000 Month 3 | 11/2/2018 |
| 8/13/2018 | | $40,000 Month 1<br>$34,000 Month 2<br>$30,000 Month 3 | 11/2/2018 |
| 8/13/2018 | | $40,000 Month 1<br>$34,000 Month 2<br>$30,000 Month 3 | 11/2/2018 |

IN WITNESS WHEREOF, the undersigned have executed this two (2) page No Override During LO Guaranty Period Form as of the date shown below:

_Gina Spearman (Aug 1, 2018)_                                 Aug 2, 2018
Employee - Signature                                          Date

Gina Spearman
Employee – Print Name


_____                                   _____
Jan Preslo, EVP Retail Division                               Date


_____                                   _____
Christy Bunce, COO                                            Date

Adobe Sign Transaction Number: CBJCHBCAABAAvPICRS1bQj5yVrGIPHkvZgQ4Cyz15J7

Gina Spearman (Gws)
E-signed 2018-08-02 09:37PM EDT
gina.spearman@nafinc.com

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15

Page 2 of 2

CONFIDENTIAL                                                                                           NAF 0000429



*Gina Spearman*

# SCHEDULE 4

# NO OVERRIDE DURING LO GUARANTY PERIOD

**Regional Manager Name:** Gina Spearman

**Region Managed:** Southeast Division

**Effective Date:** August 20, 2018

**Purpose** – This document is to be used in connection with the Schedule 1 - Regional Manager Agreement.

The below referenced are the Loan Consultants as indicated in section 1.4.B of Schedule 1 - Regional Manager Agreement. The details of the deductions are described in the section below:

| Effective Hire Date | Name of Recruit | Amount of Guaranty | Draw End Guaranty |
|---|---|---|---|
| TBD | Redacted | $150,000 Month 1<br>$100,000 Month 2<br>$100,000 Month 3<br>$100,000 Month 4 | TBD |
| TBD | | $65,000 Month 1<br>$50,000 Month 2<br>$45,000 Month 3 | TBD |
| TBD | | $9,000 for 3 months | TBD |
| TBD | | $24,000 Month 1<br>$17,000 Month 2<br>$15,000 Month 3 | TBD |
| TBD | | $13,000 Month 1<br>$12,500 Month 2<br>$11,000 Month 3 | TBD |
| 2/15/2018 | | $20,000 Month 1<br>$20,000 Month 2<br>$18,000 Month 3 | 5/18/2018 |
| 3/20/2018 | | $15,000 Month 1<br>$14,000 Month 2<br>$13,000 Month 3 | 6/15/2018 |
| 5/21/2018 | | $30,000 Month 1<br>$20,000 Month 2<br>$20,000 Month 3 | 7/27/2018 |
| 5/21/2018 | | $30,000 Month 1<br>$30,000 Month 2<br>$30,000 Month 3 | 7/27/2018 |
| 5/21/2018 | | $60,000 Month 1<br>$30,000 Month 2 | 7/27/2018 |

Page 1 of 3

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15



*Gina Spearman*

| | | | |
|---|---|---|---|
| 5/17/2018 | | $10,000 Month 1<br>$9,000 Month 2<br>$8,000 Month 3 | 8/10/2018 |
| 7/2/2018 | | $6,000 Month 1<br>$6,000 Month 2<br>$6,000 Month 3 | 9/21/2018 |
| 7/30/2018 | | $15,000 Month 1<br>$12,000 Month 2<br>$10,000 Month 3 | 10/19/2018 |
| 7/30/2018 | | $20,000 Month 1<br>$20,000 Month 2<br>$15,000 Month 3 | 10/19/2018 |
| 8/6/2018 | | $10,000 Month 1<br>$9,000 Month 2<br>$9,000 Month 3 | 11/2/2018 |
| 8/13/2018 | **Redacted** | $5,000 Month 1<br>$5,000 Month 2<br>$5,000 Month 3 | 11/2/2018 |
| 8/13/2018 | | $40,000 Month 1<br>$34,000 Month 2<br>$30,000 Month 3 | 11/2/2018 |
| 8/13/2018 | | $40,000 Month 1<br>$34,000 Month 2<br>$30,000 Month 3 | 11/2/2018 |
| 8/20/2018 | | $18,000 Month 1<br>$15,000 Month 2<br>$15,000 Month 3<br>$13,000 Month 4 | 12/14/2018 |
| 8/20/2018 | | $40,000 Month 1<br>$35,000 Month 2<br>$34,000 Month 3<br>$34,000 Month 4 | 12/14/2018 |

