

## SCHEDULE 7
## OVERRIDES TO AUTHORIZED PERSONNEL

**Regional Manager Name:** ___Gina Spearman___

**Region Location:** ___Southeast Division___

**GFE/LE Application Effective Date:** ___May 21, 2018___

**Purpose** – This document is to be used in connection with the Schedule 1 – Regional Manager Agreement where New American Funding allows certain Authorized Personnel to receive an Override.

The below referenced are Authorized Personnel as indicated in section 1.4.C of Schedule 1 - Regional Manager Agreement. The details of the overrides to Authorized Personal are described in the payment details section below:

| Effective Date | Authorized Person | Payment Details |
|---|---|---|
| TBD | Redacted | Kelly and Gina Have requested to allocate 15 BPS Branch Manager Override to any Branch Managers in the Region. 10 BPS on Jumbo Production and House Accounts. Kelly and Gina will be responsible for notifying the accounting department the amount to be paid. |
| 1/16/2017 | | Gina agrees to bonus ___Redacted___ the following amounts on the funded production of ___Redacted___: <br><br> Standard Loans: 30 BPS <br> House Accounts: 20 BPS <br><br> Gina is responsible for notifying the accounting department the amount to be paid per loan funded by ___Redacted___. |
| 05/01/2017 | | Kelly and Gina have requested to allocate $5.00 per funded loan in the Southeast Region. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 5/22/17 | | Kelly and Gina have requested to allocate 2 BPS to ___Redacted___ on total funded production. This excludes brokered loans, 2nd, DAP's and Tier 3 or higher. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 06/01/2017 | | Kelly and Gina have requested to allocate 1 BPS total on the funded production of the Southeast Division to ___Redacted___ Bonus will exclude Builder Loans, Broker and Tier4 –Tier 7 loans. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. This bonus will be reduced from Kelly and Gina's guarantee unless they out earn their monthly guarantee. |

Page 1 of 2

Employee Initials _GWS_
Revised 9/30/15

Employee's initial indicates that this page has been read and is understood in its entirety.





*Gina Spearman*
*Wednesday, May 09, 2018*
*Schedule 7 – Branch Manager*
*Page 2 of 3*

| | | |
|---|---|---|
| 12/1/2017 | | Kelly and Gina have requested to allocate 12 BPS Branch Manager Override to [Redacted] on his direct reports. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 1/1/2018 | | Kelly and Gina have requested to allocate 10 BPS Branch Manager Override to [Redacted] on his direct reports. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 3/1/2018 | | Kelly and Gina have requested to allocate 2 BPS on the funded Builder Production of the Southeast region to [Redacted] [Redacted]. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 4/30/2018 | **Redacted** | Kelly and Gina have agreed cover any shortfall of [Redacted] [Redacted] $8,000 monthly gurantee for months 4 to month 6 of her gurantee period. Kelly and Gina's will notify accounting if their monthly overrides will be reduced by any amount that [Redacted] does not cover in commissions for these months. |
| 5/21/2018 | | Kelly and Gina have requested to allocate <ul><li>**4 BPS** Regional Manager Override on funded production from current North Carolina, South Carolina, and Georgia branches;</li><li>**5 BPS** Regional Manager Override on new hires Jason brings to North Carolina, South Carolina, and Georgia; and</li><li>**10 BPS** Branch Manager Overrided on the funded production of the Augusta, GA branch</li></ul> |
| 5/21/2018 | | Kelly and Gina have requested to allocate **10 BPS** Branch Manager Override to Brandon on the funded production of the Augusta, GA branch |

This Schedule 7 - Overrides to Authorized Personnel shall remain in effect unless it is both revoked in writing by the Branch Manager and it is provided to any and all affected Authorized Personnel prior the first day of the calendar month the change will go into effect. Any such modifications including but not limited to additions or subtractions from the list of Authorized Personnel and/or changes to the terms of the payments will not take effect until the following calendar month. Such changes must be submitted prior to 5:00 p.m. PST on the last business day of the calendar month prior to the effective date.

*gws*
Employee Initials _____
Schedule 7 - Regional Manager Agreement
Revised 9/30/15

Page 2 of 3
Employee's initial indicates that this page has been read and is understood in its entirety.



IN WITNESS WHEREOF, the undersigned have executed this Overrides to Authorized Personnel Schedule as of the date shown below:

*gina spearman*
gina spearman (May 15, 2018)
Employee - Signature

May 15, 2018
Date

## gina spearman

Employee – Print Name

_____
Jan Preslo, EVP Retail Division

_____
Date

_____
Christy Bunce, COO

_____
Date

**gina spearman (gws)**
E-signed 2018-05-15 09:31PM EDT
gina.spearman@nafinc.com

Adobe Sign Transaction Number: [illegible]

Employee Initials *gws*
Schedule 7 - Regional Manager Agreement
Revised 9/30/15

Page 3 of 3
Employee's initial indicates that this page has been read and is understood in its entirety.

