

## SCHEDULE 8

## COMPENSATION DIFFERENTIAL SCHEDULE
## TEAM LOAN OFFICER

**Regional Manager Name:** ___Gina Spearman___

**Region Managed:** ___Southeast Division___

**GFE/LE Application Effective Date:** ___October 29, 2018___

**Purpose** – This document is to be used in connection with Schedule 1 to the Regional Manager Agreement section 1.4.D where Regional Manager hires a loan officer at a lower compensation model than the Standard Regional Commission Schedule. This document provides the Payroll Department with the necessary information to calculate the applicable compensation differential that will be paid to the Regional Manager related to this particular loan officer's loans that are funded.

### Calculation of Team Loan Officer Schedule

Where Regional Manager hires a loan officer at a lower compensation model than Standard Regional Commission Schedule as set forth below then the Regional Manager will earn Override Bonus Add-on for loans funded by the Loan Officer for such time as the Loan Officer remains employed at the Branch, Regional Manager remains employed as the Regional Manager at the Branch, and Loan Officer's personal Commission Schedule applicable to the loan is lower than the Standard Regional Commission Schedule in effect at the time the loan is funded. An Override Bonus Add-on is a component of the Override Bonus formula and is subject to same conditions and limitations and is not a separate pay component. The value of an Override Bonus Add-on will be calculated as follows:

[Differential as defined below] x (Loan Amount)

Employee Initials *GWS*  
Schedule 8 – Compensation Differential Schedule  
Revised 9/30/15

Employee's initial indicates that this page has been read and is understood in its entirety

Page **1** of 4



CONFIDENTIAL

NAF 0000545



Gina Spearman
April 4, 2019
Schedule 8 – Regional Manager
Page 2 of 4

**Standard Branch Commission Schedule** (fill in the Standard Loan Officer's Compensation, the actual BPS for the loan officer hired and the Differential in the space below):

Loan Officer Name: Redacted

GFE/LE Application Effective Date:  October 29, 2018

| Loan Scenarios | Standard Loan Officer Comp Schedule (bps) | Basis Points (bps) to Loan Officer Listed on This Schedule | Differential Paid to Regional Manager (bps) |
|---|---|---|---|
| Loans Funded by New American Funding | 120 | 100 | 20 |
| Corporate Generated Lead | 70 | 70 | 0 |
| Jumbo Loans | 85 | 85 | 0 |
| House Accounts | 140 | 90 | 50 |

Loan Officer Name: Redacted

GFE/LE Application Effective Date:  October 29, 2018

| Loan Scenarios | Standard Loan Officer Comp Schedule (bps) | Basis Points (bps) to Loan Officer Listed on This Schedule | Differential Paid to Regional Manager (bps) |
|---|---|---|---|
| Loans Funded by New American Funding | 140 | 85 | 55 |
| Corporate Generated Lead | 70 | 70 | 0 |
| Jumbo Loans | 85 | 85 | 0 |
| House Accounts | 140 | 85 | 55 |

Employee Initials _GWS_    Employee's initial indicates that this page has been read and is understood in its entirety

Schedule 8 – Compensation Differential Schedule
Revised 9/30/15

Page 2 of 4



Gina Spearman
April 4, 2019
Schedule 8 – Regional Manager
Page 3 of 4

**Loan Officer Name:** Redacted

**GFE/LE Application Effective Date:** November 5, 2018

| Loan Scenarios | Standard Loan Officer Comp Schedule (bps) | Basis Points (bps) to Loan Officer Listed on This Schedule | Differential Paid to Regional Manager (bps) |
|---|---|---|---|
| Loans Funded by New American Funding | 140 | 125 | 15 |
| Corporate Generated Lead | 70 | 70 | 0 |
| Jumbo Loans | 85 | 85 | 0 |
| House Accounts | 140 | 85 | 55 |

**Loan Officer Name:** Redacted

**GFE/LE Application Effective Date:** November 5, 2018

| Loan Scenarios | Standard Loan Officer Comp Schedule (bps) | Basis Points (bps) to Loan Officer Listed on This Schedule | Differential Paid to Regional Manager (bps) |
|---|---|---|---|
| Loans Funded by New American Funding | 140 | 125 | 15 |
| Corporate Generated Lead | 70 | 70 | 0 |
| Jumbo Loans | 85 | 85 | 0 |
| House Accounts | 140 | 90 | 50 |

Employee Initials _GWS_     Employee's initial indicates that this page has been read and is understood in its entirety

Page 3 of 4

Schedule 8 – Compensation Differential Schedule
Revised 9/30/15



*Gina Spearman*
*April 4, 2019*
*Schedule 8 – Regional Manager*
*Page 4 of 4*

**Loan Officer Name:** Redacted

**GFE/LE Application Effective Date:** April 8, 2019

| Loan Scenarios | Standard Loan Officer Comp Schedule (bps) | Basis Points (bps) to Loan Officer Listed on This Schedule | Differential Paid to Regional Manager (bps) |
|---|---|---|---|
| Loans Funded by New American Funding | 140 | 70 | 70 |
| Corporate Generated Lead | 70 | 70 | 0 |
| Jumbo Loans | 85 | 85 | 0 |
| House Accounts | 140 | 70 | 70 |

IN WITNESS WHEREOF, the undersigned have executed this Compensation Differential Schedule as of the date shown below:

*Gina Spearman*  
Employee - Signature

Apr 8, 2019  
Date

Gina Spearman  
Employee – Print Name

_____  
Jan Preslo, EVP Retail Division

_____  
Date

Christy Bunce, COO

Date

Gina Spearman (Gws)
E-signed 2019-04-08 03:43AM EDT
gina.spearman@nafinc.com

Employee Initials *GWS*    Employee's initial indicates that this page has been read and is understood in its entirety
Schedule 8 – Compensation Differential Schedule
Revised 9/30/15

Page **4** of **4**

CONFIDENTIAL

NAF 0000548