## 1.4C Sch 5 ASA/Desk Rentals

| Date | | Gina Portion | | Notes |
|---|---|---|---|---|
| Apr-17 | | | | |
| May-17 | | | | |
| Jun-17 | | | | |
| Jul-17 | | | | |
| Aug-17 | | | | |
| Sep-17 | | | | |
| Oct-17 | | | | |
| Nov-17 | | | | |
| Dec-17 | | | | |
| Jan-18 | $ 1,250 | $ | 375 | total deduction on recap no split between K/G |
| Feb-18 | $ 5,176 | $ | 1,553 | total deduction on recap no split between K/G |
| Mar-18 | | $ | 3,073 | |
| Apr-18 | | $ | 3,275 | |
| May-18 | | $ | 3,838 | |
| Jun-18 | | $ | 537 | |
| Jul-18 | | $ | 4,375 | |
| Aug-18 | | $ | 2,068 | |
| Sep-18 | | $ | 3,362 | |
| Oct-18 | | $ | 3,826 | |
| Nov-18 | | $ | 613 | |
| Dec-18 | | $ | 1,000 | |
| Jan-19 | | $ | 1,326 | |
| Feb-19 | | $ | 1,326 | |
| Mar-19 | | $ | 2,452 | |
| Apr-19 | | $ | 311 | |
| May-19 | | | | |
| Jun-19 | | | | |
| Jul-19 | | | | |
| Aug-19 | | | | |
| Sep-19 | | | | |
| Oct-19 | | | | |
| Nov-19 | | | | |
| Dec-19 | | | | |
| Jan-20 | | | | |
| Feb-20 | do not have | | | |
| | | | | |
| **Total** | | $ | 33,310 | |

SPEARMAN0871



DEFENDANT'S EXHIBIT 16 11/8/21-KPT