

# SCHEDULE 5

## ADDITIONAL MANAGER ALLOCATIONS

**Regional Manager Name:** Gina Spearman

**Region Managed:** Southeast Region

**Effective Date:** December 1, 2017

**Purpose –** This document is to be used in connection with the Schedule 1 - Regional Manager Agreement.

The below referenced are the Regional Manager Allocations as indicated in section 1.4.C of Schedule 1 - Regional Manager Agreement. The details of the deductions are described in the section below:

| Effective Date | Description of Manager Allocations* |
|---|---|
| 12/1/2017 | Override will be reduced by $713 per month for payment of Drake Realty Inc's ASA |
|  |  |
|  |  |

*This will be used for ASA/Desk Rentals or any other Regional Manger allocations not covered in the other schedules.

IN WITNESS WHEREOF, the undersigned have executed this one (1) page Additional Manager Deductions Schedule as of the date shown below:

*gina spearman*
gina spearman (Mar 15, 2018)
Employee - Signature

Mar 15, 2018
Date

gina spearman
Employee – Print Name

_____
Jan Preslo, EVP Retail Division

_____
Date

_____
Christy Bunce, COO

_____
Date

Adobe Sign Transaction Number: CBJCHBCAABAAFcb7Mc8rc43lfz4pf8YVyo3mRHhH455c

gina spearman
E-signed 2018-03-15 08:50AM EDT
gina.spearman@nafinc.com

**DEFENDANT'S EXHIBIT**
17 - *GSpearma*
11/8/21 - KDF

Schedule 5 – Additional Manager Allocations
Revised 9/2/15

Page **1** of **1**