### 1.4C Sch 6 Recruit Deduction

| Date | | Gina Portion | |
|---|---|---|---|
| Apr-17 | | | |
| May-17 | | | |
| Jun-17 | | | |
| Jul-17 | | | |
| Aug-17 | | | |
| Sep-17 | $ 351 | $ 105 | |
| Oct-17 | $ 818 | $ 245 | |
| Nov-17 | $ 1,430 | $ 429 | |
| Dec-17 | $ 2,208 | $ 662 | |
| Jan-18 | $ 3,656 | $ 1,097 | |
| Feb-18 | $ 3,416 | $ 1,025 | |
| Mar-18 | $ 3,073 | $ 922 | |
| Apr-18 | $ 7,302 | $ 2,191 | |
| May-18 | | $ 5,366 | Started splitting on Recap |
| Jun-18 | | $ 4,872 | |
| Jul-18 | | $ 5,762 | |
| Aug-18 | | $ 5,938 | |
| Sep-18 | | $ 6,238 | |
| Oct-18 | | $ 5,039 | |
| Nov-18 | | $ 5,755 | |
| Dec-18 | | $ 5,600 | |
| Jan-19 | | $ 6,859 | |
| Feb-19 | | $ 6,185 | |
| Mar-19 | $ 10,601 | $ 3,180 | No split on Recap |
| Apr-19 | | $ 10,578 | |
| May-19 | | $ 10,643 | |
| Jun-19 | | $ 13,513 | |
| Jul-19 | | $ 12,755 | |
| Aug-19 | | $ 20,449 | split 5/50 on this recap |
| Sep-19 | $ 36,553 | $ 10,966 | |
| Oct-19 | $ 36,194 | $ 10,858 | |
| Nov-19 | $ 19,610 | $ 5,883 | |
| Dec-19 | $ 19,866 | $ 5,960 | |
| Jan-20 | $ 22,568 | $ 6,770 | |
| Feb-20 | | | |
| | | | |
| **Total Deducted** | | $ 175,846 | |

SPEARMAN0872


DEFENDANT'S EXHIBIT 18