### 1.4C Sch 7 Bonus to Authorized Personnel

| Date | Total Bonuses Deducted | Gina 30% | Notes |
|---|---|---|---|
| Apr-17 | $ 20,640 | $ 6,192 | |
| May-17 | | $ - | Do not have Recap |
| Jun-17 | $ 19,635 | $ 5,891 | |
| Jul-17 | $ 31,832 | $ 9,550 | |
| Aug-17 | $ 33,043 | $ 9,913 | |
| Sep-17 | $ 42,970 | $ 12,891 | |
| Oct-17 | $ 29,806 | $ 8,942 | |
| Nov-17 | $ 33,146 | $ 9,944 | |
| Dec-17 | $ 22,214 | $ 6,664 | |
| Jan-18 | $ 14,964 | $ 4,489 | |
| Feb-18 | $ 9,624 | $ 2,887 | |
| Mar-18 | $ 30,193 | $ 9,058 | |
| Apr-18 | $ 16,535 | $ 4,961 | |
| May-18 | $ 12,735 | $ 3,821 | |
| Jun-18 | $ 21,904 | $ 6,571 | |
| Jul-18 | $ 23,330 | $ 6,999 | |
| Aug-18 | $ 23,660 | $ 7,098 | |
| Sep-18 | $ 56,786 | $ 17,036 | |
| Oct-18 | $ 42,636 | $ 12,791 | |
| Nov-18 | $ 41,583 | $ 12,475 | |
| Dec-18 | $ 45,722 | $ 13,717 | |
| Jan-19 | $ 34,462 | $ 10,339 | |
| Feb-19 | $ 60,681 | $ 18,204 | |
| Mar-19 | $ 86,989 | $ 26,097 | |
| Apr-19 | $ 62,218 | $ 18,665 | |
| May-19 | | $ - | Do not have Recap |
| Jun-19 | $ 127,762 | $ 38,329 | |
| Jul-19 | $ 167,263 | $ 50,179 | |
| Aug-19 | $ 166,721 | $ 50,016 | |
| Sep-19 | $ 142,216 | $ 42,665 | |
| Oct-19 | $ 114,205 | $ 34,262 | |
| Nov-19 | $ 59,477 | $ 17,843 | |
| Dec-19 | $ 67,547 | $ 20,264 | |
| Jan-20 | $ 50,957 | $ 15,287 | |
| Feb-20 | | | Do not have Recap |
| **Total Deducted** | | **$ 514,037** | |

SPEARMAN0873

DEFENDANT'S EXHIBIT 19 11/8/21