Chattanooga TN Real Estate Partners Deduction

| Month | Amount | Amount | Note |
|---|---|---|---|
| Jan-18 | $ 1,250 | $ 375 | total deduction on recap no split between K/G |
| Feb-18 | $ 5,176 | $ 1,553 | total deduction on recap no split between K/G |
| Mar-18 | | $ 3,073 | |
| Apr-18 | | $ 3,275 | |
| May-18 | | $ 3,838 | |
| Jun-18 | | $ 537 | |
| Jul-18 | | $ 4,375 | |
| Aug-18 | | $ 2,068 | |
| Sep-18 | | $ 3,362 | |
| Oct-18 | | $ 3,826 | |
| Nov-18 | | $ 613 | |
| Dec-18 | | $ 1,000 | |
| Jan-19 | | $ 1,326 | |
| Feb-19 | | $ 1,326 | |
| Mar-19 | | $ 2,452 | |
| Apr-19 | | $ 311 | |
| **Total** | | **$ 33,310** | |

SPEARMAN0874



DEFENDANT'S EXHIBIT 20-G Spearman 11/8/21