Message

**From:** Gina Spearman [IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=1DAA20790 GINA+20SPEARM@SJ0PR20MB3738.namprd20.prod.outlook.com]
**Sent:** 8/7/2017 10:48:44 AM
**To:** Sarah Laprade [Sarah.Laprade@Nafinc.com]; Danielle Abril [Danielle.Abril@Nafinc.com]
**CC:** Kelly Allison [Kelly.Allison@Nafinc.com]; Jan Preslo [Jan.Preslo@Nafinc.com]; Yadira Pina [Yadira.Pina@Nafinc.com]
**Subject:** RE: July 2017 BM/AM Recap Gina Spearman.Kelly Allison

I approve all, but my guarantee deduction. I didn't hear back on that calculation. If we are up against the payroll deadline I can let it roll and true up later.

**From:** Sarah Laprade
**Sent:** Monday, August 07, 2017 1:23 PM
**To:** Danielle Abril <Danielle.Abril@Nafinc.com>
**Cc:** Kelly Allison <Kelly.Allison@Nafinc.com>; Gina Spearman <Gina.Spearman@Nafinc.com>; Jan Preslo <Jan.Preslo@Nafinc.com>; Yadira Pina <Yadira.Pina@Nafinc.com>; Kristin Ankeny <KAB@nafinc.com>
**Subject:** RE: July 2017 BM/AM Recap Gina Spearman.Kelly Allison

Kelly and Gina,
Dani has made the revisions I requested.
Will you please review and approve the attached July AM/BM recap for payroll?

Thank you,
Sarah Laprade
Executive Assistant to Kelly Allison
Cell: 404-432-9714

**From:** Danielle Abril
**Sent:** Monday, August 07, 2017 1:17 PM
**To:** Sarah Laprade <Sarah.Laprade@Nafinc.com>
**Cc:** Kelly Allison <Kelly.Allison@Nafinc.com>; Gina Spearman <Gina.Spearman@Nafinc.com>; Jan Preslo <Jan.Preslo@Nafinc.com>; Yadira Pina <Yadira.Pina@Nafinc.com>; Kristin Ankeny <KAB@nafinc.com>
**Subject:** RE: July 2017 BM/AM Recap Gina Spearman.Kelly Allison

Hi Sarah,

Please see revision attached.

Thank you,

Dani Abril
*Payroll Administrator*


New American Funding
14511 Myford Road, Suite 100
Tustin, CA 92780
Direct: 800.450.2010 x 7130
Direct: 949.445.8815
Fax: 949.266.5653
Email Dani Abril-Danielle.Abril@nafinc.com
Web: www.newamericanfunding.com





CONFIDENTIALITY NOTICE
This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**From:** Sarah Laprade
**Sent:** Monday, August 7, 2017 8:37 AM
**To:** Danielle Abril <Danielle.Abril@Nafinc.com>
**Cc:** Kelly Allison <Kelly.Allison@Nafinc.com>; Gina Spearman <Gina.Spearman@Nafinc.com>
**Subject:** July 2017 BM/AM Recap Gina Spearman.Kelly Allison

Hi Dani,
I know we keep missing each other on the phone.
I thought a call might be easier, but let me see if I can explain my self via email.....
My questions are:
Can you check the below for me for the BM personal production O/R:
E108 is Craig Johnson- I think it needs to be removed
E107 is missing- need to add this one- Christine Boskovich
E259 is missing- need to add this one- Oscar Reto
E 274 is Jill McKinney- need to remove this one
E280-288 is Todd Blake- need to remove

Kelly's 7/14 ledger distribution should have been $60,907.72 + the 1760.00 = $62,667.72 so she should not have needed any guarantee.
The ledger distribution was reduced to $59,147.72 so a guarantee was added and is now being backed out.
Can you tell me why that was reduced?

