Message

| | |
|---|---|
| **From:** | Gina Spearman [IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=1DAA207907... GINA+20SPEARM@SJOPR20MB3738.namprd20.prod.outlook.com] |
| **Sent:** | 12/7/2017 2:26:44 PM |
| **To:** | Sarah Laprade [Sarah.Laprade@Nafinc.com] |
| **CC:** | Danielle Abril [Danielle.Abril@Nafinc.com]; Kelly Allison [Kelly.Allison@Nafinc.com]; Jan Preslo [Jan.Preslo@Nafinc.com]; Yadira Pina | Kristin Ankeny [KAB@nafinc.com] |
| **Subject:** | Re: November 2017 BM/AM Recap Gina Spearman.Kelly Allison |

I approve.  Thank you Sarah and Dani!

Gina Spearman
Regional Manager
New American Funding
404-449-4515


On Dec 7, 2017, at 4:49 PM, Sarah Laprade <Sarah.Laprade@Nafinc.com> wrote:

> Good Afternoon Everyone,
> I have reviewed and the attached looks correct to me. (Thank you Dani)
>
> Gina,
> Do you approve?
>
> Thank you,
> Sarah Laprade
> Executive Assistant to Kelly Allison
> Cell: 404-432-9714
>
>
> **From:** Danielle Abril
> **Sent:** Wednesday, December 06, 2017 6:16 PM
> **To:** Sarah Laprade <Sarah.Laprade@Nafinc.com>
> **Cc:** Gina Spearman <Gina.Spearman@Nafinc.com>; Kelly Allison <Kelly.Allison@Nafinc.com>; Jan Preslo <Jan.Preslo@Nafinc.com>; Yadira Pina <Yadira.Pina@Nafinc.com>; Kristin Ankeny <KAB@nafinc.com>
> **Subject:** RE: November 2017 BM/AM Recap Gina Spearman.Kelly Allison
>
> Hi Sarah,
>
> Please see revision attached ☺
>
> Thank you,
>
> Dani Abril
> *Payroll Administrator*
> <image001.png>
> New American Funding
> 14511 Myford Road, Suite 100
> Tustin, CA 92780
> Direct: 800.450.2010 x 7130
> Direct: 949.445.8815
> Fax: 949.266.5653
> Email Dani Abril-Danielle.Abril@nafinc.com
> Web: **www.newamericanfunding.com**
> <image002.png> <image003.png> <image004.png> <image005.png> <image006.png>
> CONFIDENTIALITY NOTICE

DEFENDANT'S
EXHIBIT
82-Spearman
11/8/21-KDT-
PENGAD 800-631-6989

NAF_0000680

This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**From:** Sarah Laprade
**Sent:** Wednesday, December 6, 2017 1:59 PM
**To:** Danielle Abril <Danielle.Abril@Nafinc.com>
**Cc:** Gina Spearman <Gina.Spearman@Nafinc.com>; Kelly Allison <Kelly.Allison@Nafinc.com>; Jan Preslo <Jan.Preslo@Nafinc.com>; Yadira Pina <Yadira.Pina@Nafinc.com>; Kristin Ankeny <KAB@nafinc.com>
**Subject:** FW: November 2017 BM/AM Recap Gina Spearman.Kelly Allison

Hi Dani,
Also…. I do not see the Orlando-Colonial branch on here. (Managed by Jesus Lazo)
Can you add that along with the bonuses below?

Thank you,
Sarah Laprade
Executive Assistant to Kelly Allison
Cell: 404-432-9714

**From:** Sarah Laprade
**Sent:** Wednesday, December 06, 2017 3:47 PM
**To:** Danielle Abril <Danielle.Abril@Nafinc.com>; Gina Spearman <Gina.Spearman@Nafinc.com>; Kelly Allison <kelly.allison@nafinc.com>
**Cc:** Jan Preslo <jan.preslo@nafinc.com>; Yadira Pina <Yadira.Pina@Nafinc.com>; Kristin Ankeny <KAB@nafinc.com>
**Subject:** November 2017 BM/AM Recap Gina Spearman.Kelly Allison

David White $3419.26
Mac Bennett $1510.00
Esther Lee $12,074.22
Evelyn Smith $3020.00

Will you please add these and I will review with the girls?
Thanks!

