Message

| | |
|---|---|
| **From:** | Danielle Abril [Danielle.Abril@Nafinc.com] |
| **Sent:** | 4/14/2020 2:12:43 PM |
| **To:** | Simin Akbar [Simin.Akbar@Nafinc.com] |
| **Subject:** | FW: February 2020 SVP Recap SouthEast Division |
| **Attachments:** | SouthEast Division-Gina Spearman.Kelly Allison.xlsx |

Dani Abril
*Commissions Administrator*



New American Funding
14511 Myford Road, Suite 100
Tustin, CA 92780
Direct: 800.450.2010 x 7130
Direct: 949.445.8815
Fax: 949.266.5653
Email Dani Abril-Danielle.Abril@nafinc.com
Web: www.newamericanfunding.com



**CONFIDENTIALITY NOTICE**
This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

**From:** Danielle Abril
**Sent:** Sunday, March 8, 2020 9:46 PM
**To:** Gina Spearman <Gina.Spearman@Nafinc.com>; Kelly Allison <kelly.allison@nafinc.com>; Sarah Laprade <Sarah.Laprade@Nafinc.com>
**Cc:** Jan Preslo <jan.preslo@nafinc.com>; Yadira Pina <Yadira.Pina@Nafinc.com>; Kristin Ankeny <KAB@nafinc.com>
**Subject:** February 2020 SVP Recap SouthEast Division

Good Evening,

Attached it is the SouthEast Division's finalized recap.

Thank you,

Dani Abril
*Commissions Administrator*



New American Funding
14511 Myford Road, Suite 100
Tustin, CA 92780
Direct: 800.450.2010 x 7130
Direct: 949.445.8815
Fax: 949.266.5653
Email Dani Abril-Danielle.Abril@nafinc.com
Web: www.newamericanfunding.com



CONFIDENTIALITY NOTICE



This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

CONFIDENTIAL
NAF_0000300

**This Document Produced Natively**

CONFIDENTIAL

NAF_0000585