Message

| | |
|---|---|
| From: | Christy Bunce [Christy.Bunce@Nafinc.com] |
| Sent: | 2/13/2019 11:52:29 AM |
| To: | Patty Arvielo [Patty.Arvielo@Nafinc.com] |
| CC: | Rick Arvielo [Rick.Arvielo@Nafinc.com] |
| Subject: | Re: Follow-up to our meeting |

100% agree.

On Feb 13, 2019, at 11:02 AM, Patty Arvielo <Patty.Arvielo@nafinc.com> wrote:

> What I don't like is they are calling us liars…..
>
> I want a total breakdown on the business they came with and what has been built since they have gotten here please….
>
> They will be ok but they need to be put on a P&L therefore we need to really work fast on getting an efficient system so they can work off of it
>
> Thank you,
> ….
>
> | About | Reviews | Website |
> |---|---|---|
>
> <image012.jpg>
>
> <image013.jpg>  **Patricia Arvielo**
> President
>
> Toll Free: 800.450.2010 Ext. 7315
> Direct: 949.748.4115
> Fax: 949.825.8282
> Email: parvielo@nafinc.com
>
> Address:  14511 Myford Road, Suite 100
> Tustin, CA 92780
>
> <image014.jpg>
>
> CLICK HERE TO ADD MY INFO TO YOUR CONTACTS
>
> CONFIDENTIALITY NOTICE
>
> This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.
>
> From: Christy Bunce <Christy.Bunce@Nafinc.com>
> Sent: Wednesday, February 13, 2019 10:38 AM
> To: Rick Arvielo <Rick.Arvielo@Nafinc.com>; Patty Arvielo <Patty.Arvielo@Nafinc.com>
> Subject: FW: Follow-up to our meeting



PLAINTIFF'S EXHIBIT 24 Spearman

CONFIDENTIAL

NAF_0000149

See below.

Thank you,

**Christy Bunce**
*Chief Operations Officer*

<image015.jpg>
New American Funding
14511 Myford Road, Suite 100
Tustin, CA 92780
Direct:  800.450.2010 x7340
Direct:  949.748.4139
Fax:     949.340.2015
Email: christy.bunce@nafinc.com
Web:   newamericanfunding.com

CONFIDENTIALITY NOTICE

This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**From:** Gina Spearman <Gina.Spearman@Nafinc.com>
**Sent:** Wednesday, February 13, 2019 10:13 AM
**To:** Christy Bunce <Christy.Bunce@Nafinc.com>; Jon Reed (EVP Retail) <Jon.Reed@Nafinc.com>; Jan Preslo <Jan.Preslo@Nafinc.com>
**Cc:** Kelly Allison <Kelly.Allison@Nafinc.com>
**Subject:** Follow-up to our meeting

Good Afternoon!  Thank you for your time yesterday and a wonderful dinner last night.  We have spent several hours yesterday and today reviewing all the information you provided in our meeting along with the P&L info in Kevlar.  There are many inconsistencies with the data that are causing us serious concern.  If we use our actual expenses including current PE's, comp, marketing, rents, salaries and apply industry accepted proforma ranges for corporate allocations we should be 40-50 bps in profit to NAF.  A division of our production size and product mix should be profitable to any company.  We respect your need to "right size" the company, but we truly believe the numbers are flawed.  Re-negotiating our agreement with NAF after only 2 years based off inconsistent information doesn't seem prudent for NAF or us.  We believe a follow-up meeting to drill down on the numbers is necessary to arrive at a solution.  Maybe a market visit to Atlanta would be best, preferably prior to the March 1st date you mentioned was the effective date of proposed changes.   Have a great day!

Kelly & Gina

| Visit My Site | Loan Products | Pre-Qualification |
|---|---|---|

**Gina Spearman**
Regional Manager
NMLS# 152661

Office: (800) 450-2010 Ext. 3758
Cell: (404) 449-4515
Fax: (404) 529-4043
Email: Gina.Spearman@nafinc.com

Address: 5607 Glenridge Dr Ste. 100
Atlanta, GA 30342

Website: www.newamericanfunding.com

Get<image018.jpg> <image019.jpg> <image020.jpg> <image021.jpg> <image022.jpg> <image023.jpg>
Connected:

CLICK HERE TO ADD MY INFO TO YOUR CONTACTS

"Don't tell me the sky's the limit when there are footprints on the moon."

**Kelly Allison**
Southeast Divisional, VP

Cell: (678) 898-3540
Direct: (770) 870-5146
Fax: (404) 759-2765
Email: Kelly.Allison@nafinc.com

Website: www.teamnewamerican.com

CLICK HERE TO ADD MY INFO TO YOUR CONTACTS

CONFIDENTIAL
NAF_0000151