**Lex Watson**

| | |
|---|---|
| **From:** | Gina Spearman <Gina.Spearman@Nafinc.com> |
| **Sent:** | Tuesday, September 17, 2019 2:35 PM |
| **To:** | Lex Watson |
| **Cc:** | Kelly Allison; Sarah Laprade |
| **Subject:** | FW: P&L Call |

Please see grid below



**From:** Scott Frommert <Scott.Frommert@Nafinc.com>
**Sent:** Thursday, September 12, 2019 12:03 PM
**To:** Kelly Allison <Kelly.Allison@Nafinc.com>; Gina Spearman <Gina.Spearman@Nafinc.com>
**Cc:** Jan Preslo <Jan.Preslo@Nafinc.com>; Jon Reed (EVP Retail) <Jon.Reed@Nafinc.com>
**Subject:** P&L Call

Please see below for our call



Exhibit 0001

1

SPEARMAN1412

| SE | Option 1 High BPS & Low % | | Option 2 Mid BPS & Mid % | | Option 3 Low BPS & High % | | |
|---|---|---|---|---|---|---|---|
| **NO GROWTH** | BPS Earned | 27.5 | BPS Earned | 20.0 | BPS Earned | 10.0 | |
| | Split | 5.0% | Split | 32.5% | Split | 50.0% | Current Plan |
| | | | | | | | $ 4,877,909 |
| | SVP Comp | 2020 | SVP Comp | 2020 | SVP Comp | 2020 | |
| | Worse | 4,218,185 -14% | Worse | 4,226,516 -13% | Worse | 4,162,692 -15% | |
| | Base | 4,308,185 -12% | Base | 4,811,516 -1% | Base | 5,062,692 4% | |
| | Better | 4,398,185 -10% | Better | 5,396,516 11% | Better | 5,962,692 22% | |
| **3% GROWTH** | High BPS & Low % | | Mid BPS & Mid % | | Low BPS & High % | | |
| | BPS Earned | 27.5 | BPS Earned | 20.0 | BPS Earned | 10.0 | |
| | Split | 7.5% | Split | 35.0% | Split | 52.5% | Current Plan |
| | | | | | | | $ 5,154,172 |
| | SVP Comp | 2020 | SVP Comp | 2020 | SVP Comp | 2020 | |
| | Worse | 4,577,819 -11% | Worse | 4,791,224 -7% | Worse | 4,874,473 -5% | |
| | Base | 4,712,819 -9% | Base | 5,421,224 5% | Base | 5,819,473 13% | |
| | Better | 4,847,819 -6% | Better | 6,051,224 17% | Better | 6,764,473 31% | |
| **6% GROWTH** | High BPS & Low % | | Mid BPS & Mid % | | Low BPS & High % | | |
| | BPS Earned | 27.5 | BPS Earned | 20.0 | BPS Earned | 10.0 | |
| | Split | 10.0% | Split | 37.5% | Split | 55.0% | Current Plan |
| | | | | | | | $ 5,443,187 |
| | SVP Comp | 2020 | SVP Comp | 2020 | SVP Comp | 2020 | |
| | Worse | 4,945,928 -9% | Worse | 5,322,005 -2% | Worse | 5,578,259 2% | |
| | Base | 5,125,928 -6% | Base | 5,997,005 10% | Base | 6,568,259 21% | |
| | Better | 5,305,928 -3% | Better | 6,672,005 23% | Better | 7,558,259 39% | |
| Reserve | $ 100,000 | | $ 250,000 | | $ 500,000 | | |

* Growth is measure off of funded purchase production compare to previous year
* Growth factor to be measured annually and paid out as bonus after year close.  Year 1 growth  1/1/2020 to 12/31/2020
* Connect paid at 10 on high bps, 0 on others, accounted for in math

Thank you,

**Scott Frommert**
*Chief Financial Officer*



**New American Funding**
14511 Myford Rd., Suite 100
Tustin, CA 92780

Direct:  **800 450-2010 x 7059**
Direct:  **949 440-1825**
**Fax:**  949 266-9129
Email   Scott.Frommert@nafinc.com
Web:   www.newamericanfunding.com



**CONFIDENTIALITY NOTICE**

This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proscribed. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

SPEARMAN1413