LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
## COURT REPORTERS

**CASE NO. 1:20-cv-04981-CAP**

**GINA SPEARMAN**

VS

**BROKER SOLUTION, INC.,**

**DEPONENT:**

**ERIC FELLOWS**

**DATE:**

**October 26, 2021**


a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF GEORGIA

3                ATLANTA DIVISION

4          CASE NO. 1:20-cv-04981-CAP

5

6                GINA SPEARMAN,

7                  Plaintiff

8

9                     v.

10

11       BROKER SOLUTION, INC., D/B/A

12            NEW AMERICAN FUNDING,

13                 Defendant

14

15

16

17

18

19

20

21

22

23  DEPONENT:  ERIC FELLOWS

24  DATE:      OCTOBER 26, 2021

25  REPORTER:  MAGGIE PATTERSON



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        APPEARANCES

 2

 3    ON BEHALF OF THE PLAINTIFF, GINA SPEARMAN:

 4    MaryBeth V. Gibson

 5    The Finley Firm, P.C.

 6    3535 Piedmont Road Northeast

 7    Building 14

 8    Suite 230

 9    Atlanta, Georgia 30305

10    Telephone No.: (404) 320-9979

11    Facsimile No.: (404) 320-9978

12    E-mail: mgibson@thefinleyfirm.com

13

14    ON BEHALF OF THE DEFENDANT, BROKER SOLUTION, INC.,

15    D/B/A NEW AMERICAN FUNDING:

16    Henry M. Perlowski

17    Arnall Golden Gregory, LLP

18    171 17th Street Northwest

19    Suite 2100

20    Atlanta, Georgia 30363

21    Telephone No.: (404) 873-8684

22    Facsimile No.: (404) 873-8685

23    E-mail: Henry.Perlowski@agg.com

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                   APPEARANCES (CONTINUED)

 2

 3   IN-HOUSE COUNSEL ON BEHALF OF BROKER SOLUTION, INC.,

 4   D/B/A NEW AMERICAN FUNDING

 5   Ken Block

 6   Andrew Westle

 7   New American Funding

 8   14511 Myford Road

 9   Suite 100

10   Tustin, California 92780

11   Telephone No.: (949) 267-2294

12   E-mail: ken.block@nafinc.com

13   (Appeared Via Video Conference)

14

15   ALSO PRESENT: Gina Spearman, Plaintiff

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                         INDEX

 2                                          Page

 3    PROCEEDINGS                              6

 4    DIRECT EXAMINATION BY MS. GIBSON         6

 5

 6

 7                       EXHIBITS

 8    Exhibit                                Page

 9    1 - Notice of Deposition of Eric Fellows   9

10    2 - Regional Manager Agreement - NAF 0000212   14

11    3 - Schedule 1 Regional Manager Compensation

12          Details - NAF 0000225             16

13    4 - E-mail Dated November 15, 2019 -

14          NAF 0000354                        37

15

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                          STIPULATION

 2

 3   The deposition of ERIC FELLOWS was taken at WALLER

 4   LANSDEN DORTCH & DAVIS, LLP, 511 UNION STREET, SUITE

 5   2700, NASHVILLE, TENNESSEE 37219 on TUESDAY, the 26th

 6   day of OCTOBER 2021 at 1:02 P.M. CDT; said deposition

 7   was taken pursuant to the FEDERAL Rules of Civil

 8   Procedure. It is agreed that MAGGIE PATTERSON, being a

 9   Notary Public and Court Reporter for the State of

10   TENNESSEE, may swear the witness.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    PROCEEDINGS

 2

 3            COURT REPORTER:   We are on the record.  And

 4       sir, will you please raise your right hand for me?

 5       Do you solemnly swear or affirm that the testimony

 6       you're about to give is the truth, the whole truth,

 7       and nothing but the truth?

 8            THE WITNESS:  Yes.

 9            COURT REPORTER:  Thank you.

10                 DIRECT EXAMINATION

11  BY MS. GIBSON:

12       Q    Good afternoon, Mr. Fellows.  My name is

13  MaryBeth Gibson, and I represent Gina Spearman, as you

14  know.  We rode up on the elevator together.  So other

15  than that, we've never spoken before; is that correct?

16       A    Correct.

17       Q    Have you ever given a deposition before?

18       A    No.

19       Q    So the court reporter is here today, and we

20  also have Zoom.  And the court reporter is going to be

21  taking down everything that we say, so please give

22  verbal responses -- your counsel may have already

23  explained this to you -- not head nods, but "yes," "no."

24  She can't record that.  It doesn't translate well into

25  the transcript.  If you could wait until my question is
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   over before giving an answer.  Your counsel may also
 2   want to object, so give him a minute to object.  Unless
 3   he instructs you not to answer, you can answer the
 4   question.  He's just preserving objections for the
 5   record.  You understand she was giving you an oath today
 6   that you will testify to give the truth under penalty of
 7   perjury; you understand that?
 8        A    Yep.
 9        Q    Are you under any medications today that
10   affect your memory?
11        A    No.
12        Q    Okay.  And if any time you need a break -- I
13   usually try and take a quick break at the hour mark, but
14   if you need a break before that, just let me know.  I'm
15   happy to do that.  If you have any questions during the
16   deposition, stop me, feel free to ask.
17        A    Okay.
18        Q    Where do you presently reside, your current
19   residence?
20        A    Franklin, Tennessee.  ██████████████████
21   ███████████████
22        Q    Do you have any relatives in Fulton County,
23   Georgia?
24        A    No.
25        Q    Any relatives in the Atlanta area?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | | |
|---|---|---|
| 1 | A | Niece that lives in the Emory area. |
| 2 | **Q** | **And what is her name?** |
| 3 | A | Megan Fellows. |
| 4 | **Q** | **Anyone else?** |
| 5 | A | And her husband. |
| 6 | **Q** | **And what is his name?** |
| 7 | A | Spencer. |
| 8 | **Q** | **Do you know her married name?** |
| 9 | A | Lie -- yes, Lie.  Megan Lie. |
| 10 | **Q** | **Have you ever served in the military?** |
| 11 | A | No. |
| 12 | **Q** | **Have you ever been arrested?** |
| 13 | A | No. |
| 14 | **Q** | **Where did you go to school?** |
| 15 | A | High school, or college? |
| 16 | **Q** | **College.** |
| 17 | A | College, Mississippi State. |
| 18 | **Q** | **Do you have a graduate degree?** |
| 19 | A | No. |
| 20 | **Q** | **Post-graduate degree, I'm sorry. Did you** |
| 21 | | **graduate --** |
| 22 | A | I graduated, yes. |
| 23 | **Q** | **Have you ever been a party to a lawsuit** |
| 24 | | **before?** |
| 25 | A | No. |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1        Q     And I think you already testified: Have you
 2   ever given a deposition?
 3        A     No.
 4        Q     Have you ever participated in arbitration?
 5        A     No.
 6        Q     Have you ever participated in a mediation?
 7        A     No.
 8        Q     What, if anything, did you do to prepare for
 9   your deposition today?
10             MR. PERLOWSKI:  With that, just want to caution
11        you not to reveal any attorney-client privilege
12        communications.  Subject to that instruction, you
13        can answer.
14             THE WITNESS:  Right.
15        A     I met with the attorneys.
16   BY MS. GIBSON:
17        Q     How long did you meet with the attorneys?
18        A     Two hours, probably.
19        Q     Did you review any documents?
20        A     Yes.
21        Q     What documents did you review?
22        A     Emails that were provided to me.
23        Q     Have you spoken -- so I want to show you
24   what's been marked as Exhibit 1, your notice of
25   deposition, Eric Fellows.  Give that to the court
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    reporter.  Have you seen this before?

2                 (EXHIBIT 1 MARKED FOR IDENTIFICATION)

3        A    No.

4        Q    Okay.  Do you understand why you're here

5    today?

6        A    Yes.

7        Q    Did you have knowledge of this lawsuit filed

8    by Ms. Spearman before being asked for your deposition?

9             MR. PERLOWSKI:  Again, the same instruction not

10       to reveal privileged communications about, but you

11       can answer the question if you have knowledge or

12       not.

13       A    No.

14   BY MS. GIBSON:

15       Q    Have you read any of the pleadings in the

16   lawsuit?

17       A    No.

18       Q    Prior to joining NAF -- I'm going to refer to

19   New American Funding Company as "NAF," if that's okay

20   with you -- prior to being employed by NAF, where did

21   you work?

22       A    Franklin American Mortgage.

23       Q    How long did you work for them?

24       A    A year-and-a-half.

25       Q    How did -- what was your job function at

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-04981-CAP Document 98 Filed 04/28/22 Page 12 of 55
The Deposition of ERIC FELLOWS, taken on October 26, 2021

11

1 Franklin Mortgage?

2     A   I was the area manager for the retail mortgage

3 group.

4     Q   Was the job that you did for them similar to

5 what you were hired to do for NAF?

6     A   Yes.

7     Q   When did you start working for NAF?

8     A   August 2018.

9     Q   And how did you come to be hired by NAF?

10     A   I inquired with a manager that was in the

11 Chattanooga market, Janet Hillis, who I had recruited

12 when I was at Franklin American Mortgage, and she

13 decided to go to New American Funding.  My company got

14 acquired to go to a different bank.  I decided not to go

15 with that bank, so I reached out to Janet along with

16 other people about just inquiring into the industry,

17 where I might go next.  So Janet and I talked.  She had

18 actually talked -- we had talked prior to that, probably

19 six months prior to when that happened, just how she was

20 doing at New American Funding.  And then she and I

21 talked.  She gave me -- hooked me up with a gentleman by

22 the -- Paul Pritchard, who was a recruiter.  And Paul

23 and I spoke on the phone for a while, and then he

24 introduced me to Gina and Kelly.

