# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-04981-CAP ) |
| BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, | ) ) ) |
| Defendant. | ) |

**CONFIDENTIALITY DESIGNATIONS FOR DEPOSITION OF CHRISTY BUNCE**

Pursuant to Paragraph 4 of the Stipulated Protective Order in this matter, Defendant designates the following portions of the transcript of the deposition of Christy Bunce as CONFIDENTIAL INFORMATION SUBJECT TO CONFIDENTIALITY ORDER.

| Location | Designation Type |
|---|---|
| 73:20-25 | Confidential |
| 75:21-25 | Confidential |
| 77:12-25 | Confidential |
| 78:4-7 | Confidential |
| 78:11-12 | Confidential |
| 122:18-125:7 | Confidential |
| 155:1-10 | Confidential |
| 157:15-157:22 | Confidential |
| 159:10-160:22 | Confidential |
| 180:17-181:10 | Confidential |
| 186:15-22 | Confidential |
| 187:2-5 | Confidential |
| 188:11-16 | Confidential |
| 189:9-12 | Confidential |
| 192:4-9 | Confidential |
| 193:6-14 | Confidential |
| 193:19-194:7 | Confidential |
| 195:14-17 | Confidential |
| 195:22-24 | Confidential |
| 201:22-202:5 | Confidential |

| Location | Designation Type |
|---|---|
| 232:10-233:1 | Confidential |
| 237:9-239:7 | Confidential |
| 257:12-15 | Confidential |
| 258:5-11 | Confidential |

This 2nd day of March, 2022.

/s/ T. Chase Ogletree
Henry M. Perlowski
Georgia Bar No. 572393
henry.perlowski@agg.com
T. Chase Ogletree
Georgia Bar No. 579860
chase.ogletree@agg.com

ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: 404-873-8684
Facsimile: 404-873-8685

*Counsel for Defendant Broker Solutions, Inc. d/b/a New American Funding*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **CONFIDENTIALITY DESIGNATIONS OF CHRISTY BUNCE** to be transmitted by electronic mail to the following counsel for Plaintiff:

THE FINLEY FIRM, P.C.
Marybeth V. Gibson
mbgibson@thefinleyfirm.com
N. Nicholas Jackson
njackson@thefinleyfirm.com

Dated: March 2, 2022  /s/ T. Chase Ogletree
T. Chase Ogletree

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN, | ) |
| *Plaintiff*, | ) ) |
| v. | ) Civil Action No. 1:20-cv-04981-CAP ) |
| BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, | ) ) ) |
| *Defendant*. | ) |

### CONFIDENTIALITY DESIGNATIONS FOR VOLUME 2 OF THE DEPOSITION OF CHRISTY BUNCE (TAKEN MARCH 31, 2022)

Pursuant to Paragraph 4 of the Stipulated Protective Order in this matter, Defendant designates the following portions of the transcript of Volume 2 of the deposition of Christy Bunce, taken on March 31, 2022, as CONFIDENTIAL INFORMATION SUBJECT TO CONFIDENTIALITY ORDER.

| Location | Designation Type |
|---|---|
| 20:4-6 | Confidential |
| 35:22-25 | Confidential |
| 39:22-40:2 | Confidential |
| 40:20-22 | Confidential |

This 25th day of April, 2022.

ARNALL GOLDEN GREGORY LLP

*/s/ T. Chase Ogletree*
Henry M. Perlowski
Georgia Bar No. 572393
henry.perlowski@agg.com
T. Chase Ogletree
Georgia Bar No. 579860
chase.ogletree@agg.com

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: 404-873-8684

Facsimile: 404-873-8685

*Counsel for Defendant Broker Solutions, Inc. d/b/a New American Funding*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **CONFIDENTIALITY DESIGNATIONS FOR VOLUME 2 OF THE DEPOSITION OF CHRISTY BUNCE (TAKEN MARCH 31, 2022)** to be transmitted by electronic mail to the following counsel for Plaintiff:

THE FINLEY FIRM, P.C.
Marybeth V. Gibson
mgibson@thefinleyfirm.com
N. Nicholas Jackson
njackson@thefinleyfirm.com

Dated: April 25, 2022                   /s/ T. Chase Ogletree
                                         T. Chase Ogletree

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>) Civil Action No. 1:20-cv-04981-CAP<br>)<br>)<br>)<br>)<br>) |

