**Lex Watson**

| | |
|---|---|
| From: | Gina Spearman <Gina.Spearman@Nafinc.com> |
| Sent: | Tuesday, June 25, 2019 11:43 AM |
| To: | Lex Watson |
| Subject: | FW: Business Agreement |

Hi Lex, my father, Bob White recommended you below. Would you have a few minutes in your schedule any time in the next week or so for a brief call? Thanks in advance.



From: Bob White <bobw@venture-ga.com>
Sent: Tuesday, April 23, 2019 12:15 PM
To: Gina Spearman <Gina.Spearman@Nafinc.com>
Cc: Lex Watson <lwatson@merrittwatson.com>
Subject: Business Agreement

External Email: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gina,
I suggest you speak with Lex about your current situation. He may be able to help you achieve your desired outcome.

Robert White, President
Venture Communities
(404) 493-6030
bobw@venture-ga.com



1



PLEASE NOTE OUR NEW ADDRESS FOR VENTURE COMMUNITIES: 5500 Interstate North Parkway, Suite 150 Sandy Springs, GA 30328

MW_0000241