**Lex Watson**

| | |
|---|---|
| From: | Gina Spearman <Gina.Spearman@Nafinc.com> |
| Sent: | Friday, July 12, 2019 10:47 AM |
| To: | Lex Watson |
| Subject: | Thank you |

I wanted to thank you for taking the time to speak with Kelly and I last week. It was very helpful. Please feel free to invoice us for your time. We may contact you next week to obtain your help with an email to the owners of our company. We have some additional info to gather prior to reaching back out to you. Have a great weekend!





1

MW_0000239