**Lex Watson**

---

| | |
|---|---|
| From: | Gina Spearman <Gina.Spearman@Nafinc.com> |
| Sent: | Friday, September 13, 2019 9:06 AM |
| To: | Lex Watson |
| Cc: | Kelly Allison |
| Subject: | RE: Request for Consultation Services |

Thank you Lex! We have a proforma for the financial P&L portion. We are expecting a draft of the new employment agreement by Monday. We will forward both to you. Please give us your times available on Monday or Tuesday and we will schedule a call.



**From:** Lex Watson <lwatson@merrittwatson.com>
**Sent:** Friday, September 13, 2019 8:19 AM
**To:** Gina Spearman <Gina.Spearman@Nafinc.com>
**Cc:** Kelly Allison <Kelly.Allison@Nafinc.com>
**Subject:** RE: Request for Consultation Services

External Email: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gina:

    I would be available on Thursday and would be glad to assist you and Kelly.

    Have any written proposals or outlines been sent to you by your CFO? If so, could you please forward those to me. Perhaps we could speak on Monday or Tuesday so that I can get up to speed regarding what you and Kelly are wanting to achieve.

1

DEFENDANT'S EXHIBIT 4

MW_0000351

Lex A. Watson, II
Merritt Watson, LLP
200 Galleria Parkway, Suite 500
Atlanta, Georgia 30339
Phone (770) 952-6550
Fax   (770) 952-0028

Confidentiality Notice:

This message is being sent by or on behalf of an attorney. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information which is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

**From:** Gina Spearman [mailto:Gina.Spearman@Nafinc.com]
**Sent:** Thursday, September 12, 2019 4:03 PM
**To:** Lex Watson
**Cc:** Kelly Allison
**Subject:** Request for Consultation Services

Hi Lex, you were kind enough to help my business partner, Kelly Allison and myself with a consultation call a few months ago about our employment contract. I was originally referred to you by my father, Bob White. I received your invoice and paid it this week. We would like to request your counsel for our upcoming negotiations with our employer on a new contract for a new compensation model. We have a meeting in Atlanta with our CFO next Thursday, September 19th from 9-12. Please let me know if you would be available. We understand we may need a call or meeting prior to prepare you for the current situation. I can be reached at 404-449-4515. Thanks in advance for your consideration.



| Visit My Site | Loan Products | Pre-Qualification |

**Gina Spearman**
Regional Manager
NMLS# 152661

**Office:** (800) 450-2010 Ext. 3758
**Cell:** (404) 449-4515
**Fax:** (404) 529-4043
**Email:** Gina.Spearman@nafinc.com

**Address:** 5607 Glenridge Dr Ste. 100
Atlanta, GA 30342

**Website:** www.newamericanfunding.com

**Get Connected:**

MW_0000352

CLICK HERE TO ADD MY INFO TO YOUR CONTACTS

MW_0000353