**Lex Watson**

| | |
|---|---|
| From: | Gina Spearman <Gina.Spearman@Nafinc.com> |
| Sent: | Monday, September 16, 2019 8:26 AM |
| To: | Lex Watson |
| Cc: | Kelly Allison |
| Subject: | FW: Draft SVP Compensation agreement for Gina and Kelly |
| Attachments: | Schedule 1 Template- Low-Mid BPS.docx |

Lex, attached is a draft of the new proposed employment agreement based on the new P&L model comp structure. Kelly and I will send you our current complete agreements later this morning as the ones we sent previously may not have included all schedules. Please let us know what times you are available for a call tomorrow. Thank you!



From: Jan Preslo <Jan.Preslo@Nafinc.com>
Sent: Friday, September 13, 2019 5:20 PM
To: Kelly Allison <Kelly.Allison@Nafinc.com>; Gina Spearman <Gina.Spearman@Nafinc.com>
Cc: Jon Reed (EVP Retail) <Jon.Reed@Nafinc.com>; Jan Preslo <Jan.Preslo@Nafinc.com>
Subject: Draft SVP Compensation agreement for Gina and Kelly

Hi Kelly and Gina,

Attached is the **draft document** to forward to your attorney today to start reviewing. The percentages and growth numbers are not shown but are fillable areas. The reserve amount will also be updated based on the final plan you select. The designated NAF attorney in legal preparing this document is out of the office today. I was given permission to forward the attached to you. Each Division will also have it is own P&P addendum which will include marketing and other items specific to the Division.

1



MW_0000354

  



**Jan Preslo**
Executive VP, Retail Production
NMLS# 485771

**Office:** (800) 450-2010 Ext. 5980
**Cell:** (310) 991-8079
**Fax:** (949) 271-0576
**Email:** jan.preslo@nafinc.com

**Website:** www.newamericanfunding.com

CLICK HERE TO ADD MY INFO TO YOUR CONTACTS

CLICK HERE TO ADD MY INFO TO YOUR CONTACTS