IN WITNESS WHEREOF, the undersigned have executed this two (2) page No Override During LO Guaranty Period Form as of the date shown below:

_Gws_
Gina Spearman (Aug 7, 2018)
Employee - Signature

Aug 7, 2018
Date

## Gina Spearman

Employee – Print Name

Gina Spearman (Gws)
E-signed 2018-08-07 05:24PM EDT
gina.spearman@nafinc.com

Page 2 of 3

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15

Adobe Sign Transaction Number CBJCHBCAABAA1cxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

CONFIDENTIAL

NAF 0000431

**newamerican**
F U N D I N G

*Gina Spearman*

_____     _____
Jan Preslo, EVP Retail Division             Date


_____     _____
Christy Bunce, COO                              Date

CONFIDENTIAL                                                                                         NAF  0000432



*Gina Spearman*

# SCHEDULE 4

## NO OVERRIDE DURING LO GUARANTY PERIOD

**Regional Manager Name:** Gina Spearman

**Region Managed:** Southeast Division

**Effective Date:** August 20, 2018

**Purpose** – This document is to be used in connection with the Schedule 1 - Regional Manager Agreement.

The below referenced are the Loan Consultants as indicated in section 1.4.B of Schedule 1 - Regional Manager Agreement. The details of the deductions are described in the section below:

| Effective Hire Date | Name of Recruit | Amount of Guaranty | Draw End Guaranty |
|---|---|---|---|
| TBD | | $150,000 Month 1<br>$100,000 Month 2<br>$100,000 Month 3<br>$100,000 Month 4 | TBD |
| TBD | | $65,000 Month 1<br>$50,000 Month 2<br>$45,000 Month 3 | TBD |
| TBD | | $9,000 for 3 months | TBD |
| TBD | | $24,000 Month 1<br>$17,000 Month 2<br>$15,000 Month 3 | TBD |
| TBD | **Redacted** | $13,000 Month 1<br>$12,500 Month 2<br>$11,000 Month 3 | TBD |
| 2/15/2018 | | $20,000 Month 1<br>$20,000 Month 2<br>$18,000 Month 3 | 5/18/2018 |
| 3/20/2018 | | $15,000 Month 1<br>$14,000 Month 2<br>$13,000 Month 3 | 6/15/2018 |
| 5/21/2018 | | $30,000 Month 1<br>$20,000 Month 2<br>$20,000 Month 3 | 7/27/2018 |
| 5/21/2018 | | $30,000 Month 1<br>$30,000 Month 2<br>$30,000 Month 3 | 7/27/2018 |
| 5/21/2018 | | $60,000 Month 1<br>$30,000 Month 2 | 7/27/2018 |