CONFIDENTIAL

NAF 0000538



## SCHEDULE 7
## OVERRIDES TO AUTHORIZED PERSONNEL

**Regional Manager Name:** ___Gina Spearman___

**Region Location:** ___Southeast Division___

**GFE/LE Application Effective Date:** ___August 13, 2018___

**Purpose** – This document is to be used in connection with the Schedule 1 – Regional Manager Agreement where New American Funding allows certain Authorized Personnel to receive an Override.

The below referenced are Authorized Personnel as indicated in section 1.4.C of Schedule 1 - Regional Manager Agreement. The details of the overrides to Authorized Personal are described in the payment details section below:

| Effective Date | Authorized Person | Payment Details |
|---|---|---|
| TBD | Branch Managers | Kelly and Gina Have requested to allocate 15 BPS Branch Manager Override to any Branch Managers in the Region. 10 BPS on Jumbo Production and House Accounts. Kelly and Gina will be responsible for notifying the accounting department the amount to be paid. |
| 1/16/2017 | Redacted | Gina agrees to bonus ___Redacted___ the following amounts on the funded production of **Redacted**: Standard Loans: 30 BPS House Accounts: 20 BPS Gina is responsible for notifying the accounting department the amount to be paid per loan funded by Redacted |
| 05/01/2017 | Redacted | Kelly and Gina have requested to allocate $5.00 per funded loan in the Southeast Region. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 5/22/17 | Redacted | Kelly and Gina have requested to allocate 2 BPS to Redacted on total funded production. This excludes brokered loans, 2nd, DAP's and Tier 3 or higher. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 06/01/2017 | Redacted | Kelly and Gina have requested to allocate 1 BPS total on the funded production of the Southeast Division to Redacted. Bonus will exclude Builder Loans, Broker and Tier4 –Tier 7 loans. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. This bonus will be reduced from Kelly and Gina's guarantee unless they out earn their monthly guarantee. |

Page 1 of 2

Employee Initials ___GᵥS___   Employee's initial indicates that this page has been read and is understood in its entirety.
Revised 9/30/15



Gina Spearman
Wednesday, May 16, 2018
Schedule 7 – Branch Manager
Page 2 of 3

| Date | | Description |
|---|---|---|
| 12/1/2017 | | Kelly and Gina have requested to allocate 12 BPS Branch Manager Override to Oscar on his direct reports. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 1/1/2018 | | Kelly and Gina have requested to allocate 10 BPS Branch Manager Override to [Redacted] on his direct reports. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 3/1/2018 | | Kelly and Gina have requested to allocate 2 BPS on the funded Builder Production of the Southeast region to [Redacted] [Redacted]. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 4/30/2018 | | Kelly and Gina have agreed cover any shortfall of [Redacted] [Redacted] $8,000 monthly gurantee for months 4 to month 6 of her gurantee period. Kelly and Gina's will notify accounting if their monthly overrides will be reduced by any amount that [Redacted] does not cover in commissions for these months. |
| 5/21/2018 | **Redacted** | Kelly and Gina have requested to allocate<br>• **4 BPS** Regional Manager Override on funded production from current North Carolina, South Carolina, and Georgia branches;<br>• **5 BPS** Regional Manager Override on new hires Jason brings to North Carolina, South Carolina, and Georgia; and<br>• **10 BPS** Branch Manager Overrided on the funded production of the Augusta, GA branch |
| 5/21/2018 | | Kelly and Gina have requested to allocate **10 BPS** Branch Manager Override to Brandon on the funded production of the Augusta, GA branch |
| 5/29/2018 | | Kelly and Gina have requested to allocate 1 BP bonus to [Redacted]. She will be paid on her area of production which is redman team and branches to be named within 30 days. |
| 5/29/2018 | | Kelly and Gina have requested to allocate a $5,000 monthly bonus guarantee for the first 3 months of employment, beginning July 10th and ending September 10th, 2018. This will be split 50/50 between Kelly and Gina. |
| 8/13/2018 | Branch Managers | Kelly and Gina Have requested to allocate 20 BPS Branch Manager Override on the Memphis, TN and Southhaven, MS branches. Kelly and Gina will be responsible for notifying the accounting department the amount to be paid. |

This Schedule 7 - Overrides to Authorized Personnel shall remain in effect unless it is both revoked in writing by the Branch Manager and it is provided to any and all affected Authorized Personnel prior the first day of the calendar month the change will go into effect. Any such modifications including but not limited to additions or subtractions from the list of Authorized

Page 2 of 3
Employee Initials __GwS__
Schedule 7 - Regional Manager Agreement
Revised 9/30/15

Employee's initial indicates that this page has been read and is understood in its entirety.