Thank you,
Sarah Laprade
Executive Assistant to Kelly Allison
Cell: 404-432-9714

**From:** Danielle Abril
**Sent:** Thursday, August 03, 2017 3:34 PM
**To:** Gina Spearman <Gina.Spearman@Nafinc.com>; Kelly Allison <Kelly.Allison@Nafinc.com>; Sarah Laprade <Sarah.Laprade@Nafinc.com>
**Cc:** Jan Preslo <Jan.Preslo@Nafinc.com>; Yadira Pina <Yadira.Pina@Nafinc.com>; Kristin Ankeny <KAB@nafinc.com>
**Subject:** July 2017 BM/AM Recap Gina Spearman.Kelly Allison

Good Afternoon,

Attached is your recap. The numbers will not be final until Esther Lee's bonus is added. Please let me know what that is for final calculations.

Thank you,

Dani Abril
*Payroll Administrator*

New American Funding
14511 Myford Road, Suite 100
Tustin, CA 92780
Direct: 800.450.2010 x 7130
Direct: 949.445.8815
Fax: 949.266.5653
Email Dani Abril-Danielle.Abril@nafinc.com
Web: www.newamericanfunding.com
   

CONFIDENTIALITY NOTICE
This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**This Document Produced Natively**

| [REDACTED] | Domain | Loan Number | Loan Officer | Loan Amount | ProgramName | LoanType | OverrideCompTier |
|---|---|---|---|---|---|---|---|
| [REDACTED] | Stockbridge | 161117056714 | [REDACTED] | $128,627.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117080372 | [REDACTED] | $168,181.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161117095560 | [REDACTED] | $147,184.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117078794 | [REDACTED] | $117,826.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117096230 | [REDACTED] | $226,500.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117085586 | [REDACTED] | $166,822.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117051657 | [REDACTED] | $106,043.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117043412 | [REDACTED] | $127,645.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117082252 | [REDACTED] | $108,007.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117070771 | [REDACTED] | $130,830.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117091872 | [REDACTED] | $146,202.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117037104 | [REDACTED] | $355,761.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117091042 | [REDACTED] | $160,930.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117102078 | [REDACTED] | $170,848.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117093215 | [REDACTED] | $206,400.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117087029 | [REDACTED] | $127,645.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117097785 | [REDACTED] | $218,405.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117081388 | [REDACTED] | $170,050.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117064100 | [REDACTED] | $121,754.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117073966 | [REDACTED] | $99,661.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161116140082 | [REDACTED] | $271,343.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117031334 | [REDACTED] | $306,372.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117087658 | [REDACTED] | $133,438.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117069695 | [REDACTED] | $220,924.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117100246 | [REDACTED] | $162,298.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117020661 | [REDACTED] | $161,029.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117083583 | [REDACTED] | $157,102.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117099072 | [REDACTED] | $181,423.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117073593 | [REDACTED] | $171,830.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117051163 | [REDACTED] | $174,774.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117070704 | [REDACTED] | $126,271.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117089328 | [REDACTED] | $317,283.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161417076053 | [REDACTED] | $206,196.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117081815 | [REDACTED] | $394,250.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117085702 | [REDACTED] | $80,101.00 | FHA 30 Year Fixed DPA | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117025355 | [REDACTED] | $220,301.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117030622 | [REDACTED] | $159,209.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117094126 | [REDACTED] | $137,464.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Huntersville | 151417070287 | [REDACTED] | $176,739.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Huntersville | 151417101283 | [REDACTED] | $92,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017091126 | [REDACTED] | $132,554.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017098828 | [REDACTED] | $132,554.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017100801 | [REDACTED] | $340,000.00 | Freddie 20 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017088089 | [REDACTED] | $117,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017101650 | [REDACTED] | $81,005.00 | FHA 25 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017067899 | [REDACTED] | $230,375.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017090672 | [REDACTED] | $80,025.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017072711 | [REDACTED] | $182,828.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Atlanta | 161017098923 | [REDACTED] | $164,957.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017073071 | [REDACTED] | $343,660.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017096801 | [REDACTED] | $395,200.00 | Chase 7/1 ARM 5/2/5 | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217070097 | [REDACTED] | $196,895.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217092892 | [REDACTED] | $158,545.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Lawrenceville | 161217080726 | [REDACTED] | $178,693.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217072240 | [REDACTED] | $221,248.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217081683 | [REDACTED] | $214,969.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217038140 | [REDACTED] | $221,793.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217094497 | [REDACTED] | $100,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217084732 | [REDACTED] | $147,283.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217093268 | [REDACTED] | $222,092.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217068418 | [REDACTED] | $151,777.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217075473 | [REDACTED] | $226,820.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017109546 | [REDACTED] | $247,920.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017098309 | [REDACTED] | $200,294.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017109087 | [REDACTED] | $424,100.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017104226 | [REDACTED] | $206,186.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017099042 | [REDACTED] | $188,512.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217089270 | [REDACTED] | $190,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217083635 | [REDACTED] | $135,800.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217090987 | [REDACTED] | $100,000.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217056543 | [REDACTED] | $213,300.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217085723 | [REDACTED] | $156,120.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217081435 | [REDACTED] | $223,200.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217081920 | [REDACTED] | $314,930.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217040157 | [REDACTED] | $237,035.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Lawrenceville | 161217081807 | [REDACTED] | $294,566.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217105181 | [REDACTED] | $355,498.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217069247 | [REDACTED] | $256,422.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Lawrenceville | 161217081306 | [REDACTED] | $314,100.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217092491 | [REDACTED] | $256,551.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217097831 | [REDACTED] | $155,880.00 | VA 30 Year Fixed | VA | Tier I |