Thank you,
Sarah Laprade
Executive Assistant to Kelly Allison
Cell: 404-432-9714

**From:** Danielle Abril
**Sent:** Wednesday, December 06, 2017 12:38 PM
**To:** Sarah Laprade <Sarah.Laprade@Nafinc.com>; Gina Spearman <Gina.Spearman@Nafinc.com>; Kelly Allison <Kelly.Allison@Nafinc.com>
**Cc:** Jan Preslo <Jan.Preslo@Nafinc.com>; Yadira Pina <Yadira.Pina@Nafinc.com>; Kristin Ankeny <KAB@nafinc.com>
**Subject:** RE: November 2017 BM/AM Recap Gina Spearman.Kelly Allison

Sorry about that!

CONFIDENTIAL

Dani Abril
*Payroll Administrator*
<image001.png>
New American Funding
14511 Myford Road, Suite 100
Tustin, CA 92780
Direct: 800.450.2010 x 7130
Direct: 949.445.8815
Fax: 949.266.5653
Email Dani Abril-Danielle.Abril@nafinc.com
Web: www.newamericanfunding.com
<image002.png> <image003.png> <image004.png> <image005.png> <image006.png>
CONFIDENTIALITY NOTICE
This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.


**From:** Sarah Laprade
**Sent:** Wednesday, December 6, 2017 9:22 AM
**To:** Danielle Abril <Danielle.Abril@Nafinc.com>; Gina Spearman <Gina.Spearman@Nafinc.com>; Kelly Allison <Kelly.Allison@Nafinc.com>
**Cc:** Jan Preslo <Jan.Preslo@Nafinc.com>; Yadira Pina <Yadira.Pina@Nafinc.com>; Kristin Ankeny <KAB@nafinc.com>
**Subject:** RE: November 2017 BM/AM Recap Gina Spearman.Kelly Allison

Hi Dani,
You accidentally attached October.
Can you resend with November please ☺
Thank you!


Thank you,
Sarah Laprade
Executive Assistant to Kelly Allison
Cell: 404-432-9714


**From:** Danielle Abril
**Sent:** Tuesday, December 05, 2017 6:17 PM
**To:** Gina Spearman <Gina.Spearman@Nafinc.com>; Kelly Allison <Kelly.Allison@Nafinc.com>
**Cc:** Jan Preslo <Jan.Preslo@Nafinc.com>; Yadira Pina <Yadira.Pina@Nafinc.com>; Kristin Ankeny <KAB@nafinc.com>; Sarah Laprade <Sarah.Laprade@Nafinc.com>
**Subject:** November 2017 BM/AM Recap Gina Spearman.Kelly Allison

Hi Sarah,

Attached is the preliminary recap.  Please let me know the bonuses for:

David White
Mac Bennett
Esther Lee
Evelyn Smith

Thank you,

Dani Abril
*Payroll Administrator*
<image001.png>
New American Funding
14511 Myford Road, Suite 100
Tustin, CA 92780
Direct: 800.450.2010 x 7130
Direct: 949.445.8815
Fax: 949.266.5653
Email Dani Abril-Danielle.Abril@nafinc.com
Web: **www.newamericanfunding.com**
<image002.png> <image003.png> <image004.png> <image005.png> <image006.png>
CONFIDENTIALITY NOTICE
This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<Gina Spearman.Kelly Allison.xlsx>