25     Q   After he introduced you to Gina and Kelly,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 what happened next with respect to being hired by New

2 American Funding?

3   A We -- I guess we talked.  We got invited to go

4 to California.

5   Q When you say "we," who are you referring to?

6   A Myself, and a girl named Michele Hoefle, and

7 actually another girl that did not join New American

8 Funding.  We flew out to California where we officially

9 met Gina and Kelly face to face along with the leaders

10 at New American Funding.

11   Q What leaders were present at that meeting?

12   A We met -- I'm trying to think who we met with.

13 I believe we met with both Patty and Rick -- I'm just

14 going from top down -- Christy Bunce -- I don't think

15 Jan.

16   Q You don't think Jan?

17   A I don't think Jan, if I remember correctly.

18 Then operational people, Saisha Patel, Kevin, a number

19 of people, I guess, with New American Funding.

20   Q Do you recall approximately when that meeting

21 was that you flew out to California to meet with those

22 folks?

23   A End of July, beginning of August.

24   Q Of 2018?

25   A Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-04981-CAP  Document 98  Filed 04/28/22  Page 14 of 55
The Deposition of ERIC FELLOWS, taken on October 26, 2021

13

```
 1        Q      Were you hired at that meeting?

 2        A      No.

 3        Q      What happened after that meeting?

 4        A      I believe we went -- I say "we" -- Michele and

 5   I went to Atlanta to meet the Atlanta team.  So it was

 6   Gina, Kelly, and their team there.  I think that was the

 7   next step.

 8        Q      Was it your understanding you were being hired

 9   to work for Kelly and Gina's team?

10            MR. PERLOWSKI:  Objection.

11        Q      You can answer the question.

12        A      Yes -- or, well, New American Funding was who

13   we were going to work for, but Gina and Kelly is who we

14   were going to be, I guess, reporting to.

15        Q      When did that meeting happen when you went to

16   Georgia to meet with them, if you recall?

17        A      Two weeks after the trip to California, I'm

18   guessing so.

19        Q      Okay. Were you hired at that meeting?

20        A      No, no.

21        Q      Do you recall when you were hired?

22        A      I signed offer letters probably the middle of

23   August, I'm guessing.

24        Q      And who presented you with the offer letters?

25        A      We got them by email from New American
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  Funding.  We had questions and we talked to Gina and

2  Kelly about the offer letters.

3      **Q**    **You say "offer letters," plural, do you mean -**

4  **-**

5      A    Myself and Michele.

6      **Q**    **Okay.  And was there a regional manager**

7  **agreement attached to the offer letter or sent in**

8  **conjunction with the offer letter?**

9      A    No.

10     **Q**    **Were you ever given a regional manager**

11 **agreement?**

12     A    No.

13     **Q**    **So you only signed an offer letter?**

14     A    Offer letter, yes, offer letter.

15     **Q**    **I would like to show you -- I want to show you**

16 **this regional manager agreement that is marked NAF**

17 **0000212, and I just want you to take a quick look at it.**

18 **This is not yours.  I want to ask you if you've ever**

19 **received a regional manager agreement similar to this**

20 **one.**

21         MR. PERLOWSKI:  Are we marking this?

22         MS. GIBSON:   Yes.  We can mark this as

23     Exhibit 2.

24             (EXHIBIT 2 MARKED FOR IDENTIFICATION)

25     A    I've never received a regional manager

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-04981-CAP Document 98 Filed 04/28/22 Page 16 of 55
The Deposition of ERIC FELLOWS, taken on October 26, 2021

15

 1    agreement.

 2    BY MS. GIBSON:

 3        Q    If you can take a look at page -- oh, okay.

 4    You never received a regional manager agreement.  Thank

 5    you.  Did you ever receive a schedule one titled,

 6    "Regional Manager Compensation Details"?

 7        A    Not that I'm aware of.

 8        Q    What were the documents you received when you

 9    were hired by New American Funding?

10        A    A branch manager agreement and an area manager

11    agreement.

12        Q    Can you repeat that?  Branch manager and area

13    manager.  So two agreements, okay.  And who --

14            MR. PERLOWSKI:    Did you answer?  I'm not

15        hearing audible -- yeah, I think he might be

16        nodding.

17            MS. GIBSON:  He did.

18        A    Branch manager agreement, yes, and area

19    manager agreement.

20    BY MS. GIBSON:

21        Q    And who presented those to you?

22        A    They came in the e-mail that I signed, and

23    went over them with questions with Kelly and Gina.

24        Q    Okay.  What questions did you have about the

25    agreement that you went over with Kelly and Gina?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A    I can't remember at the time.
 2        Q    Did -- the branch manager agreement and area
 3   manager agreement, did they include details regarding
 4   your compensation?
 5        A    Yes.
 6        Q    When was the last time you reviewed those
 7   agreements?
 8        A    A year, two years ago.  It's been awhile.
 9        Q    So these are the same agreements that you
10   received in August, September 2018 when you were hired?
11             MR. PERLOWSKI:  Object to the form.
12        A    You mean, that I reviewed?  Sorry, say the
13   question again.
14        Q    So you say you signed agreements with NAF, a
15   branch manager agreement and an area manager agreement,
16   in approximately August or September 2018; is that
17   correct?
18        A    Yes.
19        Q    And I asked you: When was the last time you
20   reviewed these agreements?
21        A    Those agreements, I -- so they were in 20 --
22   had to be sometime in 2019.
23        Q    And why were you reviewing these in 2019?
24        A    I can't tell you why.
25             MS. GIBSON:  I want to mark this as Exhibit 3,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1        and this is NAF 0000225.  It's a Schedule One
 2        Regional Manager Compensation Details.
 3                (EXHIBIT 3 MARKED FOR IDENTIFICATION)
 4   BY MS. GIBSON:
 5        Q    Were you -- before I ask you questions about
 6   this, were you compensated, were you paid -- strike
 7   that.  Were you paid override bonuses as part of your
 8   compensation?
 9        A    Yes.
10        Q    If you can look at page 3 of 6, which starts
11   at NAF 0000227, did your branch manager and area manager
12   agreement contain this provision regarding override
13   bonuses at 1.4B?
14                MR. PERLOWSKI:  Object to the form.
15        Q    Right now I'm just asking you specifically
16   about 1.4B that's on page 3 to 4.
17        A    Yes.  Mine did.
18        Q    It did contain that provision?
19        A    Yes.  I guess besides the regional manager,
20   personal, mine said something -- "area manager" or
21   something.
22        Q    "Area manager" or "branch manager."  But
23   otherwise, that provision was the same?
24        A    Yes.
25                MR. PERLOWSKI:  Object the form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q    I'm sorry, can you repeat your answer?

 2        A    Yes.

 3        Q    And if you go to the next page, was your

 4   agreement marked, "No, not applicable to this area

 5   manager schedule one"?

 6             MR. PERLOWSKI:  Object to the form.

 7        Q    If you go to page 228, you see at the top,

 8   1.4B carries over to page four.

 9        A    I don't remember.

10        Q    You don't remember if that box was checked?

11        A    Was checked.

12        Q    Was it your understanding when you were hired

13   that you would be paid override bonuses on loan

14   applications taken during the monetary guaranteed period

15   by loan consultants under you?

16             MR. PERLOWSKI:  Object to the form.

17        Q    I'm referring to the last bullet point under

18   1.4B.

19        A    I don't remember if it's "no" or "yes."

20        Q    That's fine.  You don't have to look at the

21   document anymore.  I'm just asking: Was it your

22   understanding that you would be paid override bonuses on

23   loan applications taken during the guaranteed period of

24   loan consultants that were under you in the area?

25        A    Well, I was getting override during monetary
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  guaranteed period.

2      Q    I'm sorry, was your testimony you were paid an

3  override during the monetary guaranteed period?

4          MR. PERLOWSKI:  Object to form.  Go ahead,

5      please finish your answer.  Answer the question.

6          MS. GIBSON:   Yeah.  Thank you.

7          MR. PERLOWSKI:  Sure.

8      A    I believe I was paid, yes.  I was paid during

9  the guaranteed period.

10 BY MS. GIBSON:

11     Q    But your testimony today is you don't recall

12 if that box was checked "yes" or "no"?

13     A    I don't recall.

14     Q    Do you still have that agreement?

15     A    I'm sure I do, yes.

16     Q    Do you ever recall complaining or reporting

17 dissatisfaction that you weren't being paid override

18 bonuses on loans during the monetary guaranteed period

19 taken by loan consultants?

20     A    I don't remember being -- don't remember.

21     Q    So to your recollection, you were just always

22 paid those override bonuses under that last bullet point

23 on 1.4B?

24          MR. PERLOWSKI:  Object to the form.

25     A    My recollec -- yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    Q    During your time at New American Funding, was

2    your compensation ever changed after entering this

3    initial agreement with NAF?

4         MR. PERLOWSKI:  Object to the form.

5    A    The agreements never changed, but I remember

6    the compensation changed by taking money away based on

7    override on our team's volume to cover marketing

8    expenses.

9    Q    Do you remember when that happened?

10   A    I'd say March-ish of 2019.

11   Q    And do you know why that happened?

12   A    We were told, to be able to cover marketing

13   expenses for our region.

14   Q    Who told you that?

15   A    Kelly and Gina.

16   Q    Presently, do you receive override bonuses?

17   A    Yes.

18   Q    Has NAF ever amended your agreement that you

19   signed in 2018?

20   A    Yes.

21   Q    When was it amended?

22   A    It was amended October, November 2020.

23   Q    And how did that amendment change your

24   compensation?

25   A    It went from 25 basis points on the area

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  manager to 25, the same.  The branch manager went from
 2  15 to 20.
 3       Q    Did that agreement eliminate override bonuses,
 4  or are you still receiving?
 5       A    Still receiving.
 6       Q    Okay.  Override bonuses.  Do you know Christy
 7  Bunce?
 8       A    Yes.
 9       Q    What is her role with respect to your region?
10       A    She's the COO of New American Funding.
11       Q    Who presented you with the amendment to your
12  agreement?
13       A    I believe it was in an e-mail from Jan -- from
14  HR, but Jan Preslo, I believe.  I guess it was either
15  Jan or Christy.  I can't remember which one.
16       Q    Did you have to sign the agreement?
17       A    Electronically, yes.
18       Q    Did you have any objection to the change in
19  compensation?
20            MR. PERLOWSKI:  Object to the form.
21       A    No.
22       Q    Do you know Jason Obradovich?
23       A    Obradovich, yes.
24       Q    Do you work with him?
25       A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-04981-CAP Document 98 Filed 04/28/22 Page 23 of 55
The Deposition of ERIC FELLOWS, taken on October 26, 2021

22