**CONFIDENTIALITY DESIGNATIONS FOR DEPOSITION OF JAN PRESLO**

Pursuant to Paragraph 4 of the Stipulated Protective Order in this matter, Defendant designates the following portions of the transcript of the deposition of Jan Preslo as CONFIDENTIAL INFORMATION SUBJECT TO CONFIDENTIALITY ORDER.

| Location | Designation Type |
|---|---|
| 69:3-72:2 | Confidential |
| 86:4-23 | Confidential |
| 87:7-88:3 | Confidential |
| 88:24-89:3 | Confidential |
| 89:9-94:1 | Confidential |
| 94:8-18 | Confidential |
| 95:11-16 | Confidential |
| 95:22-97:12 | Confidential |
| 99:13-100:19 | Confidential |
| 101:4-16 | Confidential |
| 108:7-109:8 | Confidential |
| 116:25-117:25 | Confidential |
| 119:19 | Redact "40 to 50BPS" only - Confidential |
| 121:6 | Redact "40 to 50BPS" only – Confidential |
| 123:7 | Redact "40 to 50BPS" only – Confidential |
| 123:16-125:5 | Confidential |
| 128:14-19 | Confidential |

| Location | Designation Type |
|---|---|
| 133:10-134:3 | Confidential |
| 135:17-136:12 | Confidential |
| 137:25-138:4 | Confidential |

This 2nd day of March, 2022.

/s/ T. Chase Ogletree
Henry M. Perlowski
Georgia Bar No. 572393
henry.perlowski@agg.com
T. Chase Ogletree
Georgia Bar No. 579860
chase.ogletree@agg.com

ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: 404-873-8684
Facsimile: 404-873-8685

*Counsel for Defendant Broker Solutions, Inc.
d/b/a New American Funding*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **CONFIDENTIALITY DESIGNATIONS OF JAN PRESLO** to be transmitted by electronic mail to the following counsel for Plaintiff:

> THE FINLEY FIRM, P.C.
> Marybeth V. Gibson
> mbgibson@thefinleyfirm.com
> N. Nicholas Jackson
> njackson@thefinleyfirm.com

Dated: March 2, 2022  /s/ *T. Chase Ogletree*
T. Chase Ogletree

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN, | ) |
| *Plaintiff*, | ) ) |
| v. | ) Civil Action No. 1:20-cv-04981-CAP ) |
| BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, | ) ) ) |
| *Defendant*. | ) |

## CONFIDENTIALITY DESIGNATIONS 2 OF THE DEPOSITION OF JIM MUTH

Pursuant to Paragraph 4 of the Stipulated Protective Order in this matter, Defendant designates the following portions of the deposition transcript of Jim Muth as CONFIDENTIAL INFORMATION SUBJECT TO CONFIDENTIALITY ORDER.

| Location | Designation Type |
|---|---|
| 56:14-17 | Confidential |
| 56:19-24 | Confidential |
| 92:1-6 | Confidential |
| 92:16-19 | Confidential |
| 93:13-20 | Confidential |
| 94:9-13 | Confidential |
| 94:21-24 | Confidential |
| 95:4-6 | Confidential |
| 96:15-17 | Confidential |
| 101:4-12 | Confidential |
| 103:7-10 | Confidential |
| 103:16-22 | Confidential |
| 108:15-18 | Confidential |
| 110:21-24 | Confidential |
| 119:10-20 | Confidential |
| 120:2-5 | Confidential |
| 120:15-18 | Confidential |
| 121:2-6 | Confidential |
| 121:25-122:4 | Confidential |
| 123:5-8 | Confidential |

| Location | Designation Type |
|---|---|
| 123:15-124:1 | Confidential |
| 124:11-14 | Confidential |
| 124:23-125:2 | Confidential |
| 126:22-127:6 | Confidential |
| 128:21-24 | Confidential |
| 159:5-7 | Confidential |
| 163:6-10 | Confidential |
| 167:23-168:2 | Confidential |

This 19th day of April, 2022.