Page **1** of 3

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15

CONFIDENTIAL

NAF 0000433



Gina Spearman

| | | | |
|---|---|---|---|
| 5/17/2018 | Redacted | $10,000 Month 1<br>$9,000 Month 2<br>$8,000 Month 3 | 8/10/2018 |
| 7/2/2018 | | $6,000 Month 1<br>$6,000 Month 2<br>$6,000 Month 3 | 9/21/2018 |
| 7/30/2018 | | $15,000 Month 1<br>$12,000 Month 2<br>$10,000 Month 3 | 10/19/2018 |
| 7/30/2018 | | $20,000 Month 1<br>$20,000 Month 2<br>$15,000 Month 3 | 10/19/2018 |
| 8/6/2018 | | $10,000 Month 1<br>$9,000 Month 2<br>$9,000 Month 3 | 11/2/2018 |
| 8/13/2018 | | $5,000 Month 1<br>$5,000 Month 2<br>$5,000 Month 3 | 11/2/2018 |
| 8/13/2018 | | $40,000 Month 1<br>$34,000 Month 2<br>$30,000 Month 3 | 11/2/2018 |
| 8/13/2018 | | $40,000 Month 1<br>$34,000 Month 2<br>$30,000 Month 3 | 11/2/2018 |
| 8/13/2018 | | $18,000 Month 1<br>$15,000 Month 2<br>$15,000 Month 3<br>$13,000 Month 4<br>$10,000 Month 5 | 1/25/2019 |
| 8/20/2018 | | $40,000 Month 1<br>$35,000 Month 2<br>$21,500 Month 3<br>$21,000 Month 4<br>$21,000 Month 5 | 1/25/2019 |
| 8/20/2018 | | $7,000 Month 1<br>$5,000 Month 2<br>$4,000 Month 3 | 11/30/2018 |



*Gina Spearman*

IN WITNESS WHEREOF, the undersigned have executed this two (2) page No Override During LO Guaranty Period Form as of the date shown below:

| | |
|---|---|
| *gina spearman*<br>gina spearman (Aug 16, 2018)<br>Employee - Signature | Aug 16, 2018<br>Date |
| gina spearman<br>Employee – Print Name | |
| _____<br>Jan Preslo, EVP Retail Division | _____<br>Date |
| _____<br>Christy Bunce, COO | _____<br>Date |

gina spearman
E-signed 2018-08-16 07:33AM EDT
gina.spearman@nafinc.com

Adobe Sign Transaction Number: CBJCHBCAABAAMECRI5HU7e5SDeQPUm6Oc2e22puSh

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15

Page 3 of 3



*Gina Spearman*

## SCHEDULE 4

## NO OVERRIDE DURING LO GUARANTY PERIOD

**Regional Manager Name:** Gina Spearman

**Region Managed:** Southeast Division

**Effective Date:** April 1, 2019

**Purpose –** This document is to be used in connection with the Schedule 1 - Regional Manager Agreement.

The below referenced are the Loan Consultants as indicated in section 1.4.B of Schedule 1 - Regional Manager Agreement. The details of the deductions are described in the section below:

| Effective Hire Date | Name of Recruit | Amount of Guaranty | Draw End Guaranty |
|---|---|---|---|
| 11/19/2018 | | $8,500 month 1<br>$16,500 month 2<br>$15,500 month 3<br>$7,500 month 4 | 03/22/2019 |
| 11/26/2018 | | $40,000 months 1 & 2<br>$38,000 months 3 -6<br>$35,000 month 7<br>$30,000 month 8 | 07/26/2019 |
| 01/01/2019 | | $160,000 month 1<br>$140,000 month 2<br>$130,000 month 3<br>$120,000 month 4<br>$100,000 month 5 | 05/31/2019 |
| 01/19/2019 | Redacted | $22,000 month 1<br>$21,500 month 2<br>$20,000 month 3 | 04/05/2019 |
| 12/26/2018 | | $6,000 month 1<br>$5,000 month 2<br>$5,000 month 3<br>$4,000 month 4 | 04/19/2019 |
| 01/31/2019 | | $45,000 month 1<br>$40,000 month 2<br>$35,000 month 3<br>$20,000 month 4 | 05/03/2019 |
| 01/31/2019 | | $20,000 month 1<br>$18,000 month 2<br>$15,000 month 3 | 04/19/2019 |