*Gina Spearman*
*Wednesday, May 16, 2018*
*Schedule 7 – Branch Manager*
*Page 3 of 3*

Personnel and/or changes to the terms of the payments will not take effect until the following calendar month. Such changes must be submitted prior to 5:00 p.m. PST on the last business day of the calendar month prior to the effective date.

IN WITNESS WHEREOF, the undersigned have executed this Overrides to Authorized Personnel Schedule as of the date shown below:

| | |
|---|---|
| *Gina Spearman (Aug 2, 2018)* | Aug 2, 2018 |
| Employee - Signature | Date |

__Gina Spearman__
Employee – Print Name

| | |
|---|---|
| Jan Preslo, EVP Retail Division | Date |

| | |
|---|---|
| Christy Bunce, COO | Date |

Gina Spearman (Gws)
E-signed 2018-08-02 03:37PM EDT
gina.spearman@nafinc.com

Page 3 of 3
Employee Initials __GwS__
Employee's initial indicates that this page has been read and is understood in its entirety.
Schedule 7 - Regional Manager Agreement
Revised 9/30/15



## SCHEDULE 7
## OVERRIDES TO AUTHORIZED PERSONNEL

**Regional Manager Name:** _Gina Spearman_

**Region Location:** _Southeast Division_

**GFE/LE Application Effective Date:** _August 20, 2018_

**Purpose** – This document is to be used in connection with the Schedule 1 – Regional Manager Agreement where New American Funding allows certain Authorized Personnel to receive an Override.

The below referenced are Authorized Personnel as indicated in section 1.4.C of Schedule 1 - Regional Manager Agreement. The details of the overrides to Authorized Personal are described in the payment details section below:

| Effective Date | Authorized Person | Payment Details |
|---|---|---|
| TBD | Branch Managers | Kelly and Gina Have requested to allocate 15 BPS Branch Manager Override to any Branch Managers in the Region. 10 BPS on Jumbo Production and House Accounts. Kelly and Gina will be responsible for notifying the accounting department the amount to be paid. |
| 1/16/2017 | **Redacted** | Gina agrees to bonus Redacted the following amounts on the funded production of **Redacted**:<br><br>Standard Loans: 30 BPS<br>House Accounts: 20 BPS<br><br>Gina is responsible for notifying the accounting department the amount to be paid per loan funded by Redacted |
| 05/01/2017 | | Kelly and Gina have requested to allocate $5.00 per funded loan in the Southeast Region. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 5/22/17 | | Kelly and Gina have requested to allocate 2 BPS to Redacted on total funded production. This excludes brokered loans, 2nd, DAP's and Tier 3 or higher. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 06/01/2017 | | Kelly and Gina have requested to allocate 1 BPS total on the funded production of the Southeast Division to Redacted Bonus will exclude Builder Loans, Broker and Tier4 –Tier 7 loans. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. This bonus will be reduced from Kelly and Gina's guarantee unless they out earn their monthly guarantee. |

Page 1 of 2

Employee Initials _BS_         Employee's initial indicates that this page has been read and is understood in its entirety.
Revised 9/30/15

| Date | | Description |
|---|---|---|
| | | Kelly and Gina have requested to allocate 10 BPS Branch Manager Override to Redacted on the funded production. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 3/1/2018 | | Kelly and Gina have requested to allocate 2 BPS on the funded Builder Production of the Southeast region to Redacted Redacted. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 4/30/2018 | | Kelly and Gina have agreed cover any shortfall of Redacted Redacted $8,000 monthly gurantee for months 4 to month 6 of her gurantee period. Kelly and Gina's will notify accounting if their monthly overrides will be reduced by any amount that Redacted does not cover in commissions for these months. |
| 5/21/2018 | **Redacted** | Kelly and Gina have requested to allocate<br>• **4 BPS** Regional Manager Override on funded production from current North Carolina, South Carolina, and Georgia branches;<br>• **5 BPS** Regional Manager Override on new hires Jason brings to North Carolina, South Carolina, and Georgia; and<br>• **10 BPS** Branch Manager Overrided on the funded production of the Augusta, GA branch |
| 5/21/2018 | | Kelly and Gina have requested to allocate **10 BPS** Branch Manager Override to Redacted on the funded production of the Augusta, GA branch |
| 5/29/2018 | | Kelly and Gina have requested to allocate **1 BP** bonus to Redacted). She will be paid on her area of production which is redman team and branches to be named within 30 days. |
| 5/29/2018 | | Kelly and Gina have requested to allocate a $5,000 monthly bonus guarantee for the first 3 months of employment, beginning July 10th and ending September 10th, 2018. This will be split 50/50 between Kelly and Gina. |
| 8/13/2018 | | Kelly and Gina Have requested to allocate 20 BPS Branch Manager Override on the Memphis, TN and Southhaven, MS branches. Kelly and Gina will be responsible for notifying the accounting department the amount to be paid. |
| 8/20/2018 | | Kelly and Gina Have requested to allocate 15 BPS Branch Manager Override and 25 BPS Area Manager Override to Redacted and Redacted, who will split the Overrides. Kelly and Gina will be responsible for notifying the accounting department the amount to be paid. |