| [REDACTED] | Domain | Loan Number | Loan Officer | Loan Amount | ProgramName | LoanType | OverrideCompTier |
|---|---|---|---|---|---|---|---|
| [REDACTED] | Lawrenceville | 161217098695 | [REDACTED] | $332,486.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217080049 | [REDACTED] | $244,654.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217095391 | [REDACTED] | $212,312.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217088264 | [REDACTED] | $171,731.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217027433 | [REDACTED] | $189,921.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217099322 | [REDACTED] | $314,020.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217083895 | [REDACTED] | $258,987.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161017012851 | [REDACTED] | $212,798.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161017077746 | [REDACTED] | $201,286.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161016153641 | [REDACTED] | $338,395.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Lawrenceville | 161217070818 | [REDACTED] | $315,119.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217075032 | [REDACTED] | $73,641.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217079549 | [REDACTED] | $159,556.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117096957 | [REDACTED] | $183,404.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117056579 | [REDACTED] | $259,696.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117099982 | [REDACTED] | $204,000.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117037338 | [REDACTED] | $90,404.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Columbia, SC | 153117036001 | [REDACTED] | $193,491.00 | Freddie 30 Year Fixed HP Advantage | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117109205 | [REDACTED] | $211,266.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117059893 | [REDACTED] | $287,892.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117093351 | [REDACTED] | $187,659.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117023895 | [REDACTED] | $153,184.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117036116 | [REDACTED] | $170,485.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117055351 | [REDACTED] | $202,015.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Charlotte | 151117090810 | [REDACTED] | $256,500.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117070667 | [REDACTED] | $171,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117101978 | [REDACTED] | $138,710.00 | Freddie 30 Year Fixed HP Advantage | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117044150 | [REDACTED] | $81,383.00 | Freddie 30 Year Fixed HP Advantage | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117006367 | [REDACTED] | $196,996.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117092379 | [REDACTED] | $140,650.00 | Freddie 30 Year Fixed HP Advantage | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117073237 | [REDACTED] | $220,924.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117088802 | [REDACTED] | $175,750.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117064627 | [REDACTED] | $152,192.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117047718 | [REDACTED] | $103,030.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Columbia, SC | 153117084491 | [REDACTED] | $256,860.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117087432 | [REDACTED] | $111,518.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117089577 | [REDACTED] | $192,060.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117076420 | [REDACTED] | $95,503.00 | FHA 30 Year Fixed DPA | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117088777 | [REDACTED] | $224,730.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117062341 | [REDACTED] | $119,047.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117098377 | [REDACTED] | $199,224.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117097200 | [REDACTED] | $219,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117091599 | [REDACTED] | $140,650.00 | Freddie 30 Year Fixed HP Advantage | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117060351 | [REDACTED] | $400,000.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117095044 | [REDACTED] | $156,120.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117049579 | [REDACTED] | $352,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117086128 | [REDACTED] | $217,963.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117063096 | [REDACTED] | $424,100.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117084699 | [REDACTED] | $365,399.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017056523 | [REDACTED] | $261,504.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017017307 | [REDACTED] | $332,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017061256 | [REDACTED] | $358,539.00 | Chase 7/1 ARM 5/2/5 | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017075483 | [REDACTED] | $189,857.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017046414 | [REDACTED] | $206,196.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017045077 | [REDACTED] | $311,016.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017096219 | [REDACTED] | $321,220.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017098626 | [REDACTED] | $326,464.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017060615 | [REDACTED] | $203,170.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017085831 | [REDACTED] | $234,950.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017100850 | [REDACTED] | $327,992.00 | Freddie Mac 7/1 ARM | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017032177 | [REDACTED] | $167,215.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017013552 | [REDACTED] | $278,261.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017101852 | [REDACTED] | $327,990.00 | Freddie Mac 7/1 ARM | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017040693 | [REDACTED] | $334,575.00 | Freddie Mac 7/1 ARM | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017080862 | [REDACTED] | $117,826.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017068454 | [REDACTED] | $110,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117094582 | [REDACTED] | $129,609.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117043346 | [REDACTED] | $184,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117058342 | [REDACTED] | $108,080.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161117080650 | [REDACTED] | $124,699.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117049093 | [REDACTED] | $146,464.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161117030609 | [REDACTED] | $161,515.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161117108878 | [REDACTED] | $166,822.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117069810 | [REDACTED] | $71,500.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117105903 | [REDACTED] | $154,800.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117096293 | [REDACTED] | $201,600.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117092092 | [REDACTED] | $107,800.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117066454 | [REDACTED] | $185,478.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Huntersville | 151417056411 | [REDACTED] | $308,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Huntersville | 151417099785 | [REDACTED] | $166,400.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Huntersville | 151417062647 | [REDACTED] | $177,452.00 | FHA 30 Year Fixed | FHA | Tier I |