NAF_0000683

**This Document Produced Natively**

CONFIDENTIAL

| [REDACTED] | Domain | Loan Number | Loan Officer | Loan Amount | ProgramName | LoanType | OverrideCompTier |
|---|---|---|---|---|---|---|---|
| [REDACTED] | Atlanta | 161017158318 | [REDACTED] | $251,853.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017137809 | [REDACTED] | $112,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017172472 | [REDACTED] | $120,750.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017166724 | [REDACTED] | $282,400.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017161666 | [REDACTED] | $240,562.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017123399 | [REDACTED] | $153,164.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017164467 | [REDACTED] | $192,490.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017075385 | [REDACTED] | $313,392.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017122685 | [REDACTED] | $174,765.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017083624 | [REDACTED] | $188,512.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017140021 | [REDACTED] | $201,311.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017116303 | [REDACTED] | $247,769.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017158061 | [REDACTED] | $270,019.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017152085 | [REDACTED] | $188,359.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017138582 | [REDACTED] | $180,665.00 | Freddie 30 Year Fixed Your Path Advantage | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017167705 | [REDACTED] | $314,105.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017158378 | [REDACTED] | $314,472.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017146552 | [REDACTED] | $235,321.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017118927 | [REDACTED] | $360,256.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017085709 | [REDACTED] | $241,000.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017094675 | [REDACTED] | $235,465.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017162019 | [REDACTED] | $177,679.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017132999 | [REDACTED] | $251,652.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017148525 | [REDACTED] | $206,048.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017162956 | [REDACTED] | $219,058.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017156060 | [REDACTED] | $212,792.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017180052 | [REDACTED] | $365,079.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017158886 | [REDACTED] | $328,268.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017171076 | [REDACTED] | $174,775.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017109738 | [REDACTED] | $283,955.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017168412 | [REDACTED] | $167,325.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017163984 | [REDACTED] | $152,775.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017144270 | [REDACTED] | $132,050.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017166677 | [REDACTED] | $75,000.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017107089 | [REDACTED] | $308,039.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017170128 | [REDACTED] | $289,750.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017106234 | [REDACTED] | $98,358.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017141969 | [REDACTED] | $179,450.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017154885 | [REDACTED] | $179,000.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017170831 | [REDACTED] | $57,600.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017146241 | [REDACTED] | $261,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 153117170700 | [REDACTED] | $178,604.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 160017069262 | [REDACTED] | $241,554.00 | Freddie 30 Year Fixed HP Advantage | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017162647 | [REDACTED] | $192,450.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Atlanta | 161017130910 | [REDACTED] | $251,264.