```
 1        Q     What is your interaction with him?

 2        A     He's head of our secondary.

 3        Q     Does he provide spreadsheets to you to review?

 4        A     No.

 5        Q     Did you attend a leadership meeting in

 6   February of 2019 --

 7        A     No.

 8        Q     -- in California?  Did you learn anything

 9   about this February 2019 leadership meeting?

10            MR. PERLOWSKI:  And, again, I just caution you,

11        don't reveal any privileged communications.  But

12        subject to that, you can answer.

13   BY MS. GIBSON:

14        Q     Yes.  Did you learn anything about it from

15   anyone other than your lawyers?

16        A     We heard about -- from Kelly and Gina, that

17   there was a -- that they had a meeting with, I guess

18   senior leaders at New American Funding.

19        Q     And what did they report to you?

20        A     They told us that changes had been made around

21   reimbursement of marketing dollars.

22        Q     And did they tell you why that changed -- or

23   did you learn why that change was made?

24            MR. PERLOWSKI:  Object to the form.

25        A     Not on a specific reason, no.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    Did you learn any -- or do you know anything

2    about NAF misallocating 30 million dollars in

3    approximately February 2019?

4         MR. PERLOWSKI:  Object to the form. Foundation.

5    A    No.

6    Q    Did anyone tell you that any of the NAF

7    officers reported a misallocation of 30 million dollars

8    at that leadership meeting in 2019?

9         MR. PERLOWSKI:  Object to the form. Foundation.

10   Q    You can answer.

11   A    I don't remember it being 30 million dollars.

12   There was talk with Gina and Kelly about some -- I don't

13   know, some sort of loss of some kind that -- but I don't

14   remember if it was 30 million dollars or what the

15   specifics were around it.

16   Q    Did they -- did anyone explain to you why your

17   area or your region was now going to have to pay

18   marketing costs?

19        MR. PERLOWSKI:  Object to the form.

20   A    It was just explained to us that their

21   marketing agreement had changed, which then resulted in

22   our marketing agreement needed to change.

23   Q    Did they explain why their marketing agreement

24   changed?

25   A    They didn't give specifics of what the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-04981-CAP Document 98 Filed 04/28/22 Page 25 of 55
The Deposition of ERIC FELLOWS, taken on October 26, 2021

24

1   marketing agreement and reasons why it had changed, no.

2       Q    What was -- how were marketing costs handled

3   before that February 2019 meeting in your region?

4       A    We would -- we needed marketing dollars.  We

5   would ask Gina and Kelly for marketing dollars if

6   needed.  They approved the marketing dollars.  There

7   wasn't any kind of set budget as far as, "This is what

8   you get."

9       Q    I'm sorry, can you repeat that?  There was not

10  a set budget?

11      A    Correct.

12      Q    Okay.  At the time you worked for Kelly

13  Allison and Gina Spearman, did you have authority to

14  grant pricing exceptions on loans?

15      A    No.

16      Q    Did you have to request approval for pricing

17  exceptions?

18      A    Yes.

19      Q    Who did you ask for that approval from?

20      A    Gina or Kelly.

21      Q    At some point, did you begin reporting

22  directly to corporate instead of Gina and Kelly for the

23  Tennessee and Virginia territories?

24      A    Yes.

25      Q    How did that come about?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-04981-CAP  Document 98  Filed 04/28/22  Page 26 of 55
The Deposition of ERIC FELLOWS, taken on October 26, 2021

25

1      A    It came about -- we had a meeting in

2  Chattanooga. There was some, I guess, disagreement with

3  how our marketing dollars that were being taken from us

4  -- from our override to be used as marketing dollars.

5  And specifically, it was around our Real Estate

6  Partners, I guess, reimbursement of expenses.  Real

7  Estate Partners is a real estate office in Chattanooga.

8  It was based on an event that was happening there in

9  Chattanooga that we were sponsoring for the real estate

10 office.  So we wanted to use -- well, they wanted us to

11 use our marketing dollars for that expense.

12      Q    When you say "we" and "they," who is "we"?

13      A    Sorry, "we" is Michele and I, wanted them to

14 be able to pay for it.  They received additional, I

15 guess,  compensation differential for -- let's say Gina

16 and Kelly received differential based on how much our

17 loan officers made compared to what the -- I guess the

18 compensation was on the loan itself.  Those dollars were

19 used for marketing in the past.  That had changed in

20 this new agreement.  They wanted us to use our marketing

21 dollars to be spent for this sponsorship for desk

22 rentals, that kind of stuff.  So it was -- we didn't

23 feel that was correct.  We thought they should pay for

24 it.  We wanted our marketing dollars to be spent on

25 marketing dollar stuff.  That's what the five basis

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 points was used for.  At that time, we did not really

2 have a great conversation.  There was contentions, and

3 Kelly, at the time, said, "Maybe you guys should go

4 ahead and report to corporate."  We didn't really say

5 anything at the time, and we let that kind of just go.

6 But after Michele and I talked, we said, okay, let's go

7 ahead and talk to corporate.

8 **Q Did you ever talk to Ms. Spearman about**

9 **reporting to corporate directly?**

10 A She was there.  She was the one -- she and

11 Kelly were the ones who were, I guess, suggested us to

12 make that move to be reporting to corporate.

13 **Q I understand from your testimony that your**

14 **dissatisfaction was because you were having to pay**

15 **marketing costs now?**

16 MR. PERLOWSKI:  Object to the form.

17 A No.  The objection was that they received so

18 much money based on the spread that was being used for

19 that real estate and specifically for that Real Estate

20 Partner agreement.  And in the past, they had used that

21 spread of dollars to pay for the expenses.  Now they

22 wanted us to be able to pay, out of our marketing budget

23 dollars, those expenses that they had paid for in the

24 past and had money based on the spread between what a

25 loan officer makes and what the true income was where

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  the loan officer would make all these specific 90 basis

2  points compared to 125.

3      **Q    Were Gina -- after that February 2019**

4  **leadership meeting, weren't the marketing costs policy -**

5  **- wasn't the marketing cost policy changed by NAF with**

6  **respect to Gina and Kelly?**

7           MR. PERLOWSKI:  Object to the form.

8      A    This is completely separate from those

9  marketing costs.  This was additional revenue that they

10 received to be able to pay for specific marketing

11 dollars, so their compensation they were getting, based

12 on the difference between what a loan officer makes --

13 typically on a loan that wasn't originated through this

14 real estate office -- and now what they would make

15 through getting the loan through that real estate

16 office.  So that spread was used to pay for the

17 marketing dollars.

18     **Q    So that was, with respect, only to the**

19 **Chattanooga real estate group?**

20          MR. PERLOWSKI:  Object to the form.

21     **Q    What's the name of that company that you were**

22 **--**

23     A    Real Estate Partners.

24     **Q    Real Estate Partners.  Okay.  Did they explain**

25 **that they were having to incur marketing costs for the**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-04981-CAP Document 98 Filed 04/28/22 Page 29 of 55
The Deposition of ERIC FELLOWS, taken on October 26, 2021

28

1    rest of the Tennessee and Virginia region that they

2    hadn't been forced to incur before the 2019 leadership

3    meeting?

4           MR. PERLOWSKI:  Object to the form.

5       A    No.  Are you talking about while we were in

6    this meeting in Chattanooga, or prior to?  What timeline

7    are we talking about?

8       Q    I'm talking about after the February 2019

9    leadership meeting.

10      A    Ask the question again.

11      Q    After the 2019 February 2019 leadership

12   meeting, were you informed that NAF was withdrawing

13   their marketing budget for the Tennessee and Virginia

14   region?

15      A    They just said that the marketing dollars had

16   changed for them, which was then going to affect our --

17   how -- what our marketing dollars were going to look

18   like.  And we had to come up with a plan on how we were

19   going to get marketing dollars for the Tennessee

20   Virginia region.  And that plan was to deduct the five

21   basis points from our compensation.

22      Q    Did you ever tell corporate that Ms. Spearman

23   and Ms. Allison were leaving NAF?