ARNALL GOLDEN GREGORY LLP

*/s/ T. Chase Ogletree*
Henry M. Perlowski
Georgia Bar No. 572393
henry.perlowski@agg.com
T. Chase Ogletree
Georgia Bar No. 579860
chase.ogletree@agg.com

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: 404-873-8684
Facsimile: 404-873-8685

*Counsel for Defendant Broker Solutions, Inc. d/b/a New American Funding*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **CONFIDENTIALITY DESIGNATIONS OF THE DEPOSITION OF JIM MUTH** to be transmitted by electronic mail to the following counsel for Plaintiff:

> THE FINLEY FIRM, P.C.
> Marybeth V. Gibson
> mgibson@thefinleyfirm.com
> N. Nicholas Jackson
> njackson@thefinleyfirm.com

Dated: April 19, 2022

/s/ *T. Chase Ogletree*
T. Chase Ogletree

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN, | ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:20-cv-04981-CAP ) |
| BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, | ) ) ) |
| Defendant. | ) |

## CONFIDENTIALITY DESIGNATIONS FOR DEPOSITION OF JASON M. OBRADOVICH

Pursuant to Paragraph 4 of the Stipulated Protective Order in this matter, Defendant designates the following portions of the transcript of the deposition of Jason M. Obradovich as CONFIDENTIAL INFORMATION SUBJECT TO CONFIDENTIALITY ORDER.

| Location | Designation Type |
|---|---|
| 44:15-46:10 | Confidential |
| 47:6-49:19 | Confidential |
| 50:4-51:1 | Confidential |
| 83:25-93:25 | Confidential |
| 94:23-99:19 | Confidential |
| 104:6-106:18 | Confidential |
| 113:23-115:13 | Confidential |
| 116:10-14 | Confidential |
| 128:1-129:9 | Confidential |
| 130:5-12 | Confidential |
| 131:12-133:6 | Confidential |
| 133:16-135:1 | Confidential |
| 135:21-136:4 | Confidential |
| 137:1-138:21 | Confidential |

This 2nd day of March, 2022.

/s/ T. Chase Ogletree
Henry M. Perlowski
Georgia Bar No. 572393
henry.perlowski@agg.com

T. Chase Ogletree
Georgia Bar No. 579860
chase.ogletree@agg.com

ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: 404-873-8684
Facsimile: 404-873-8685

*Counsel for Defendant Broker Solutions, Inc. d/b/a New American Funding*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **CONFIDENTIALITY DESIGNATIONS OF JASON M. OBRADAVICH** to be transmitted by electronic mail to the following counsel for Plaintiff:

> THE FINLEY FIRM, P.C.
> Marybeth V. Gibson
> mbgibson@thefinleyfirm.com
> N. Nicholas Jackson
> njackson@thefinleyfirm.com

Dated: March 2, 2022

/s/ T. Chase Ogletree
T. Chase Ogletree

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-04981-CAP ) |
| BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, | ) ) ) |
| *Defendant.* | ) |

**CONFIDENTIALITY DESIGNATIONS FOR VOLUME 2 OF THE DEPOSITION OF JASON M. OBRADOVICH (TAKEN MARCH 29, 2022)**

Pursuant to Paragraph 4 of the Stipulated Protective Order in this matter, Defendant designates the following portions of Volume 2 of the deposition transcript of Jason M. Obradovich, taken March 29, 2022, as CONFIDENTIAL INFORMATION SUBJECT TO CONFIDENTIALITY ORDER.

| Location | Designation Type |
|---|---|
| 207:9-13 | Confidential |
| 208:1-12 | Confidential |
| 209:17-210:3 | Confidential |
| 210:12-23 | Confidential |
| 213:12-14 | Confidential |
| 213:19-214:3 | Confidential |
| 215:8-13 | Confidential |
| 228:11-23 | Confidential |

This 19th day of April, 2022.

ARNALL GOLDEN GREGORY LLP

*/s/ T. Chase Ogletree*
Henry M. Perlowski
Georgia Bar No. 572393
henry.perlowski@agg.com
T. Chase Ogletree
Georgia Bar No. 579860
chase.ogletree@agg.com

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: 404-873-8684
Facsimile: 404-873-8685

*Counsel for Defendant Broker Solutions, Inc.
d/b/a New American Funding*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **CONFIDENTIALITY DESIGNATIONS FOR VOLUME 2 OF THE DEPOSITION OF JASON M. OBRADAVICH (TAKEN MARCH 29, 2022)** to be transmitted by electronic mail to the following counsel for Plaintiff:

THE FINLEY FIRM, P.C.<br>
Marybeth V. Gibson<br>
mgibson@thefinleyfirm.com<br>
N. Nicholas Jackson<br>
njackson@thefinleyfirm.com

Dated: April 19, 2022            */s/ T. Chase Ogletree*
                                  T. Chase Ogletree