Page 1 of 2



Gina Spearman

| 01/21/2019 | Redacted | $15,000 month 1<br>$15,000 month 2<br>$14,000 month 3 | 04/19/2019 |
|---|---|---|---|
| 01/22/2019 | | $12,000 month 1<br>$11,500 month 2<br>$11,000 month 3 | 05/03/2019 |
| 01/21/2019 | | $5,000 for 3 months | 04/19/2019 |
| 2/28/2019 | | $28,000 month 1<br>$25,000 month 2<br>$20,000 month 3 | 5/31/2019 |
| 4/1/2019 | | $10,000 month 1<br>$10,000 month 2<br>$9,000 month 3 | 7/14/2019 |

IN WITNESS WHEREOF, the undersigned have executed this three (3) page No Override During LO Guaranty Period Form as of the date shown below:

*Gina Spearman*
Gina Spearman (Apr 8, 2019)
Employee - Signature

Apr 8, 2019
Date

Gina Spearman
Employee – Print Name

_____
Jan Preslo, EVP Retail Division

_____
Date

_____
Christy Bunce, COO

_____
Date

Adobe Sign Transaction Number: CBJCHBCAABAAGfSyiZz2-918m-l2aWilRkpa6aOzBt9XZ

Gina Spearman (Gws)
E-signed 2019-04-08 08:43AM EDT
gina.spearman@nafinc.com

Page 2 of 2

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15



Gina Spearman

# SCHEDULE 4

## NO OVERRIDE DURING LO GUARANTY PERIOD

**Regional Manager Name:** Gina Spearman

**Region Managed:** Southeast Division

**Effective Date:** April 1, 2019

**Purpose** – This document is to be used in connection with the Schedule 1 - Regional Manager Agreement.

The below referenced are the Loan Consultants as indicated in section 1.4.B of Schedule 1 - Regional Manager Agreement. The details of the deductions are described in the section below:

| Effective Hire Date | Name of Recruit | Amount of Guaranty | Draw End Guaranty |
|---|---|---|---|
| 11/26/2018 | Redacted | $40,000 months 1 & 2<br>$38,000 months 3 -6<br>$35,000 month 7<br>$30,000 month 8 | 07/26/2019 |
| 01/01/2019 | | $160,000 month 1<br>$140,000 month 2<br>$130,000 month 3<br>$120,000 month 4<br>$100,000 month 5 | 05/31/2019 |
| 12/26/2018 | | $6,000 month 1<br>$5,000 month 2<br>$5,000 month 3<br>$4,000 month 4 | 04/19/2019 |
| 01/31/2019 | | $45,000 month 1<br>$40,000 month 2<br>$35,000 month 3<br>$20,000 month 4 | 05/03/2019 |
| 01/31/2019 | | $20,000 month 1<br>$18,000 month 2<br>$15,000 month 3 | 04/19/2019 |
| 01/21/2019 | | $15,000 month 1<br>$15,000 month 2<br>$14,000 month 3 | 04/19/2019 |
| 01/21/2019 | Redacted | $5,000 for 3 months | 04/19/2019 |

Page 1 of 2

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15

CONFIDENTIAL

NAF 0000420



Gina Spearman

| 4/1/2019 | Redacted | $10,000 month 1<br>$10,000 month 2<br>$9,000 month 3 | 7/14/2019 |

IN WITNESS WHEREOF, the undersigned have executed this three (3) page No Override During LO Guaranty Period Form as of the date shown below:

*gina spearman*
gina spearman (Apr 14, 2019)

Employee - Signature

Apr 14, 2019

Date

## gina spearman

Employee – Print Name

_____
Jan Preslo, EVP Retail Division

_____
Date

_____
Christy Bunce, COO

_____
Date

**gina spearman**
E-signed 2019-04-14 07:46PM EDT
gina.spearman@nafinc.com

Schedule 4 – No Override During LO Guaranty Period
Revised 9/2/15

Page 2 of 2

CONFIDENTIAL

NAF 0000421