Employee Initials _____  
Schedule 7 - Regional Manager Agreement  
Revised 9/30/15

Page 2 of 3

Employee's initial indicates that this page has been read and is understood in its entirety.



*Gina Spearman*
*Wednesday, May 16, 2018*
*Schedule 7 – Branch Manager*
*Page 3 of 3*

This Schedule 7 - Overrides to Authorized Personnel shall remain in effect unless it is both revoked in writing by the Branch Manager and it is provided to any and all affected Authorized Personnel prior the first day of the calendar month the change will go into effect. Any such modifications including but not limited to additions or subtractions from the list of Authorized Personnel and/or changes to the terms of the payments will not take effect until the following calendar month. Such changes must be submitted prior to 5:00 p.m. PST on the last business day of the calendar month prior to the effective date.

IN WITNESS WHEREOF, the undersigned have executed this Overrides to Authorized Personnel Schedule as of the date shown below:

| | |
|---|---|
| _/s/ Gina Spearman (Aug 7, 2018)_ | **Aug 7, 2018** |
| Employee - Signature | Date |

## Gina Spearman
Employee – Print Name

_____  _____
Jan Preslo, EVP Retail Division        Date

_____  _____
Christy Bunce, COO                      Date

**Gina Spearman (Gws)**
E-signed 2018-08-07 05:24PM EDT
gina.spearman@nafinc.com

Adobe Sign Transaction Number: CBJCHBCAABAA3c0K0HSHKq0EV9F_XEDWADyNet7VH

_BS_
Employee Initials ___ws___
Schedule 7 - Regional Manager Agreement
Revised 9/30/15

Page **3** of **3**
Employee's initial indicates that this page has been read and is understood in its entirety.



## SCHEDULE 7
## OVERRIDES TO AUTHORIZED PERSONNEL

**Regional Manager Name:** ___Gina Spearman___

**Region Location:** ___Southeast Division___

**GFE/LE Application Effective Date:** ___April 1, 2019___

**Purpose** – This document is to be used in connection with the Schedule 1 – Regional Manager Agreement where New American Funding allows certain Authorized Personnel to receive an Override.

The below referenced are Authorized Personnel as indicated in section 1.4.C of Schedule 1 - Regional Manager Agreement. The details of the overrides to Authorized Personal are described in the payment details section below:

| Effective Date | Authorized Person | Payment Details |
|---|---|---|
| TBD | Branch Managers | Kelly and Gina Have requested to allocate 15 BPS Branch Manager Override to any Branch Managers in the Region. 10 BPS on Jumbo Production and House Accounts. Kelly and Gina will be responsible for notifying the accounting department the amount to be paid. |
| 06/01/2017 | Redacted | Kelly and Gina have requested to allocate 1 BPS total on the funded production of the Southeast Division to Redacted Bonus will exclude Builder Loans, Broker and Tier4 –Tier 7 loans. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. This bonus will be reduced from Kelly and Gina's guarantee unless they out earn their monthly guarantee. |
| 4/1/2019 | Redacted | Kelly and Gina have requested to allocate 15 BPS Branch Manager Override to Redacted on his direct reports. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 4/1/2019 | Redacted | Kelly and Gina have requested to allocate 15 BPS Branch Manager Override to Redacted on his direct reports. Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 3/1/2018 | Redacted | Kelly and Gina have requested to allocate 2 BPS on the funded Builder Production of the Southeast region to Redacted Redacted ). Kelly and Gina will be responsible for notifying the accounting department of the amount to be paid each month. |
| 4/30/2018 | Redacted | Kelly and Gina have agreed cover any shortfall of Redacted Redacted $8,000 monthly gurantee for months 4 to month 6 of her gurantee period. Kelly and Gina's will notify accounting if their monthly overrides will be reduced by any amount that Redacted does not cover in commissions for these months. |

Page 1 of 2

Employee Initials _GWS_

Revised 9/30/15

Employee's initial indicates that this page has been read and is understood in its entirety.