| [REDACTED] | Domain | Loan Number | Loan Officer | Loan Amount | ProgramName | LoanType | OverrideCompTier |
|---|---|---|---|---|---|---|---|
| [REDACTED] | Huntersville | 151417045935 | [REDACTED] | $163,500.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Huntersville | 151417077934 | [REDACTED] | $166,920.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017089665 | [REDACTED] | $328,653.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017055979 | [REDACTED] | $303,750.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017099918 | [REDACTED] | $170,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017065139 | [REDACTED] | $209,043.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017081720 | [REDACTED] | $147,610.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017089661 | [REDACTED] | $238,500.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017044748 | [REDACTED] | $289,515.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017083054 | [REDACTED] | $202,268.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017024019 | [REDACTED] | $320,398.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017054619 | [REDACTED] | $171,731.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017094083 | [REDACTED] | $183,483.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 120017094225 | [REDACTED] | $220,924.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017100061 | [REDACTED] | $228,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117084710 | [REDACTED] | $160,256.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117086377 | [REDACTED] | $160,047.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117094090 | [REDACTED] | $185,155.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117049713 | [REDACTED] | $137,878.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161117073954 | [REDACTED] | $143,846.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117066566 | [REDACTED] | $119,920.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117100601 | [REDACTED] | $196,278.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117097440 | [REDACTED] | $284,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217025386 | [REDACTED] | $170,848.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217102038 | [REDACTED] | $144,000.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017067146 | [REDACTED] | $147,283.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017081816 | [REDACTED] | $155,103.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017042411 | [REDACTED] | $189,940.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417073034 | [REDACTED] | $216,148.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417081561 | [REDACTED] | $75,862.00 | VA 15 Year Fixed | VA | Tier I |
| [REDACTED] | Kennesaw | 161417102504 | [REDACTED] | $246,855.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417061660 | [REDACTED] | $213,560.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417083901 | [REDACTED] | $162,011.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161116139447 | [REDACTED] | $315,900.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017053712 | [REDACTED] | $222,121.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Kennesaw | 161017065161 | [REDACTED] | $122,500.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Kennesaw | 161017049367 | [REDACTED] | $199,750.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Kennesaw | 161417082895 | [REDACTED] | $247,373.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Kennesaw | 161017055548 | [REDACTED] | $202,500.00 | Freddie 30 Year Fixed Your Path Advantage | Conventional | Tier I |
| [REDACTED] | Kennesaw | 161117014698 | [REDACTED] | $196,131.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161017076214 | [REDACTED] | $128,627.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117062045 | [REDACTED] | $198,360.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117099222 | [REDACTED] | $123,717.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117025076 | [REDACTED] | $220,000.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117053274 | [REDACTED] | $175,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Bonaire | 161317002563 | [REDACTED] | $118,383.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Bonaire | 161317093075 | [REDACTED] | $235,000.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Bonaire | 161317095809 | [REDACTED] | $323,600.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Bonaire | 161317105140 | [REDACTED] | $80,200.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Bonaire | 161317004193 | [REDACTED] | $347,549.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Bonaire | 161317009070 | [REDACTED] | $245,854.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Bonaire | 161317099291 | [REDACTED] | $245,750.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Bonaire | 161317062638 | [REDACTED] | $433,860.00 | VA 30 Year Fixed High Balance | VA | Tier I |
| [REDACTED] | Bonaire | 161317089757 | [REDACTED] | $295,450.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Bonaire | 161317089524 | [REDACTED] | $250,282.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Bonaire | 161316148724 | [REDACTED] | $318,854.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Bonaire | 161317101794 | [REDACTED] | $137,464.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Bonaire | 161317089792 | [REDACTED] | $146,418.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Bonaire | 161317070268 | [REDACTED] | $250,282.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Bonaire | 161317099864 | [REDACTED] | $201,188.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417093807 | [REDACTED] | $174,500.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417039711 | [REDACTED] | $169,871.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161117051793 | [REDACTED] | $141,770.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117064522 | [REDACTED] | $156,000.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117078275 | [REDACTED] | $161,900.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117032566 | [REDACTED] | $184,848.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161417081401 | [REDACTED] | $185,625.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117054328 | [REDACTED] | $223,796.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117049961 | [REDACTED] | $63,200.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117060294 | [REDACTED] | $153,770.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117089758 | [REDACTED] | $181,218.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117087187 | [REDACTED] | $122,735.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117099854 | [REDACTED] | $128,627.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117095739 | [REDACTED] | $175,747.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117054329 | [REDACTED] | $220,139.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117093142 | [REDACTED] | $175,751.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017044259 | [REDACTED] | $349,253.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017019355 | [REDACTED] | $211,007.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017034936 | [REDACTED] | $189,405.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017100323 | [REDACTED] | $259,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017046678 | [REDACTED] | $213,988.00 | Fannie 30 Year Fixed | Conventional | Tier I |