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017141340 | [REDACTED] | $190,966.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017109322 | [REDACTED] | $182,129.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017159449 | [REDACTED] | $170,623.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017052423 | [REDACTED] | $274,539.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017075008 | [REDACTED] | $355,437.00 | Freddie 30 Year Fixed HP Advantage | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017164338 | [REDACTED] | $165,520.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017162017 | [REDACTED] | $221,302.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017155044 | [REDACTED] | $185,520.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017168611 | [REDACTED] | $218,027.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017124858 | [REDACTED] | $365,079.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017151745 | [REDACTED] | $68,633.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017151143 | [REDACTED] | $184,594.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161417080581 | [REDACTED] | $122,735.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017170178 | [REDACTED] | $175,266.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017169921 | [REDACTED] | $161,029.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161012085867 | [REDACTED] | $211,841.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017155450 | [REDACTED] | $226,805.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017167007 | [REDACTED] | $296,550.00 | Chase 5/1 ARM 2/2/5 | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017139993 | [REDACTED] | $338,751.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017096149 | [REDACTED] | $315,185.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017153917 | [REDACTED] | $320,340.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017168591 | [REDACTED] | $194,750.00 | Freddie 30 Year Fixed HP | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017167009 | [REDACTED] | $186,767.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Atlanta | 161017129441 | [REDACTED] | $274,918.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017166710 | [REDACTED] | $154,156.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017139748 | [REDACTED] | $295,758.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017134478 | [REDACTED] | $277,514.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017146645 | [REDACTED] | $220,914.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017169960 | [REDACTED] | $242,500.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017148997 | [REDACTED] | $372,875.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Atlanta | 161017128577 | [REDACTED] | $168,884.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Atlanta | 161017157288 | [REDACTED] | $242,100.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Bonaire | 161317151518 | [REDACTED] | $282,487.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Bonaire | 161317118251 | [REDACTED] | $218,780.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Bonaire | 161317159147 | [REDACTED] | $132,554.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Bonaire | 161317168228 | [REDACTED] | $147,184.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Bonaire | 161317167729 | [REDACTED] | $217,550.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Bonaire | 161317105478 | [REDACTED] | $254,664.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Bonaire | 161317174288 | [REDACTED] | $263,047.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Bonaire | 161317156182 | [REDACTED] | $152,192.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Bonaire | 161317159495 | [REDACTED] | $145,000.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Bonaire | 161317091924 | [REDACTED] | $287,690.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Bonaire | 161317120301 | [REDACTED] | $83,460.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Bonaire | 161317054172 | [REDACTED] | $234,945.00 | VA 30 Year Fixed | VA | Tier I |