24      A    Did I tell them?

25      Q    Did you ever tell corporate that?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1          A    I told them that I had heard that they had
2    been talking -- I heard from an individual that they
3    were talking heavily to somebody about leaving, yes.
4          Q    I'm sorry, you heard them telling an
5    individual that they were talking about leaving?
6          A    Someone told me that they were leaving.
7          Q    Who told you that?
8          A    Billy -- I'm drawing a blank on Billy's last
9    name. Billy -- if I can look at my phone, I could tell
10   you.
11         Q    Did he work for New American Funding?
12         A    He did.  He was on our team.
13         Q    Okay, he worked in the Tennessee and Virginia
14   area?
15         A    Yes.
16         Q    After you started reporting to corporate, did
17   the pricing exception policy change for you?
18         A    Yes.
19         Q    How?
20         A    Wait.  After I reported to corporate?
21         Q    Uh-huh.
22         A    The pricing policy did not change, no, after
23   reporting to corporate, not the policy itself.  The, I
24   guess, the dollar -- the number we used for price
25   exceptions did.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-04981-CAP  Document 98  Filed 04/28/22  Page 31 of 55
The Deposition of ERIC FELLOWS, taken on October 26, 2021

30

1    Q    Explain that to me, please.

2    A    The pricing was or the exception was, I don't

3  know, .875, I think, when we were with Kelly and Gina,

4  and it moved to .5 depending on the type of loan.  So

5  that was the only thing that changed.  The policy did

6  not change from Gina and Kelly to corporate.

7    Q    When you started reporting directly to

8  corporate, did you receive anything in writing from

9  corporate or human resources?

10        MR. PERLOWSKI:  Object to the form.

11   A    I don't understand the question.

12   Q    Did you receive a new written agreement when

13 you started reporting to corporate?

14   A    Yes.

15   Q    How was that written agreement different from

16 your original agreement?

17        MR. PERLOWSKI:  Object to the form.

18   A    The override changed.  The branch manager

19 override was 15 under Gina and Kelly.  It went to 20.

20 The area manager override stayed the same.

21   Q    Were you aware of NAF officers announcing --

22 well, let me ask you this: Are you aware of what a

23 corporate-generated lead is?

24   A    Yes.

25   Q    And what a connect lead is?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A    Yes.

2    Q    Can you explain to me the difference between

3  the two?

4    A    A connect lead is a lead that's sourced by New

5  American Funding.  A corp-gen lead is a lead source,

6  also by New American Funding.  I guess one is paid out

7  differently than the other as far as compensation.

8    Q    How are those different in compensation if a

9  lead is from a realtor?

10        MR. PERLOWSKI:  Object to the form.

11   A    They are -- if the lead is from a realtor,

12  it's full-compensation.

13   Q    In January or February of 2019, did NAF

14  announce a new policy on giving loan officers discretion

15  to use these source codes?

16   A    Yes.  I don't know the time frame, but they

17  changed them somewhere around there, yes.

18   Q    What was the policy?  Explain that to me.

19        MR. PERLOWSKI:  Object to the form. Allegation.

20   A    The connect leads could be used at, I guess

21  change a connect lead to a -- To what's called 50 basis

22  points, to get paid 50 basis points, which was less than

23  our real estate agent sourced lead, in order to help

24  with pricing out the loan.

25   Q    Did a loan officer have to submit

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   documentation with respect to show the loan was made

2   from a corp-generated lead versus a connect lead?

3              MR. PERLOWSKI:  Object to the form.

4        A    No, no.

5        Q    So a loan officer didn't have to submit any

6   documentation showing where the source of the lead came

7   from?

8        A    I guess if it was a connect lead that came

9   from New American Funding, there was no documentation.

10  They would have to -- the documentation came from New

11  American Funding.

12       Q    Does allowing loan officers' discretion to use

13  a code to charge a higher rate violate Dodd-Frank?

14             MR. PERLOWSKI:  Object to the form.

15       A    I guess it depends on I guess which way you

16  interpret it.

17       Q    Is it permissible to tie the interest rate on

18  a loan to an officer's compensation?

19             MR. PERLOWSKI:  Object to the form.

20       A    I don't know.

21       Q    Does allowing the use of these source codes

22  incentivize a loan officer not to make concessions on

23  interest rates?

24             MR. PERLOWSKI:  Object to the form.

25       A    Say that again.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    Does the use of these source codes, discretion

2    to loan officers to use these source codes, incentivize

3    loan officers not to make concessions on interest rates,

4    as I -- go ahead.

5    A    The use -- say that again -- the use of the

6    --

7    Q    They're giving these loan officers discretion

8    to use these source codes.  Does that incentivize them

9    to not make concessions on interest rates?

10        MR. PERLOWSKI:  Object to the form.

11   A    To not make concessions?  I guess I'm confused

12   by the question.

13   Q    Well, if they're not making -- or if they're

14   not giving an applicant a lower interest rate, they're

15   getting a higher compensation; is that correct?

16   A    They're getting a higher compensation if they

17   don't change the source code, yes.

18   Q    When you say, "don't change the source code,"

19   don't change it from what?

20   A    If they -- well, every loan has a source code,

21   so depending on what that source code is will determine

22   the compensation of the loan.

23   Q    And prior to NAF announcing this policy, did

24   loan officers have discretion on which source codes to

25   use, between corporate-generated, connect lead, and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  realtor lead?

 2       A    Not that I'm aware of.  The connect lead, the

 3  corp-gen was always in the loan officer compensation

 4  agreement.  That was always the same.  That was always

 5  in the compensation agreement.

 6       Q    What do you mean by that, that it was always

 7  in the compensation agreement, that they always had

 8  discretion to use those?

 9       A    The loan officer, when they sign a

10  compensation agreement, has what they -- I guess

11  different things that they could get, I guess, paid or

12  referral paid basis points on or whatever it is.  And

13  those two, connect lead and corp-gen lead, was always in

14  the compensation agreement that a loan officer, the

15  regional manager, area manager would sign.

16       Q    So I understand.  They -- that was always in

17  their agreement that they could receive compensation on

18  those?

19            MR. PERLOWSKI:  Object.

20       A    Correct.

21       Q    But what changed in the approximate time

22  period, January, February, you testified you're not

23  sure, was that they were now given discretion to use

24  either one of those source codes or the realtor code?

25       A    I guess I don't remember if they were able to
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  use those prior to or not.  They were always in the

2  compensation agreement.  We never had to -- I mean -- I

3  say "we."  My region, Michele, and I, and the loan

4  officers never had to use those prior to that because we

5  got price exceptions from Gina and Kelly.

6      **Q**    **So after that time period, then, you had to**

7  **start using those?**

8      A    We used them, yes.  It was our -- it was

9  Michele and myself's, I guess our decision, based on

10  their leadership, to do so.

11      **Q**    **Do you recall any discussions you had with**

12  **Christy Bunce about taking over the Tennessee and**

13  **Virginia territory?**

14      A    Yes.

15      **Q**    **What were those conversations about?**

16      A    The main -- after the conversation we had at

17  Chattanooga and kind of being led to this invitation to

18  go work for corporate or report to corporate, that's

19  what led us to have the discussion with Christy Bunce.

20      **Q**    **And after you met with Christy Bunce, did you**

21  **ever meet again with Ms. Spearman or Ms. Allison about**

22  **reporting to corporate instead of to them?**

23           MR. PERLOWSKI:  Object to the form.

24      A    No.

25      **Q**    **No.  Okay.  And we discussed earlier the comp**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  differential about the Chattanooga Real Estate Partner

2  group.  Were those the comp frustrations that you had

3  with the Virginia-Tennessee territory?

4          MR. PERLOWSKI:  Object to the form.

5      A    I can't say there was -- that was the main

6  thing that we were upset about, marketing dollars, yes,

7  and then not being able to use the market -- having them

8  pay for those and coming out of our marketing dollars.

9      Q    Prior to that time period, were you having to

10  pay any marketing costs out of your own pocket?

11      A    Not that I'm aware of.

12      Q    So that changed after the February 2019

13  leadership meeting?

14      A    That changed -- yeah -- that changed after a

15  meeting with Gina and Kelly, in March-ish area time

16  frame.

17      Q    Of 2019?

18      A    Correct.

19      Q    Was -- the Tennessee-Virginia territories,

20  were they profitable, to your knowledge, before you

21  started reporting to corporate?

22      A    I never saw any profit losses, so I couldn't

23  say.

24      Q    After you started reporting to corporate, did

25  those regions become profitable?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A    They're profitable today.  I don't know if
 2   they were profitable prior to.
 3        Q    Are those regions still under your
 4   supervision?
 5        A    Yes.
 6        Q    Are there any other regions under your
 7   supervision?
 8        A    No.
 9        Q    If you remove override and comp differential
10   for those regions, how would that impact profitability?
11             MR. PERLOWSKI:  Object to the form.
12        A    Remove override and comp differential.  It's
13   going to make it more profitable.
14        Q    Were overrides removed after you started
15   reporting to corporate?
16        A    Who?
17        Q    For you, Michele, or any of your loan
18   officers.
19             MR. PERLOWSKI:  Object to the form.
20        A    Overrides removed.
21             MS. GIBSON:  Can you mark this as Exhibit 4?
22             (EXHIBIT 4 MARKED FOR IDENTIFICATION)
23        Q    I'm showing you what's been produced to us,
24   NAF 0000354.  And I will represent to you, you are not
25   on this e-mail, but I just want to produce this to you
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  and have you review it and see if it refreshes your

2  memory or helps you with questions I'm going to be

3  asking you.