Case 1:20-cv-04981-CAP  Document 88-14  Filed 04/27/22  Page 11 of 12


*Gina Spearman*
*Wednesday, May 16, 2018*
*Schedule 7 – Branch Manager*
*Page 2 of 3*

| Date | | Description |
|---|---|---|
| 5/21/2018 | | Kelly and Gina have requested to allocate<br>• **4 BPS** Regional Manager Override on funded production from current North Carolina, South Carolina, and Georgia branches;<br>• **5 BPS** Regional Manager Override on new hires Jason brings to North Carolina, South Carolina, and Georgia; and<br>• **10 BPS** Branch Manager Overrided on the funded production of the Augusta, GA branch |
| 5/21/2018 | | Kelly and Gina have requested to allocate **10 BPS** Branch Manager Override to [Redacted] on the funded production of the Augusta, GA branch |
| 5/29/2018 | | Kelly and Gina have requested to allocate **1 BP** bonus to [Redacted] She will be paid on her area of production which is redman team and branches to be named within 30 days. |
| 8/13/2018 | | Kelly and Gina Have requested to allocate 20 BPS Branch Manager Override on the Memphis, TN and Southhaven, MS branches. Kelly and Gina will be responsible for notifying the accounting department the amount to be paid. |
| 8/20/2018 | **Redacted** | Kelly and Gina Have requested to allocate 15 BPS Branch Manager Override and 25 BPS Area Manager Override to [Redacted] and [Redacted] who will split the Overrides. Kelly and Gina will be responsible for notifying the accounting department the amount to be paid. |
| 11/26/2018 | | Kelly and Gina Have requested to allocate 15 BPS Branch Manager Override and 15 BPS Area Manager Override to [Redacted] Kelly and Gina will be responsible for notifying the accounting department the amount to be paid. |
| 12/10/2018 | | Kelly and Gina have agreed to pay [Redacted] a $40,000 signing bonus. Kelly and Gina's monthly bonus will be deducted as follows: $13,333 on February 10, 2019, $13,333 on March 10, 2019 and $13,334 on April 10, 2019.<br><br>Kelly and Gina have requested to allocate up to $50,000 to [Redacted] [Redacted] annually for payment of his tax liability on his Principle Nation Life Insurance plan. Kelly and Gina will be responsible for payment within 30 days of receiving the official tax liability bill. This amount will be deducted upon receipt of the initial chosen plan along with each year thereafter. |
| 12/10/2018 | | Kelly and Gina have agreed to allocate [Redacted] a $3,000 monthly bonus. This bonus will be automatically deducted from Kelly and Ginas monthly overrides. |
| 12/10/2018 | | Kelly and Gina have agreed to allocate [Redacted] a $4,000 guarantee for the first 3 months of employment. NAF will pay [Redacted] minimum wage then Kelly and Gina will split the difference each month to total the $4,000 guarantee. |

Page 2 of 3

Employee Initials _gws_    Employee's initial indicates that this page has been read and is understood in its entirety.
Schedule 7 - Regional Manager Agreement
Revised 9/30/15



*Gina Spearman*
*Wednesday, May 16, 2018*
*Schedule 7 – Branch Manager*
*Page 3 of 3*

This Schedule 7 - Overrides to Authorized Personnel shall remain in effect unless it is both revoked in writing by the Branch Manager and it is provided to any and all affected Authorized Personnel prior the first day of the calendar month the change will go into effect. Any such modifications including but not limited to additions or subtractions from the list of Authorized Personnel and/or changes to the terms of the payments will not take effect until the following calendar month. Such changes must be submitted prior to 5:00 p.m. PST on the last business day of the calendar month prior to the effective date.

IN WITNESS WHEREOF, the undersigned have executed this Overrides to Authorized Personnel Schedule as of the date shown below:

| *gina spearman* | Apr 2, 2019 |
|---|---|
| Employee - Signature | Date |

**gina spearman**
Employee – Print Name

_____      _____
Human Resources Management    Date

gina spearman (gws)
E-signed 2019-04-02 08:33AM EDT
gina.spearman@nafinc.com

Adobe Sign Transaction Number: CBJCHBCAABAAotzBzJXVVoLhEIv3SuiQvfLeyEEFdVd

Employee Initials *gws*
Schedule 7 - Regional Manager Agreement
Revised 9/30/15

Page 3 of 3
Employee's initial indicates that this page has been read and is understood in its entirety.