| [REDACTED] | Domain | Loan Number | Loan Officer | Loan Amount | ProgramName | LoanType | OverrideCompTier |
|---|---|---|---|---|---|---|---|
| [REDACTED] | Atlanta | 161017039893 | [REDACTED] | $230,705.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017041624 | [REDACTED] | $228,985.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017031552 | [REDACTED] | $175,266.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017069261 | [REDACTED] | $223,533.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017044870 | [REDACTED] | $178,995.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017020046 | [REDACTED] | $299,278.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017031553 | [REDACTED] | $204,879.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017027411 | [REDACTED] | $196,278.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017039629 | [REDACTED] | $189,405.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017070829 | [REDACTED] | $193,873.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017053244 | [REDACTED] | $250,072.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017103933 | [REDACTED] | $323,040.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017097333 | [REDACTED] | $250,381.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017025032 | [REDACTED] | $187,113.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Charlotte | 151117106081 | [REDACTED] | $123,226.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017102035 | [REDACTED] | $162,060.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017052300 | [REDACTED] | $144,337.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017099820 | [REDACTED] | $169,866.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017090270 | [REDACTED] | $246,050.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017101799 | [REDACTED] | $179,200.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017092231 | [REDACTED] | $110,095.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017079577 | [REDACTED] | $275,787.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017104952 | [REDACTED] | $254,613.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017029126 | [REDACTED] | $250,459.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017020203 | [REDACTED] | $403,168.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017092344 | [REDACTED] | $325,390.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017038435 | [REDACTED] | $256,272.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017042379 | [REDACTED] | $78,850.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017085377 | [REDACTED] | $267,000.00 | VA 30 Year Fixed 2-1 Buydown | VA | Tier I |
| [REDACTED] | Atlanta | 161017078306 | [REDACTED] | $253,326.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017016111 | [REDACTED] | $607,727.00 | VA 30 Year Fixed High Balance | VA | Tier I |