1

| [REDACTED] | Domain | Loan Number | Loan Officer | Loan Amount | ProgramName | LoanType | OverrideCompTier |
|---|---|---|---|---|---|---|---|
| [REDACTED] | Bonaire | 161317167039 | [REDACTED] | $336,300.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Bonaire | 161317177683 | [REDACTED] | $118,275.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Bonaire | 161317122933 | [REDACTED] | $271,982.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117161474 | [REDACTED] | $195,778.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117138883 | [REDACTED] | $130,099.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117138703 | [REDACTED] | $88,369.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117166141 | [REDACTED] | $185,810.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117131766 | [REDACTED] | $250,871.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117159401 | [REDACTED] | $236,823.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117010502 | [REDACTED] | $123,728.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117136990 | [REDACTED] | $227,887.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117134305 | [REDACTED] | $84,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117168375 | [REDACTED] | $108,262.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117175999 | [REDACTED] | $349,500.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117136723 | [REDACTED] | $162,011.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117152188 | [REDACTED] | $205,020.00 | Freddie 30 Year Fixed HP Advantage | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117152212 | [REDACTED] | $319,615.00 | Freddie 30 Year Fixed HP Advantage | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117160659 | [REDACTED] | $254,868.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117159362 | [REDACTED] | $92,970.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117164950 | [REDACTED] | $146,470.00 | Freddie 30 Year Fixed HP Advantage | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117115829 | [REDACTED] | $98,188.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117151376 | [REDACTED] | $156,120.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117145687 | [REDACTED] | $117,600.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117180112 | [REDACTED] | $179,381.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117131141 | [REDACTED] | $201,435.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117227142 | [REDACTED] | $280,489.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117158084 | [REDACTED] | $80,707.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117164214 | [REDACTED] | $185,436.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117152276 | [REDACTED] | $127,645.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117148464 | [REDACTED] | $142,373.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117157373 | [REDACTED] | $83,460.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117163364 | [REDACTED] | $141,263.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117020157 | [REDACTED] | $215,713.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117033299 | [REDACTED] | $218,096.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117167691 | [REDACTED] | $151,000.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117155343 | [REDACTED] | $143,355.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 151117173466 | [REDACTED] | $82,500.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 151117170932 | [REDACTED] | $229,557.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117060582 | [REDACTED] | $124,601.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117147675 | [REDACTED] | $169,653.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117183366 | [REDACTED] | $175,750.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117140574 | [REDACTED] | $148,755.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117110204 | [REDACTED] | $93,769.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117151548 | [REDACTED] | $125,564.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117080748 | [REDACTED] | $281,600.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117176146 | [REDACTED] | $133,860.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Columbia, SC | 153117136721 | [REDACTED] | $277,629.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Columbia, SC | 153117168117 | [REDACTED] | $253,000.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Columbia, SC | 153117150567 | [REDACTED] | $155,000.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Huntersville | 154417061775 | [REDACTED] | $234,671.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Huntersville | 154417157526 | [REDACTED] | $116,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Huntersville | 154417141369 | [REDACTED] | $307,000.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Huntersville | 154417164306 | [REDACTED] | $147,120.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Huntersville | 154417151466 | [REDACTED] | $247,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Kennesaw | 161417170065 | [REDACTED] | $358,383.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417158939 | [REDACTED] | $242,526.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417147042 | [REDACTED] | $218,523.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417180023 | [REDACTED] | $231,282.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417163992 | [REDACTED] | $203,765.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417175752 | [REDACTED] | $200,000.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Kennesaw | 161417158033 | [REDACTED] | $184,520.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417167446 | [REDACTED] | $267,357.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417164520 | [REDACTED] | $93,279.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417180022 | [REDACTED] | $223,109.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417183054 | [REDACTED] | $225,095.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417169679 | [REDACTED] | $261,098.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417160195 | [REDACTED] | $164,297.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Kennesaw | 161417133658 | [REDACTED] | $97,000.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Kennesaw | 161417148794 | [REDACTED] | $243,508.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417180851 | [REDACTED] | $324,143.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Kennesaw | 161417130084 | [REDACTED] | $173,783.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417096246 | [REDACTED] | $169,285.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Kennesaw | 161417139370 | [REDACTED] | $149,737.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417160017 | [REDACTED] | $164,778.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Kennesaw | 161417141291 | [REDACTED] | $181,630.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417167157 | [REDACTED] | $91,501.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Kennesaw | 161417162337 | [REDACTED] | $160,861.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Kennesaw | 161417165564 | [REDACTED] | $154,545.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Kennesaw | 161417163933 | [REDACTED] | $166,010.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Lawrenceville | 161217154959 | [REDACTED] | $230,743.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217174193 | [REDACTED] | $162,011.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217159958 | [REDACTED] | $240,650.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Lawrenceville | 161217133840 | [REDACTED] | $202,711.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217101823 | [REDACTED] | $123,717.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217164662 | [REDACTED] | $157,712.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217143750 | [REDACTED] | $185,198.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217166934 | [REDACTED] | $109,600.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217139879 | [REDACTED] | $194,379.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217159548 | [REDACTED] | $194,999.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |

| [REDACTED] | Domain | Loan Number | Loan Officer | Loan Amount | ProgramName | LoanType | OverrideCompTier |
|---|---|---|---|---|---|---|---|
| [REDACTED] | Lawrenceville | 161217160349 | [REDACTED] | $189,984.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217164327 | [REDACTED] | $187,638.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217137278 | [REDACTED] | $184,240.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Lawrenceville | 161217175123 | [REDACTED] | $112,100.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217120340 | [REDACTED] | $222,095.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Lawrenceville | 161217121221 | [REDACTED] | $146,301.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217136542 | [REDACTED] | $242,467.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217152110 | [REDACTED] | $223,281.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217110807 | [REDACTED] | $181,108.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217149801 | [REDACTED] | $154,275.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217152093 | [REDACTED] | $247,350.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217183963 | [REDACTED] | $257,571.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217103231 | [REDACTED] | $261,250.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217151242 | [REDACTED] | $142,929.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Lawrenceville | 161217152222 | [REDACTED] | $229,199.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217173750 | [REDACTED] | $171,486.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217149352 | [REDACTED] | $196,377.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217140018 | [REDACTED] | $278,973.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217148323 | [REDACTED] | $156,695.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217123818 | [REDACTED] | $179,326.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217169786 | [REDACTED] | $349,368.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Lawrenceville | 161217118127 | [REDACTED] | $215,033.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217162664 | [REDACTED] | $183,341.00 | Fannie 30 Year Fixed HomeReady | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217164041 | [REDACTED] | $225,441.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217168059 | [REDACTED] | $259,116.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217145703 | [REDACTED] | $189,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217094395 | [REDACTED] | $196,377.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217167943 | [REDACTED] | $131,567.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217165230 | [REDACTED] | $83,460.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217174847 | [REDACTED] | $248,221.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217164607 | [REDACTED] | $245,166.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Lawrenceville | 161217159404 | [REDACTED] | $330,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217160568 | [REDACTED] | $218,762.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217157171 | [REDACTED] | $389,500.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217165438 | [REDACTED] | $247,500.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217151845 | [REDACTED] | $424,100.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Lawrenceville | 161217089367 | [REDACTED] | $197,760.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117087292 | [REDACTED] | $85,424.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117171526 | [REDACTED] | $141,391.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117139873 | [REDACTED] | $76,587.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117141287 | [REDACTED] | $133,536.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117157239 | [REDACTED] | $126,262.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161117144869 | [REDACTED] | $111,935.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117120444 | [REDACTED] | $147,283.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117140595 | [REDACTED] | $137,365.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117163550 | [REDACTED] | $143,257.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117161915 | [REDACTED] | $127,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117119534 | [REDACTED] | $71,717.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161117154677 | [REDACTED] | $259,953.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117173081 | [REDACTED] | $180,808.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161117157615 | [REDACTED] | $89,842.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117165555 | [REDACTED] | $269,920.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117162751 | [REDACTED] | $181,318.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117153285 | [REDACTED] | $121,655.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117149069 | [REDACTED] | $98,595.00 | FHA 20 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117173139 | [REDACTED] | $169,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117156615 | [REDACTED] | $156,565.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161117160009 | [REDACTED] | $104,830.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117148825 | [REDACTED] | $106,215.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117078767 | [REDACTED] | $76,587.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117171848 | [REDACTED] | $133,375.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117154176 | [REDACTED] | $118,808.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117159608 | [REDACTED] | $177,299.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117157384 | [REDACTED] | $116,400.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117163438 | [REDACTED] | $81,600.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117158312 | [REDACTED] | $110,000.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117160834 | [REDACTED] | $147,283.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117128169 | [REDACTED] | $258,400.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117164197 | [REDACTED] | $220,924.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117155405 | [REDACTED] | $104,000.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117091627 | [REDACTED] | $217,000.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117160130 | [REDACTED] | $133,475.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117164067 | [REDACTED] | $292,000.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117160294 | [REDACTED] | $116,025.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117158339 | [REDACTED] | $271,700.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117124626 | [REDACTED] | $213,069.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117157278 | [REDACTED] | $127,645.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117170733 | [REDACTED] | $234,900.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117141082 | [REDACTED] | $244,900.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117149691 | [REDACTED] | $204,036.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117109024 | [REDACTED] | $142,373.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117156314 | [REDACTED] | $164,720.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117102589 | [REDACTED] | $213,560.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117128224 | [REDACTED] | $300,000.00 | Fannie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117160876 | [REDACTED] | $215,250.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117164035 | [REDACTED] | $120,772.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117126604 | [REDACTED] | $116,161.00 | USDA Rural Development | USDA Rural | Tier I |
| [REDACTED] | Stockbridge | 161117116020 | [REDACTED] | $52,040.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117162198 | [REDACTED] | $104,080.00 | FHA 30 Year Fixed | FHA | Tier I |

| [REDACTED] | Domain | Loan Number | Loan Officer | Loan Amount | ProgramName | LoanType | OverrideCompTier |
|---|---|---|---|---|---|---|---|
| [REDACTED] | Stockbridge | 161117176750 | [REDACTED] | $106,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117145648 | [REDACTED] | $96,000.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117138809 | [REDACTED] | $161,029.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117163292 | [REDACTED] | $183,111.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117159390 | [REDACTED] | $142,590.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Stockbridge | 161117045064 | [REDACTED] | $259,557.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117171682 | [REDACTED] | $162,011.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117107079 | [REDACTED] | $293,192.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117172125 | [REDACTED] | $160,876.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Stockbridge | 161117134185 | [REDACTED] | $209,460.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Stockbridge | 161117156446 | [REDACTED] | $151,552.00 | VA 30 Year Fixed | VA | Tier I |
| [REDACTED] | Orlando - Colonial Drive | 152617168818 | [REDACTED] | $145,306.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | | | | | | | |
| [REDACTED] | | | | $54,307,662.00 | | | |
| [REDACTED] | | | | x 15 BPS | | | |
| [REDACTED] | | | BM Override | $81,461.49 | | | |
| [REDACTED] | | | AM Override | $135,769.16 | | | |
| [REDACTED] | | | | | | | |
| [REDACTED] | Charlotte | 151117142349 | [REDACTED] | $285,000.00 | Freddie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Charlotte | 151117174058 | [REDACTED] | $136,770.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Charlotte | 151117159078 | [REDACTED] | $358,400.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Charlotte | 151417161153 | [REDACTED] | $200,000.00 | Freddie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | Charlotte | 151117167400 | [REDACTED] | $145,500.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Charlotte | 151117149204 | [REDACTED] | $166,250.00 | Fannie 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Charlotte | 151117175831 | [REDACTED] | $162,011.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Charlotte | 151117158242 | [REDACTED] | $179,450.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Charlotte | 151117170465 | [REDACTED] | $258,618.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Charlotte | 151117164408 | [REDACTED] | $276,760.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Charlotte | 151117337698 | [REDACTED] | $80,195.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Charlotte | 151117157243 | [REDACTED] | $196,377.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Charlotte | 151117151748 | [REDACTED] | $156,288.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Charlotte | 151117130577 | [REDACTED] | $145,500.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Charlotte | 151117147062 | [REDACTED] | $180,175.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Charlotte | 151117103382 | [REDACTED] | $215,033.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Charlotte | 151117148874 | [REDACTED] | $94,620.00 | Fannie 30 Year Fixed HomeStyle Renovation | Conventional | Tier I |
| [REDACTED] | Charlotte | 151117159385 | [REDACTED] | $155,588.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier I |
| [REDACTED] | Charlotte | 151117169537 | [REDACTED] | $176,739.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Charlotte | 151117146902 | [REDACTED] | $235,554.00 | FHA 30 Year Fixed | FHA | Tier I |
| [REDACTED] | Charlotte | 151117159953 | [REDACTED] | $133,507.00 | Freddie 15 Year Fixed | Conventional | Tier I |
| [REDACTED] | | | | | | | |
| [REDACTED] | | | | $3,938,335.00 | | | |
| [REDACTED] | | | | x 8 BPS | | | |
| [REDACTED] | | | BM Override | $3,150.67 | | | |
| [REDACTED] | | | AM Override | $9,845.84 | | | |
| [REDACTED] | Stockbridge | 161117129001 | [REDACTED] | $124,696.00 | VA 30 Year Fixed | VA | Tier II |
| [REDACTED] | Stockbridge | 161117123801 | [REDACTED] | $98,455.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier II |
| [REDACTED] | | | | | | | |
| [REDACTED] | | | | $223,151.00 | | | |
| [REDACTED] | | | | x 25 BPS | | | |
| [REDACTED] | | | AM Override | $557.88 | | | |
| [REDACTED] | | | | | | | |
| [REDACTED] | | | Total BM/AM Overrides | $230,785.03 | | | |
| [REDACTED] | | | [REDACTED] | $3,419.26 | | | |
| [REDACTED] | | | [REDACTED] | $1,510.00 | | | |
| [REDACTED] | | | [REDACTED] | $12,074.22 | | | |
| [REDACTED] | | | [REDACTED] | $3,020.00 | | | |
| [REDACTED] | | | [REDACTED] | $11,693.83 | | | |
| [REDACTED] | | | Less Recruit Deduction | $1,430.11 | | | |
| [REDACTED] | | | Total Overrides | $197,637.61 | | | |
| [REDACTED] | | | | | | | |
| [REDACTED] | | | Total Amount Due Gina | $59,291.28 | | | |
| [REDACTED] | | | | | | | |
| [REDACTED] | | | Amount Due Kelly | $138,346.33 | | | |
| [REDACTED] | | | BM Personal Prod O/R | $26,827.12 | | | |
| [REDACTED] | | | Less Monthly Guarantee | $38,959.47 | | | |
| [REDACTED] | | | Total Amount Due Kelly | $126,213.98 | | | |
| [REDACTED] | | | | | | | |
| [REDACTED] | Atlanta | 161017182588 | [REDACTED] | $0.00 | 2nd TO Chenoa 10 Yr Repayable | Conventional | |
| [REDACTED] | Charlotte | 151117169892 | [REDACTED] | $0.00 | 2nd TO Chenoa Forgivable | Conventional | |
| [REDACTED] | Columbia, SC | 153117164303 | [REDACTED] | $0.00 | 2nd TO Chenoa 10 Yr Repayable | Conventional | |
| [REDACTED] | Kennesaw | 161417146597 | [REDACTED] | $0.00 | 2nd TO GA Standard | Conventional | |
| [REDACTED] | Lawrenceville | 161217154230 | [REDACTED] | $0.00 | 2nd TO Chenoa Forgivable | Conventional | |
| [REDACTED] | Stockbridge | 161117177832 | [REDACTED] | $0.00 | 2nd TO Chenoa Forgivable | Conventional | |
| [REDACTED] | Stockbridge | 161117169991 | [REDACTED] | $0.00 | 2nd TO Chenoa 10 Yr Repayable | Conventional | |
| [REDACTED] | Kennesaw | 161117152381 | [REDACTED] | $199,682.00 | NAF 1% Down 30 Year Fixed | Conventional | Tier III |
| [REDACTED] | Atlanta | 161017183214 | [REDACTED] | $158,869.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Atlanta | 161017160087 | [REDACTED] | $273,457.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Atlanta | 161017154937 | [REDACTED] | $129,117.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Atlanta | 161017172295 | [REDACTED] | $337,500.00 | Fannie 30 Year Fixed | Conventional | Tier IV |
| [REDACTED] | Charlotte | 151117160890 | [REDACTED] | $97,206.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Columbia, SC | 153137137903 | [REDACTED] | $192,449.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Kennesaw | 161417131352 | [REDACTED] | $209,460.00 | GA Dream FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Kennesaw | 161417172754 | [REDACTED] | $209,495.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Kennesaw | 161417131053 | [REDACTED] | $220,924.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Lawrenceville | 161217165546 | [REDACTED] | $211,007.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Lawrenceville | 161217131259 | [REDACTED] | $183,612.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Stockbridge | 161117162145 | [REDACTED] | $177,809.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |

4

| [REDACTED] | Domain | Loan Number | Loan Officer | Loan Amount | ProgramName | LoanType | OverrideCompTier |
|---|---|---|---|---|---|---|---|
| [REDACTED] | Stockbridge | 161117166190 | [REDACTED] | $166,822.00 | Chenoa FHA 30 Year Fixed Bond | FHA | Tier IV |
| [REDACTED] | Orlando - Colonial Drive | 152617167747 | [REDACTED] | $0.00 | 2nd TD FL FHFC | Conventional | |
| [REDACTED] | Orlando - Colonial Drive | 152617179184 | [REDACTED] | $0.00 | 2nd TD FL FHFC | Conventional | |
| [REDACTED] | Orlando - Colonial Drive | 152617167723 | [REDACTED] | $187,000.00 | FL HFA Preferred Fannie HFA Preferred 30 Year Fixe | Conventional | Tier IV |
| [REDACTED] | Orlando - Colonial Drive | 152617179182 | [REDACTED] | $294,900.00 | FL HFA Preferred Fannie HFA Preferred 30 Year Fixe | Conventional | Tier IV |

5