4       MR. PERLOWSKI:  Take your time to look at it.

5       Q    Absolutely.  Does the bottom of your first

6  page say 354?

7       A    No.

8       Q    I think you're looking at the wrong document.

9       A    I'm at 356.

10      MR. PERLOWSKI:  Maybe the one you gave me was

11  354, 355.

12      MS. GIBSON:     Yeah.  I'm just seeing a

13  picture on yours, so I'm not sure why --

14      MR. PERLOWSKI:  Do we need to re-mark?

15      MS. GIBSON:     No.  That's the one they

16  marked.

17      MR. PERLOWSKI:  Okay.  Got it -- got it.

18  BY MS. GIBSON:

19      Q    All right.  You had a minute to review.  So I

20  just want to ask you -- in the second paragraph, it

21  appears Christy is reporting to Jon Reed and Jan Preslo

22  regarding Jan's meeting with you and Michele.  She

23  references "comp frustrations," and I just wanted to ask

24  you what those comp frustrations are that you discussed

25  with Jan.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. PERLOWSKI:  Object to the form.

2     A    I don't remember comp frustrations.  The

3  Wednesday night Real Estate Partner dinner -- I don't

4  know the specifics or remember the specifics about comp

5  frustrations, if that had to do with marketing, but I

6  assumed it was.

7     Q    Okay.  And what about pricing concerns?  In

8  the first sentence of the next paragraph, she references

9  "the southeast chalking it up to not a good fit, and

10 without overrides and comp differential, we could

11 hopefully see some profitability and relieve them of

12 their pricing concerns." What pricing concerns did you

13 have?

14    A    At the time, we were higher priced than where

15 our market was.

16    Q    She says, "Without the overrides and comp

17 differential, we could see some profitability."  I asked

18 you before whether overrides were removed after you

19 started reporting to corporate, and this is what I'm

20 referencing.  Do you remember or recall whether

21 overrides were removed?

22    A    Overrides, for myself and Michele, overrides

23 were not removed.

24    Q    Were they removed for your loan officers?

25    A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q    Okay. To this day, are you still receiving

2  override bonuses from NAF?

3      A    Yes.

4      Q    Is your compensation, in anyway, based on

5  P&L's?

6      A    No.

7      Q    Have you made any legal statements to Ken

8  Block about Kelly Allison?

9          MR. PERLOWSKI:  Object to the form.  That calls

10     for privileged communication.  I'm going to instruct

11     him not to answer.

12         MS. GIBSON:  Okay.

13     Q    Okay.  have you made any legal statements to

14  Ken Block about Gina Spearman?

15         MR. PERLOWSKI:  Same instruction.  You're not

16     to answer the question.

17     Q    Okay.  Are you aware of any personal

18  investments made by Ms. Spearman and Ms. Kelly in

19  developing the Tennessee and Virginia territories?

20     A    Not personal, no.

21     Q    What investments are you aware of when you say

22  "not personal"?

23     A    Company investments I guess is what I'm

24  referring to, not personal investments.

25     Q    And when you say, "company investments," what

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    do you mean?
 2         A    New American Funding.
 3         Q    When you receive, prior to corporate -- prior
 4    to the time you reported to corporate, and you said you
 5    were receiving override bonuses, who was paying your
 6    override bonuses?
 7         A    I'm assuming corporate was paying the override
 8    bonuses.
 9         Q    Did the override bonuses you received come out
10    of Ms. Spearman's compensation and Ms. Allison's
11    compensation?
12              MR. PERLOWSKI:  Object to the form.
13         A    I don't know.
14         Q    When we discussed earlier your written
15    agreement and you stated that it did contain the bullet
16    point 1.4B in Exhibit 3, and you testified that you were
17    paid on -- you remember being paid on one application
18    taken during the guaranteed period by loan consultants,
19    correct?
20         A    Yes.
21         Q    Do you know if that came out of Ms. Spearman's
22    compensation and Ms. Allison's compensation?
23         A    I do not know.
24         Q    Do you ever recall telling them -- or telling
25    Ms. Spearman that you were not receiving overrides on
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    loan applications taken during the guaranteed period?

2         A    Not that I'm aware of.

3         Q    And it was your understanding, from your

4    agreement, that you were to be paid those overrides on

5    loan applications taken during the guaranteed period?

6         A    Yes.

7              MS. GIBSON:  Can I take a five-minute break?

8              MR. PERLOWSKI:  Yeah.  Absolutely.  Let's make

9         it ten, to use the restroom.

10             MS. GIBSON:  Yeah.  Restroom.  We can go off

11        the record.

12             MR. PERLOWSKI:  Thank you.

13               (OFF THE RECORD)

14             COURT REPORTER:  Back on record.

15   BY MS. GIBSON:

16             Q To your knowledge, is the corporate-

17   generated source code still being used?

18        A    Yes.

19        Q    Has the source code ever changed during the

20   loan process?

21        A    Source code changes during the loan process --

22   or can, yes.

23        Q    Who would change those source code -- you say

24   "can."  Tell me a situation when it can.

25        A    So a source code can change from that original
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  source code of, I guess, let's say realtor source code,

2  or comes in a normal source code to a corp- gen or a

3  connect.  So sometimes it can, yes.

4  **Q    Why would a source code be changed to that?**

5  A    Source code changed to the --

6      MR. PERLOWSKI:  Object to the form.  You can

7   answer.

8  **Q    Yeah.  Why would the source code be changed**

9  **from a realtor source code to corporate-generated?**

10  A    I'd say most times, to I guess reduce the comp

11 to be able to use the additional comp to get, I guess, a

12 lower rate for the borrower itself sometimes, and

13 whether that lower rate is for a competitive situation,

14 or if it was for a family member or something like that.

15  **Q    So are they changed to get higher pricing**

16 **exceptions?**

17  A    The price exception still stays the same. They

18 just use the difference in the comp in order to be able

19 to get a lower rate -- lower cost to the rate.

20  **Q    Are you aware of loan officers actually**

21 **changing the source code to comp-generated that were**

22 **initially realtor leads?**

23  A    Yes.

24  **Q    Earlier, we were talking about the Tennessee,**

25 **Virginia territories, and we were discussing the**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Chattanooga Real Estate Partners.  Did you recruit the

2   Chattanooga Real Estate Partners?

3       A    No.

4       Q    Who did?

5       A    It's the -- partner was -- Janet Hillis, the

6   branch manager, it's her sister who owns the Real Estate

7   Partner Group along with her nephew.

8       Q    Did Kelly and Gina recruit the Chattanooga

9   Real Estate Partners?

10      A    I wasn't here when that happened.

11      Q    So you don't know?

12      A    I don't know who started, who did the

13  recruiting of it.  I assume the initial introduction was

14  from Janet Hillis.

15      Q    Were Kelly and Gina given an opportunity to

16  talk to Janet before corporate took the region away?

17          MR. PERLOWSKI:  Object to the form.

18      A    I don't know.

19      Q    When did you give a legal statement to Ken

20  Block about Gina Spearman?

21          MR. PERLOWSKI:  Object to the form.  Again,

22      don't reveal any communications you may have had

23      with Mr. Block.

24  BY MS. GIBSON:

25      Q    Just the date you gave it, approximately.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1       A    I got to think about what that was.
 2  October-ish of '19.
 3       Q    Okay.  Earlier, we were talking about your
 4  branch agreement, and I showed you Schedule One that was
 5  marked as an exhibit and asked you about paragraph 1.4B
 6  -- sorry, I'll look at mine, you look at yours.
 7            MR. PERLOWSKI:  So start where it -- in Exhibit
 8       3, ma'am?
 9       Q    Yes.  And we discussed at length about the
10  loan applications taken during the monetary guaranteed
11  period, correct?  And you recall this provision in your
12  agreement?  It's on page 3.
13       A    Yes.
14       Q    And on page 4, I asked you if you recall
15  whether "yes" or "no" was checked on your agreement.
16       A    Yes.
17       Q    Do you recall --
18            MR. PERLOWSKI:  Object to the form.
19       Q    -- what box was checked?
20       A    I believe it was "no," not applicable to the
21  Security Manager's Schedule One.
22       Q    And do you still have that agreement?
23       A    I believe so, yes.
24       Q    But you did receive loan applications -- you
25  did receive overrides on loan applications taken during
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  the monetary guaranteed period by loan consultants?

2      A    Correct, yes.

3          MS. GIBSON:  All right.  I have no further

4  questions.

5          MR. PERLOWSKI:  I have no questions for the

6  witness.

7          COURT REPORTER:  We're off the record.

8             (DEPOSITION CONCLUDED AT 2:39 P.M.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                    CERTIFICATE OF REPORTER

2           COMMONWEALTH OF KENTUCKY AT LARGE

3

4   I do hereby certify that the witness in the foregoing

5   transcript was taken on the date, and at the time and

6   place set out on the Title page hereof, by me after

7   first being duly sworn to testify the truth, the whole

8   truth, and nothing but the truth; and that the said

9   matter was recorded by me and then reduced to

10  typewritten form under my direction, and constitutes a

11  true record of the transcript as taken, all to the best

12  of my skill and ability. I certify that I am not a

13  relative or employee of either counsel and that I am in

14  no way interested financially, directly or indirectly,

15  in this action.

16

17

18

19  

20

21

22  MAGGIE PATTERSON

23  COURT REPORTER/NOTARY

24  MY COMMISSION EXPIRES: 06/04/2022

25  SUBMITTED ON:  11/08/2021

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibits**

**Exhibit 1_ Fellows** 9:24 10:2

**Exhibit 2_ Fellows** 14:23, 24

**Exhibit 3_ Fellows** 16:25 17:3 41:16 45:7,8

**Exhibit 4_ Fellows** 37:21, 22

**0**

**0000212** 14:17

**0000225** 17:1

**0000227** 17:11

**0000354** 37:24

**1**

**1** 9:24 10:2

**1.4B** 17:13,16 18:8,18 19:23 41:16 45:5

**125** 27:2

**1300** 7:20

**15** 21:2 30:19

**19** 45:2

**2**

**2** 14:23,24

**20** 16:21 21:2 30:19

**2018** 11:8 12:24 16:10,16 20:19

**2019** 16:22,23 20:10 22:6,9

**2020** 20:22

**228** 18:7

**25** 20:25 21:1

**2:39** 46:8

**3**

**3** 16:25 17:3,10, 16 41:16 45:8, 12

**30** 23:2,7,11,14

**354** 38:6,11

**355** 38:11

**356** 38:9

**4**

**4** 17:16 37:21, 22 45:14

**5**

**5** 30:4

**50** 31:21,22

**6**

**6** 17:10

**8**

**875** 30:3

**9**

**90** 27:1

**A**

**Absolutely** 38:5 42:8

**acquired** 11:14

**additional** 25:14 27:9 43:11

**affect** 7:10 28:16

**affirm** 6:5

**afternoon** 6:12

**agent** 31:23

**agreement** 14:7,11,16,19 15:1,4,10,11, 18,19,25 16:2, 3,15 17:12 18:4 19:14 20:3,18 21:3,12,16 23:21,22,23 24:1 25:20 26:20 30:12,15, 16 34:4,5,7,10, 14,17 35:2 41:15 42:4 45:4,12,15,22

**agreements** 15:13 16:7,9, 14,20,21 20:5

**ahead** 19:4 26:4,7 33:4

**Allegation** 31:19

**Allison** 24:13 28:23 35:21 40:8

**Allison's** 41:10,22

**allowing** 32:12,21

**amended** 20:18,21,22

**amendment** 20:23 21:11

**American** 10:19,22 11:12, 13,20 12:2,7, 10,19 13:12,25 15:9 20:1 21:10 22:18 29:11 31:5,6 32:9,11

**41:2**

**announce** 31:14

**announcing** 30:21 33:23

**anymore** 18:21

**appears** 38:21

**applicable** 18:4 45:20

**applicant** 33:14

**application** 41:17

**applications** 18:14,23 42:1,5 45:10,24,25

**approval** 24:16,19

**approved** 24:6

**approximate** 34:21

**approximately** 12:20 16:16 23:3 44:25

**arbitration** 9:4

**area** 7:25 8:1 11:2 15:10,12, 18 16:2,15 17:11,20,22 18:4,24 20:25 23:17 29:14 30:20 34:15 36:15

**arrested** 8:12

**assume** 44:13

**assumed** 39:6

**assuming** 41:7

**Atlanta** 7:25 13:5

**attached** 14:7

**attend** 22:5

**attorney-client** 9:11

**attorneys** 9:15,17

**audible** 15:15

**August** 11:8 12:23 13:23 16:10,16

**authority** 24:13

**aware** 15:7 30:21,22 34:2 36:11 40:17,21 42:2 43:20

**awhile** 16:8

**B**

**Back** 42:14

**bank** 11:14,15

**based** 20:6 25:8,16 26:18, 24 27:11 35:9 40:4

**basis** 20:25 25:25 27:1 28:21 31:21,22 34:12

**begin** 24:21

**beginning** 12:23

**Billy** 29:8,9

**Billy's** 29:8

**blank** 29:8

**Block** 40:8,14 44:20,23

**bonuses** 17:7, 13 18:13,22 19:18,22 20:16 21:3,6 40:2 41:5,6,8,9

**borrower** 43:12

**bottom** 38:5

**box** 18:10 19:12 45:19

**branch** 15:10,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

12,18 16:2,15
17:11,22 21:1
30:18 44:6 45:4

**break** 7:12,13,
14 42:7

**budget** 24:7,10
26:22 28:13

**bullet** 18:17
19:22 41:15

**Bunce** 12:14
21:7 35:12,19,
20

---

**C**

**California**
12:4,8,21 13:17
22:8

**called** 31:21

**calls** 40:9

**carries** 18:8

**caution** 9:10
22:10

**chalking** 39:9

**change** 20:23
21:18 22:23
23:22 29:17,22
30:6 31:21
33:17,18,19
42:23,25

**changed** 20:2,
5,6 22:22
23:21,24 24:1
25:19 27:5
28:16 30:5,18
31:17 34:21
36:12,14 42:19
43:4,5,8,15

**changing**
43:21

**charge** 32:13

**Chattanooga**
11:11 25:2,7,9
27:19 28:6
35:17 36:1
44:1,2,8

**checked**

18:10,11 19:12
45:15,19

**Christy** 12:14
21:6,15 35:12,
19,20 38:21

**code** 32:13
33:17,18,20,21
34:24 42:17,19,
21,23,25 43:1,
2,4,5,8,9,21

**codes** 31:15
32:21 33:1,2,8,
24 34:24

**college** 8:15,
16,17

**communicatio
n** 40:10

**communicatio
ns** 9:12 10:10
22:11 44:22

**comp** 35:25
36:2 37:9,12
38:23,24 39:2,
4,10,16 43:10,
11,18

**comp-
generated**
43:21

**company**
10:19 11:13
27:21 40:23,25

**compared**
25:17 27:2

**compensated**
17:6

**compensation**
15:6 16:4 17:2,
8 20:2,6,24
21:19 25:15,18
27:11 28:21
31:7,8 32:18
33:15,16,22
34:3,5,7,10,14,
17 35:2 40:4
41:10,11,22

**competitive**
43:13

**complaining**

19:16

**completely**
27:8

**concerns**
39:7,12

**concessions**
32:22 33:3,9,11

**CONCLUDED**
46:8

**confused**
33:11

**conjunction**
14:8

**connect** 30:25
31:4,20,21
32:2,8 33:25
34:2,13 43:3

**consultants**
18:15,24 19:19
41:18 46:1

**contentions**
26:2

**conversation**
26:2 35:16

**conversations**
35:15

**COO** 21:10

**corp-** 43:2

**corp-gen** 31:5
34:3,13

**corp-
generated**
32:2

**corporate**
24:22 26:4,7,9,
12 28:22,25
29:16,20,23
30:6,8,9,13
35:18,22 36:21,
24 37:15 39:19
41:3,4,7 44:16

**corporate-**
42:16

**corporate-
generated**
30:23 33:25

43:9

**correct** 6:15,16
16:17 24:11
25:23 33:15
34:20 36:18
41:19 45:11
46:2

**correctly**
12:17

**cost** 27:5 43:19

**costs** 23:18
24:2 26:15
27:4,9,25 36:10

**counsel** 6:22
7:1

**County** 7:22

**court** 6:3,9,19,
20 7:20 9:25
42:14 46:7

**cover** 20:7,12

**current** 7:18

---

**D**

**date** 44:25

**day** 40:1

**decided** 11:13,
14

**decision** 35:9

**deduct** 28:20

**degree** 8:18,20

**depending**
30:4 33:21

**depends** 32:15

**deposition**
6:17 7:16 9:2,9,
25 10:8 46:8

**desk** 25:21

**details** 15:6
16:3 17:2

**determine**
33:21

**developing**
40:19

**difference**
27:12 31:2
43:18

**differential**
25:15,16 36:1
37:9,12 39:10,
17

**differently**
31:7

**dinner** 39:3

**DIRECT** 6:10

**directly** 24:22
26:9 30:7

**disagreement**
25:2

**discretion**
31:14 32:12
33:1,7,24 34:8,
23

**discussed**
35:25 38:24
41:14 45:9

**discussing**
43:25

**discussion**
35:19

**discussions**
35:11

**dissatisfactio
n** 19:17 26:14

**document**
18:21 38:8

**documentatio
n** 32:1,6,9,10

**documents**
9:19,21 15:8

**Dodd-frank**
32:13

**dollar** 25:25
29:24

**dollars** 22:21
23:2,7,11,14
24:4,5,6 25:3,4,
11,18,21,24
26:21,23 27:11,
17 28:15,17,19

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-04981-CAP Document 98 Filed 04/28/22 Page 51 of 55
The Deposition of ERIC FELLOWS, taken on October 26, 2021

50

36:6,8

**drawing** 29:8

**E**

**e-mail** 15:22
21:13 37:25

**earlier** 35:25
41:14 43:24
45:3

**Electronically**
21:17

**elevator** 6:14

**eliminate** 21:3

**email** 13:25

**Emails** 9:22

**Emory** 8:1

**employed**
10:20

**End** 12:23

**entering** 20:2

**Eric** 9:25

**estate** 25:5,7,9
26:19 27:14,15,
19,23,24 31:23
36:1 39:3 44:1,
2,6,9

**event** 25:8

**EXAMINATIO
N** 6:10

**exception**
29:17 30:2
43:17

**exceptions**
24:14,17 29:25
35:5 43:16

**exhibit** 9:24
10:2 14:23,24
16:25 17:3
37:21,22 41:16
45:5,7

**expense** 25:11

**expenses**
20:8,13 25:6

26:21,23

**explain** 23:16,
23 27:24 30:1
31:2,18

**explained** 6:23
23:20

**F**

**face** 12:9

**family** 43:14

**February** 22:6,
9 23:3 24:3
27:3 28:8,11
31:13 34:22
36:12

**feel** 7:16 25:23

**Fellows** 6:12
8:3 9:25

**filed** 10:7

**fine** 18:20

**finish** 19:5

**fit** 39:9

**five-minute**
42:7

**flew** 12:8,21

**folks** 12:22

**forced** 28:2

**form** 16:11
17:14,25 18:6,
16 19:4,24 20:4
21:20 22:24
23:4,9,19 26:16
27:7,20 28:4
30:10,17 31:10,
19 32:3,14,19,
24 33:10 35:23
36:4 37:11,19
39:1 40:9 41:12
43:6 44:17,21
45:18

**Foundation**
23:4,9

**frame** 31:16
36:16

**Franklin** 7:20,
21 10:22 11:1,
12

**free** 7:16

**frustrations**
36:2 38:23,24
39:2,5

**full-
compensation**
31:12

**Fulton** 7:22

**function** 10:25

**Funding** 10:19
11:13,20 12:2,
8,10,19 13:12
14:1 15:9 20:1
21:10 22:18
29:11 31:5,6
32:9,11 41:2

**G**

**gave** 11:21
38:10 44:25

**gen** 43:2

**generated**
42:17

**gentleman**
11:21

**Georgia** 7:23
13:16

**Gibson** 6:11,
13 9:16 10:14
14:22 15:2,17,
20 16:25 17:4
19:6,10 22:13
37:21 38:12,15,
18 40:12 42:7,
10,15 44:24
46:3

**Gina** 6:13
11:24,25 12:9
13:6,13 14:1
15:23,25 20:15
22:16 23:12
24:5,13,20,22
25:15 27:3,6
30:3,6,19 35:5
36:15 40:14

44:8,15,20

**Gina's** 13:9

**girl** 12:6,7

**give** 6:6,21 7:2,
6 9:25 23:25
44:19

**giving** 7:1,5
31:14 33:7,14

**good** 6:12 39:9

**graduate** 8:18,
21

**graduated**
8:22

**grant** 24:14

**great** 26:2

**group** 11:3
27:19 36:2 44:7

**guaranteed**
18:14,23 19:1,
3,9,18 41:18
42:1,5 45:10
46:1

**guess** 12:3,19
13:14 17:19
21:14 22:17
25:2,6,15,17
26:11 29:24
31:6,20 32:8,15
33:11 34:10,11,
25 35:9 40:23
43:1,10,11

**guessing**
13:18,23

**guys** 26:3

**H**

**hand** 6:4

**handled** 24:2

**happen** 13:15

**happened**
11:19 12:1 13:3
20:9,11 44:10

**happening**
25:8

**happy** 7:15

**head** 6:23 22:2

**heard** 22:16
29:1,2,4

**hearing** 15:15

**heavily** 29:3

**helps** 38:2

**High** 8:15

**higher** 32:13
33:15,16 39:14
43:15

**Hillis** 11:11
44:5,14

**hired** 11:5,9
12:1 13:1,8,19,
21 15:9 16:10
18:12

**Hoefle** 12:6

**hooked** 11:21

**hour** 7:13

**hours** 9:18

**HR** 21:14

**human** 30:9

**husband** 8:5

**I**

**IDENTIFICATI
ON** 10:2 14:24
17:3 37:22

**impact** 37:10

**incentivize**
32:22 33:2,8

**include** 16:3

**income** 26:25

**incur** 27:25
28:2

**individual**
29:2,5

**industry** 11:16

**informed**
28:12

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**initial** 20:3
44:13

**initially** 43:22

**inquired** 11:10

**inquiring**
11:16

**instruct** 40:10

**instruction**
9:12 10:9 40:15

**instructs** 7:3

**interaction**
22:1

**interest** 32:17,
23 33:3,9,14

**interpret** 32:16

**introduced**
11:24,25

**introduction**
44:13

**investments**
40:18,21,23,24,
25

**invitation**
35:17

**invited** 12:3

_____

**J**

**Jan** 12:15,16,
17 21:13,14,15
38:21,25

**Jan's** 38:22

**Janet** 11:11,17
44:5,14,16

**Janet along**
11:15

**January** 31:13
34:22

**Jason** 21:22

**job** 10:25 11:4

**join** 12:7

**joining** 10:18

**Jon** 38:21

**July** 12:23

_____

**K**

**Kelly** 11:24,25
12:9 13:6,9,13
14:2 15:23,25
20:15 22:16
23:12 24:5,12,
20,22 25:16
26:3,11 27:6
30:3,6,19 35:5
36:15 40:8,18
44:8,15

**Ken** 40:7,14
44:19

**Kevin** 12:18

**kind** 23:13 24:7
25:22 26:5
35:17

**knowledge**
10:7,11 36:20
42:16

_____

**L**

**lawsuit** 8:23
10:7,16

**lawyers** 22:15

**lead** 30:23,25
31:4,5,9,11,21,
23 32:2,6,8
33:25 34:1,2,13

**leaders** 12:9,
11 22:18

**leadership**
22:5,9 23:8
27:4 28:2,9,11
35:10 36:13

**leads** 31:20
43:22

**learn** 22:8,14,
23 23:1

**leaving** 28:23
29:3,5,6

**led** 35:17,19

**legal** 40:7,13
44:19

**length** 45:9

**letter** 14:7,8,
13,14

**letters** 13:22,
24 14:2,3

**Lie** 8:9

**lives** 8:1

**loan** 18:13,15,
23,24 19:19
25:17,18 26:25
27:1,12,13,15
30:4 31:14,24,
25 32:1,5,12,
18,22 33:2,3,7,
20,22,24 34:3,
9,14 35:3 37:17
39:24 41:18
42:1,5,20,21
43:20 45:10,24,
25 46:1

**loans** 19:18
24:14

**long** 9:17 10:23

**loss** 23:13

**losses** 36:22

**lower** 33:14
43:12,13,19

_____

**M**

**made** 22:20,23
25:17 32:1
40:7,13,18

**main** 35:16
36:5

**make** 26:12
27:1,14 32:22
33:3,9,11 37:13
42:8

**makes** 26:25
27:12

**making** 33:13

**manager** 11:2,
10 14:6,10,16,
19,25 15:4,6,

10,12,13,18,19
16:2,3,15 17:2,
11,19,20,22
18:5 21:1
30:18,20 34:15
44:6

**Manager's**
45:21

**March-ish**
20:10 36:15

**mark** 7:13
14:22 16:25
37:21

**marked** 9:24
10:2 14:16,24
17:3 18:4 37:22
38:16 45:5

**market** 11:11
36:7 39:15

**marketing**
20:7,12 22:21
23:18,21,22,23
24:1,2,4,5,6
25:3,4,11,19,
20,24,25 26:15,
22 27:4,5,9,10,
17,25 28:13,15,
17,19 36:6,8,10
39:5

**marking** 14:21

**married** 8:8

**Marybeth** 6:13

**mediation** 9:6

**medications**
7:9

**meet** 9:17
12:21 13:5,16
35:21

**meeting** 12:11,
20 13:1,3,15,19
22:5,9,17 23:8
24:3 25:1 27:4
28:3,6,9,12
36:13,15 38:22

**Megan** 8:3,9

**member** 43:14

**memory** 7:10

38:2

**met** 9:15 12:9,
12,13 35:20

**Michele** 12:6
13:4 14:5 25:13
26:6 35:3,9
37:17 38:22
39:22

**middle** 13:22

**military** 8:10

**million** 23:2,7,
11,14

**mine** 17:17,20
45:6

**minute** 7:2
38:19

**misallocating**
23:2

**misallocation**
23:7

**Mississippi**
8:17

**monetary**
18:14,25 19:3,
18 45:10 46:1

**money** 20:6
26:18,24

**months** 11:19

**mortgage**
10:22 11:1,2,12

**move** 26:12

**moved** 30:4

**myself's** 35:9

_____

**N**

**NAF** 10:18,19,
20 11:5,7,9
14:16 16:14
17:1,11 20:3,18
23:2,6 27:5
28:12,23 30:21
31:13 33:23
37:24 40:2

**named** 12:6

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

needed 23:22
24:4,6

nephew 44:7

Niece 8:1

night 39:3

nodding 15:16

nods 6:23

normal 43:2

notice 9:24

November
20:22

number 12:18
29:24

——————

O

oath 7:5

object 7:2
16:11 17:14,25
18:6,16 19:4,24
20:4 21:20
22:24 23:4,9,19
26:16 27:7,20
28:4 30:10,17
31:10,19 32:3,
14,19,24 33:10
34:19 35:23
36:4 37:11,19
39:1 40:9 41:12
43:6 44:17,21
45:18

objection
13:10 21:18
26:17

objections 7:4

Obradovich
21:22,23

October 20:22

October-ish
45:2

offer 13:22,24
14:2,3,7,8,13,
14

office 25:7,10
27:14,16

officer 26:25
27:1,12 31:25
32:5,22 34:3,9,
14

officer's 32:18

officers 23:7
25:17 30:21
31:14 33:2,3,7,
24 35:4 37:18
39:24 43:20

officers' 32:12

officially 12:8

operational
12:18

opportunity
44:15

order 31:23
43:18

original 30:16
42:25

originated
27:13

override 17:7,
12 18:13,22,25
19:3,17,22
20:7,16 21:3,6
25:4 30:18,19,
20 37:9,12 40:2
41:5,6,7,9

overrides
37:14,20 39:10,
16,18,21,22
41:25 42:4
45:25

owns 44:6

——————

P

P&I's 40:5

P.M. 46:8

paid 17:6,7
18:13,22 19:2,
8,17,22 26:23
31:6,22 34:11,
12 41:17 42:4

paragraph
38:20 39:8 45:5

part 17:7

participated
9:4,6

partner 26:20
36:1 39:3 44:5,
7

Partners 25:6,
7 27:23,24
44:1,2,9

party 8:23

past 25:19
26:20,24

Patel 12:18

Patty 12:13

Paul 11:22

pay 23:17
25:14,23 26:14,
21,22 27:10,16
36:8,10

paying 41:5,7

penalty 7:6

people 11:16
12:18,19

period 18:14,
23 19:1,3,9,18
34:22 35:6 36:9
41:18 42:1,5
45:11 46:1

perjury 7:7

PERLOWSKI
9:10 10:9 13:10
14:21 15:14
16:11 17:14,25
18:6,16 19:4,7,
24 20:4 21:20
22:10,24 23:4,
9,19 26:16
27:7,20 28:4
30:10,17 31:10,
19 32:3,14,19,
24 33:10 34:19
35:23 36:4
37:11,19 38:4,
10,14,17 39:1
40:9,15 41:12
42:8,12 43:6
44:17,21 45:7,
18 46:5

permissible
32:17

personal
17:20 40:17,20,
22,24

phone 11:23
29:9

picture 38:13

plan 28:18,20

pleadings
10:15

plural 14:3

pocket 36:10

point 18:17
19:22 24:21
41:16

points 20:25
26:1 27:2 28:21
31:22 34:12

policy 27:4,5
29:17,22,23
30:5 31:14,18
33:23

Post-graduate
8:20

prepare 9:8

present 12:11

presented
13:24 15:21
21:11

presently 7:18
20:16

preserving 7:4

Preslo 21:14
38:21

price 29:24
35:5 43:17

priced 39:14

pricing 24:14,
16 29:17,22
30:2 31:24
39:7,12 43:15

prior 10:18,20
11:18,19 28:6
33:23 35:1,4

36:9 37:2 41:3

Pritchard
11:22

privilege 9:11

privileged
10:10 22:11
40:10

PROCEEDING
S 6:1

process 42:20,
21

produce 37:25

produced
37:23

profit 36:22

profitability
37:10 39:11,17

profitable
36:20,25 37:1,
2,13

provide 22:3

provided 9:22

provision
17:12,18,23
45:11

——————

Q

question 6:25
7:4 10:11 13:11
16:13 19:5
28:10 30:11
33:12 40:16

questions
7:15 14:1
15:23,24 17:5
38:2 46:4,5

quick 7:13
14:17

——————

R

raise 6:4

rate 32:13,17
33:14 43:12,13,
19

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

rates 32:23
33:3,9

re-mark 38:14

reached 11:15

read 10:15

real 25:5,6,7,9
26:19 27:14,15,
19,23,24 31:23
36:1 39:3 44:1,
2,6,9

realtor 31:9,11
34:1,24 43:1,9,
22

reason 22:25

reasons 24:1

recall 12:20
13:16,21 19:11,
13,16 35:11
39:20 41:24
45:11,14,17

receive 15:5
20:16 30:8,12
34:17 41:3
45:24,25

received
14:19,25 15:4,8
16:10 25:14,16
26:17 27:10
41:9

receiving 21:4,
5 40:1 41:5,25

recollec 19:25

recollection
19:21

record 6:3,24
7:5 42:11,13,14
46:7

recruit 44:1,8

recruited
11:11

recruiter 11:22

recruiting
44:13

reduce 43:10

Reed 38:21

refer 10:18

references
38:23 39:8

referencing
39:20

referral 34:12

referring 12:5
18:17 40:24

refreshes 38:1

region 20:13
21:9 23:17 24:3
28:1,14,20 35:3
44:16

regional 14:6,
10,16,19,25
15:4,6 17:2,19
34:15

regions 36:25
37:3,6,10

reimbursemen
t 22:21 25:6

relatives 7:22,
25

relieve 39:11

remember
12:17 16:1
18:9,10,19
19:20 20:5,9
21:15 23:11,14
34:25 39:2,4,20
41:17

remove 37:9,
12

removed
37:14,20 39:18,
21,23,24

rentals 25:22

repeat 15:12
18:1 24:9

report 22:19
26:4 35:18

reported 23:7
29:20 41:4

reporter 6:3,9,
19,20 10:1
42:14 46:7

reporting
13:14 19:16
24:21 26:9,12
29:16,23 30:7,
13 35:22 36:21,
24 37:15 38:21
39:19

represent 6:13
37:24

request 24:16

reside 7:18

residence
7:19

resources
30:9

respect 12:1
21:9 27:6,18
32:1

responses
6:22

rest 28:1

restroom 42:9,
10

resulted 23:21

retail 11:2

reveal 9:11
10:10 22:11
44:22

revenue 27:9

review 9:19,21
22:3 38:1,19

reviewed 16:6,
12,20

reviewing
16:23

Rick 12:13

rode 6:14

role 21:9

———————

S

Saisha 12:18

schedule 15:5
17:1 18:5 45:4,

21

school 8:14,15

secondary
22:2

Security 45:21

senior 22:18

sentence 39:8

separate 27:8

September
16:10,16

served 8:10

set 24:7,10

show 9:23
14:15 32:1

showed 45:4

showing 32:6
37:23

sign 21:16
34:9,15

signed 13:22
14:13 15:22
16:14 20:19

similar 11:4
14:19

sir 6:4

sister 44:6

situation 42:24
43:13

solemnly 6:5

sort 23:13

source 31:5,15
32:6,21 33:1,2,
8,17,18,20,21,
24 34:24 42:17,
19,21,23,25
43:1,2,4,5,8,9,
21

sourced 31:4,
23

southeast
39:9

Spearman
6:13 10:8 24:13

26:8 28:22
35:21 40:14,18
41:25 44:20

Spearman's
41:10,21

specific 22:25
27:1,10

specifically
17:15 25:5
26:19

specifics
23:15,25 39:4

Spencer 8:7

spent 25:21,24

spoke 11:23

spoken 6:15
9:23

sponsoring
25:9

sponsorship
25:21

spread 26:18,
21,24 27:16

spreadsheets
22:3

start 11:7 35:7
45:7

started 29:16
30:7,13 36:21,
24 37:14 39:19
44:12

starts 17:10

State 8:17

stated 41:15

statement
44:19

statements
40:7,13

stayed 30:20

stays 43:17

step 13:7

stop 7:16

strike 17:6



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-04981-CAP   Document 98   Filed 04/28/22   Page 55 of 55
The Deposition of ERIC FELLOWS, taken on October 26, 2021

54

**stuff** 25:22,25

**subject** 9:12
22:12

**submit** 31:25
32:5

**suggested**
26:11

**supervision**
37:4,7

**swear** 6:5

_____
T
_____

**taking** 6:21
20:6 35:12

**talk** 23:12 26:7,
8 44:16

**talked** 11:17,
18,21 12:3 14:1
26:6

**talking** 28:5,7,
8 29:2,3,5
43:24 45:3

**team** 13:5,6,9
29:12

**team's** 20:7

**telling** 29:4
41:24

**ten** 42:9

**Tennessee**
7:20,21 24:23
28:1,13,19
29:13 35:12
40:19 43:24

**Tennessee-
virginia** 36:19

**territories**
24:23 36:19
40:19 43:25

**territory** 35:13
36:3

**testified** 9:1
34:22 41:16

**testify** 7:6

**testimony** 6:5
19:2,11 26:13

**thing** 30:5 36:6

**things** 34:11

**thought** 25:23

**tie** 32:17

**time** 7:12 16:1,
6,19 20:1 24:12
26:1,3,5 31:16
34:21 35:6
36:9,15 38:4
39:14 41:4

**timeline** 28:6

**times** 43:10

**titled** 15:5

**today** 6:19 7:5,
9 9:9 10:5
19:11 37:1

**told** 20:12,14
22:20 29:1,6,7

**top** 12:14 18:7

**transcript** 6:25

**translate** 6:24

**trip** 13:17

**true** 26:25

**truth** 6:6,7 7:6

**type** 30:4

**typically** 27:13

_____
U
_____

**Uh-huh** 29:21

**understand**
7:5,7 10:4
26:13 30:11
34:16

**understanding**
13:8 18:12,22
42:3

**upset** 36:6

_____
V
_____

**verbal** 6:22

**versus** 32:2

**violate** 32:13

**Virginia** 24:23
28:1,13,20
29:13 35:13
40:19 43:25

**Virginia-
tennessee**
36:3

**volume** 20:7

_____
W
_____

**wait** 6:25 29:20

**wanted** 25:10,
13,20,24 26:22
38:23

**Wednesday**
39:3

**weeks** 13:17

**Windmere**
7:20

**withdrawing**
28:12

**work** 10:21,23
13:9,13 21:24
29:11 35:18

**worked** 24:12
29:13

**working** 11:7

**writing** 30:8

**written** 30:12,
15 41:14

**wrong** 38:8

_____
Y
_____

**year** 16:8

**year-and-a-
half** 10:24

**years** 16:8

_____
Z
_____

**Zoom** 6:20

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com