| [REDACTED] | Atlanta | 161017030659 | [REDACTED] | $206,196.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017070016 | [REDACTED] | $163,975.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017088831 | [REDACTED] | $246,400.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017014201 | [REDACTED] | $265,010.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217092045 | [REDACTED] | $321,100.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217072504 | [REDACTED] | $197,181.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117077322 | [REDACTED] | $86,487.00 | FHA 20 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117087109 | [REDACTED] | $128,700.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117070173 | [REDACTED] | $75,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117040151 | [REDACTED] | $147,283.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117017403 | [REDACTED] | $154,000.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117048963 | [REDACTED] | $133,045.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117088112 | [REDACTED] | $119,080.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | | | | | | | |
| [REDACTED] | | | | $58,609,294.00 | | | |
| [REDACTED] | | | | x 15 BPS | | | |
| [REDACTED] | | | BM Override | $87,913.94 | | | |
| [REDACTED] | | | AM Override | $147,815.86 | | | |
| [REDACTED] | | | Less Bonus to REDACTED | $3,598.23 | | | |
| [REDACTED] | | | [REDACTED] | $13,539.47 | | | |
| [REDACTED] | | | [REDACTED] | $2,870.00 | | | |
| [REDACTED] | | | [REDACTED] | $11,825.27 | | | |
| [REDACTED] | | | Total Overrides | $203,896.83 | | | |
| [REDACTED] | | | | | | | |
| [REDACTED] | | | Amount Due Gina | $61,169.05 | | | |
| [REDACTED] | | | Less Monthly Guarantee | $30,730.50 | | | |
| [REDACTED] | | | Total Amount Due Gina | $30,438.55 | | | |
| [REDACTED] | | | | | | | |
| [REDACTED] | | | Amount Due Kelly | $142,727.78 | | | |
| [REDACTED] | | | BM Personal Prod O/R | $22,597.28 | | | |
| [REDACTED] | | | Less Monthly Guarantee | $29,264.49 | | | |
| [REDACTED] | | | Total Amount Due Kelly | $136,060.58 | | | |
| [REDACTED] | | | | | | | |
| [REDACTED] | Atlanta | 161017095547 | [REDACTED] | $253,945.00 | VA 30 Year Fixed | VA | Tier II |
| [REDACTED] | Kennesaw | 161417101977 | [REDACTED] | $263,106.00 | Freddie 30 Year Fixed | Conventional | Tier II |
| [REDACTED] | | | | | | | |
| [REDACTED] | Atlanta | 161017101551 | [REDACTED] | $0.00 | 2nd TD Chenoa Forgivable | Conventional | |
| [REDACTED] | Atlanta | 161017094071 | [REDACTED] | $0.00 | 2nd TD Chenoa Forgivable | Conventional | |
| [REDACTED] | Bonaire | 161317080483 | [REDACTED] | $0.00 | 2nd TD Chenoa Forgivable | Conventional | |
| [REDACTED] | Bonaire | 161317062944 | [REDACTED] | $0.00 | 2nd TD Chenoa 30 Yr Repayable | Conventional | |
| [REDACTED] | Bonaire | 161317094346 | [REDACTED] | $0.00 | 2nd TD Chenoa Forgivable | Conventional | |
| [REDACTED] | Columbia, SC | 153117099204 | [REDACTED] | $0.00 | 2nd TD SC Standard Repayable | Conventional | |
| [REDACTED] | Columbia, SC | 153117072799 | [REDACTED] | $0.00 | 2nd TD SC Standard Forgivable | Conventional | |
| [REDACTED] | Columbia, SC | 153117113072 | [REDACTED] | $0.00 | 2nd TD SC Standard Repayable | Conventional | |
| [REDACTED] | Columbia, SC | 153117084641 | [REDACTED] | $0.00 | 2nd TD SC Standard Repayable | Conventional | |
| [REDACTED] | Stockbridge | 161117096791 | [REDACTED] | $0.00 | 2nd TD GA Hardest Hit Fund | Conventional | |
| [REDACTED] | Atlanta | 161017100585 | [REDACTED] | $153,454.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Atlanta | 161017069034 | [REDACTED] | $98,188.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Bonaire | 161317024123 | [REDACTED] | $160,538.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Bonaire | 161317055440 | [REDACTED] | $132,554.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |

| [REDACTED] | Domain | Loan Number | Loan Officer | Loan Amount | ProgramName | LoanType | OverrideCompTier |
|---|---|---|---|---|---|---|---|
| [REDACTED] | Bonaire | 161317091132 | [REDACTED] | $118,709.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Columbia, SC | 153117086357 | [REDACTED] | $162,011.00 | SC Standard Repayable FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Columbia, SC | 153117072175 | [REDACTED] | $75,295.00 | SC Standard Forgivable FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Columbia, SC | 153117079939 | [REDACTED] | $128,632.00 | SC Standard Repayable FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Columbia, SC | 153117079907 | [REDACTED] | $73,529.00 | SC Standard Repayable FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Kennesaw | 161417085099 | [REDACTED] | $143,079.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Kennesaw | 161417094903 | [REDACTED] | $174,246.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Stockbridge | 161117044094 | [REDACTED] | $269,164.00 | FHA 30 Year Fixed Chenoa Bond | FHA | Tier IV |
| [REDACTED] | Stockbridge | 161117056506 | [REDACTED] | $149,511.00 | FHA 30 Year Fixed Chenoa Bond | FHA | Tier IV |
| [REDACTED] | Stockbridge | 161117059910 | [REDACTED] | $186,558.00 | FHA 30 Year Fixed Chenoa Bond | FHA | Tier IV |
| [REDACTED] | Stockbridge | 161117095810 | [REDACTED] | $162,011.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Stockbridge | 161117075932 | [REDACTED] | $170,346.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Stockbridge | 161117030965 | [REDACTED] | $91,168.00 | GA Dream FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Stockbridge | 161117099458 | [REDACTED] | $132,063.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Stockbridge | 161117085982 | [REDACTED] | $159,065.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Stockbridge | 161117068849 | [REDACTED] | $146,781.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |