**Lex Watson**

| | |
|---|---|
| **From:** | Lex Watson |
| **Sent:** | Wednesday, September 18, 2019 2:19 PM |
| **To:** | Gina Spearman |
| **Cc:** | Kelly Allison; Sarah Laprade |
| **Subject:** | RE: P&L Call |

Gina:

Understood - and I assume that even though the P&L refers to the "Branch Margins" and Branch Expenses, it really is setting forth the Regional margins, expenses, etc.

As for the actual numbers, I noticed that some items that you would think would be fairly fixed from month to month (*i.e.*, office rent, internet service, etc.) vary up to $20,000 from one month to the next (going both up and down). Also, some of the numbers do not make sense (*i.e.*, a $7 expense for local phone service in the month of January?). I assume that a number of the items (salaries, loan origination costs, and the items listed under "Total Office and Admin") would be compiled / tracked at the regional level and therefore would be readily available to you - is that a correct assumption?

Do you have any prior information that would explain / illustrate how they arrived at the Corporate Allocation to your branch/region? The spreadsheet shows an average corporate allocation of $635,076 per month - which would translate to $7,620,912 per year allocated to your region - or why it rose by $300,000 per month from January to July. Are some of the personnel at Corporate paid based upon the loan volume/revenue volume?

Lex A. Watson, II
Merritt Watson, LLP
200 Galleria Parkway, Suite 500
Atlanta, Georgia 30339
Phone (770) 952-6550
Fax   (770) 952-0028

Confidentiality Notice:

This message is being sent by or on behalf of an attorney. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information which is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

**From:** Gina Spearman [mailto:Gina.Spearman@Nafinc.com]
**Sent:** Wednesday, September 18, 2019 1:19 PM
**To:** Lex Watson
**Cc:** Kelly Allison; Sarah Laprade
**Subject:** RE: P&L Call

1



MW_0000167

Lex, attached is the ytd thru July rolling P&L statement provided to us. We have many questions about the accuracy of the numbers. Thanks



**From:** Lex Watson <lwatson@merrittwatson.com>
**Sent:** Wednesday, September 18, 2019 9:13 AM
**To:** Gina Spearman <Gina.Spearman@Nafinc.com>
**Cc:** Kelly Allison <Kelly.Allison@Nafinc.com>; Sarah Laprade <Sarah.Laprade@Nafinc.com>
**Subject:** RE: P&L Call

External Email: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gina:

    One further thing, the compensation schedule refers to a document named the "Regional Performance Bonus Policy and Procedure" which is supposed to set forth the manner in which NAF computes the Region's profits and losses. Do you have a copy of that document? If so, can you forward it to me?

Thanks,

Lex A. Watson, II
Merritt Watson, LLP
200 Galleria Parkway, Suite 500
Atlanta, Georgia 30339
Phone (770) 952-6550
Fax   (770) 952-0028

MW_0000168

Case 1:20-cv-04981-CAP   Document 111-8   Filed 05/02/22   Page 3 of 8

Confidentiality Notice:

This message is being sent by or on behalf of an attorney. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information which is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

**From:** Gina Spearman [mailto:Gina.Spearman@Nafinc.com]
**Sent:** Tuesday, September 17, 2019 2:35 PM
**To:** Lex Watson
**Cc:** Kelly Allison; Sarah Laprade
**Subject:** FW: P&L Call

Please see grid below



**From:** Scott Frommert <Scott.Frommert@Nafinc.com>
**Sent:** Thursday, September 12, 2019 12:03 PM
**To:** Kelly Allison <Kelly.Allison@Nafinc.com>; Gina Spearman <Gina.Spearman@Nafinc.com>
**Cc:** Jan Preslo <Jan.Preslo@Nafinc.com>; Jon Reed (EVP Retail) <Jon.Reed@Nafinc.com>
**Subject:** P&L Call

Please see below for our call

MW_0000169

| SE | Option 1 | | | Option 2 | | | Option 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | High BPS & Low % | | | Mid BPS & Mid % | | | Low BPS & High % | | | |
| **NO GROWTH** | BPS Earned | 27.5 | | BPS Earned | 20.0 | | BPS Earned | 10.0 | | |
| | Split | 5.0% | | Split | 32.5% | | Split | 50.0% | Current Plan | |
| | | | | | | | | | $ | 4,877 |
| | SVP Comp | 2020 | | SVP Comp | 2020 | | SVP Comp | 2020 | | |
| | Worse | 4,218,185 | -14% | Worse | 4,226,516 | -13% | Worse | 4,162,692 | -15% | |
| | Base | 4,308,185 | -12% | Base | 4,811,516 | -1% | Base | 5,062,692 | 4% | |
| | Better | 4,398,185 | -10% | Better | 5,396,516 | 11% | Better | 5,962,692 | 22% | |
| | High BPS & Low % | | | Mid BPS & Mid % | | | Low BPS & High % | | | |
| **3% GROWTH** | BPS Earned | 27.5 | | BPS Earned | 20.0 | | BPS Earned | 10.0 | | |
| | Split | 7.5% | | Split | 35.0% | | Split | 52.5% | Current Plan | |
| | | | | | | | | | $ | 5,154 |
| | SVP Comp | 2020 | | SVP Comp | 2020 | | SVP Comp | 2020 | | |
| | Worse | 4,577,819 | -11% | Worse | 4,791,224 | -7% | Worse | 4,874,473 | -5% | |
| | Base | 4,712,819 | -9% | Base | 5,421,224 | 5% | Base | 5,819,473 | 13% | |
| | Better | 4,847,819 | -6% | Better | 6,051,224 | 17% | Better | 6,764,473 | 31% | |
| | High BPS & Low % | | | Mid BPS & Mid % | | | Low BPS & High % | | | |
| **6% GROWTH** | BPS Earned | 27.5 | | BPS Earned | 20.0 | | BPS Earned | 10.0 | | |
| | Split | 10.0% | | Split | 37.5% | | Split | 55.0% | Current Plan | |
| | | | | | | | | | $ | 5,443 |
| | SVP Comp | 2020 | | SVP Comp | 2020 | | SVP Comp | 2020 | | |
| | Worse | 4,945,928 | -9% | Worse | 5,322,005 | -2% | Worse | 5,578,259 | 2% | |
| | Base | 5,125,928 | -6% | Base | 5,997,005 | 10% | Base | 6,568,259 | 21% | |
| | Better | 5,305,928 | -3% | Better | 6,672,005 | 23% | Better | 7,558,259 | 39% | |
| Reserve | $ | 100,000 | | $ | 250,000 | | $ | 500,000 | | |

* Growth is measure off of funded purchase production compare to previous year
* Growth factor to be measured annually and paid out as bonus after year close. Year 1 growth 1/1/2020 to 12/31/2020
* Connect paid at 10 on high bps, 0 on others, accounted for in math

Thank you,

**Scott Frommert**
*Chief Financial Officer*



**New American Funding**
14511 Myford Rd., Suite 100
Tustin, CA 92780

Direct: 800 450-2010 x 7059
Direct: 949 440-1825
Fax:    949 266-9129
Email   Scott.Frommert@nafinc.com
Web:    www.newamericanfunding.com

4



**CONFIDENTIALITY NOTICE**

This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proscribed. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

MW_0000171

Case 1:20-cv-04981-CAP   Document 111-8   Filed 05/02/22   Page 6 of 8



Rolling P&L Statement (01/19-07/19)

| | Expense Code | Expense Name | | 2019/01/01 | 2019/02/01 | 2019/03/01 | 2019/04/01 | 2019/05/01 | 2019/06/01 | 2019/07/01 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Funded Volume | | | | 68,574,689 | 87,363,926 | 124,133,207 | 133,376,529 | 161,326,440 | 145,314,690 | 187,224,327 | 907,313,808 |
| Funded Units | | | | 386 | 474 | 622 | 680 | 834 | 743 | 905 | 4,644 |
| Rate Sheet Margin | | | $ | 3,040,186 | 3,852,945 | 5,664,085 | 5,953,290 | 7,069,741 | 6,270,491 | 7,975,639 | 39,826,379 |
| Specified Pool Pay-up | | | | 156,027 | 217,950 | 278,930 | 304,252 | 432,158 | 302,189 | 367,123 | 2,058,632 |
| Fee Revenue | | | | 419,242 | 512,290 | 647,882 | 722,169 | 876,357 | 757,729 | 932,547 | 4,868,218 |
| | | GPM Total | $ | 3,615,455 | 4,583,185 | 6,590,897 | 6,979,711 | 8,378,256 | 7,330,409 | 9,275,309 | 46,753,229 |
| Price Exceptions | | | $ | 492,286 | 767,364 | 1,094,810 | 1,119,187 | 1,281,960 | 1,145,862 | 1,581,283 | 7,482,755 |
| NET PRICING MARGIN | | | | 3,123,169 | 3,815,821 | 5,496,087 | 5,860,524 | 7,096,296 | 6,184,547 | 7,694,026 | 39,270,474 |
| | | | | | | | | | | | |
| **Direct Loan Costs** | | | | | | | | | | | |
| Commissions | | | $ | 1,338,433 | 1,685,129 | 2,401,010 | 2,473,890 | 2,959,618 | 2,770,623 | 3,424,611 | 17,053,320 |
| **Loan Origination Expense** | | | $ | | | | | | | | |
| | 1000009 | Operations Management & Administration | | 23,249 | 23,328 | 28,320 | 28,125 | 34,290 | 30,330 | 30,821 | 198,463 |
| | 1000010 | Processing | | 364,136 | 315,150 | 365,218 | 398,297 | 503,913 | 444,834 | 648,041 | 3,039,592 |
| | 1000011 | Underwriting | | 260,250 | 255,744 | 313,880 | 338,125 | 466,344 | 412,488 | 476,476 | 2,523,307 |
| | 1000012 | Funding | | 73,564 | 76,032 | 97,940 | 96,875 | 121,920 | 107,840 | 133,280 | 707,451 |
| | 1000013 | Post Closing | | 59,684 | 53,568 | 67,260 | 71,250 | 85,344 | 75,488 | 87,465 | 500,059 |
| | 1000014 | MERS, Encompass, & OB | | 34,700 | 43,200 | 59,000 | 62,500 | 76,200 | 67,400 | 83,300 | 426,300 |
| | 1000015 | Warehouse Line Cost | | 20,820 | 25,920 | 35,400 | 37,500 | 45,720 | 40,440 | 49,980 | 255,780 |
| | 1000016 | Repurchase Reserve | | 10,410 | 12,960 | 17,700 | 18,750 | 26,670 | 23,590 | 29,155 | 139,235 |
| | 1000017 | Actual Early Payoff Expense | | 5,672 | 0 | 0 | 2,686 | 16,795 | 7,996 | 7,996 | 41,145 |
| | 1000018 | Other | | 0 | 0 | 0 | 0 | 29,682 | 0 | 0 | 29,682 |
| | | **Total Loan Origination Expense** | $ | 852,486 | 805,902 | 984,718 | 1,054,108 | 1,406,878 | 1,210,406 | 1,546,514 | 7,861,015 |
| | | | | | | | | | | | |
| **Total Direct Loan Costs** | | | $ | 2,190,919 | 2,491,031 | 3,385,728 | 3,527,998 | 4,366,496 | 3,981,029 | 4,971,125 | 24,914,335 |
| GOSS MARGIN | | | | 932,250 | 1,322,790 | 2,110,359 | 2,332,525 | 2,729,800 | 2,203,517 | 2,722,901 | 14,356,139 |
| | | | | | | | | | | | |
| **Branch Expenses** | | | | | | | | | | | |
| **Net Unrecovered Loan Fees** | | | | | | | | | | | |
| | 55281 | Verification Fees | $ | (31,679) | (42,399) | (53,117) | (62,014) | (40,541) | (34,728) | (47,864) | (312,345) |
| | 55600 | Credit Report (Only) Expense | | (7,052) | (8,540) | (11,568) | (12,564) | (15,138) | (13,512) | (16,573) | (84,947) |
| | 1000026 | Unrecovered Loan Fees | | 130,358 | 177,617 | 205,567 | 212,602 | 236,451 | 213,748 | 244,746 | 1,421,092 |
| | | **Net Unrecovered Loan Fees** | $ | 91,626 | 126,678 | 140,882 | 138,023 | 180,772 | 165,507 | 180,307 | 1,023,799 |
| | | | | | | | | | | | |
| **Total Branch Compensation** | | | | | | | | | | | |
| | 1000002 | Branch Salaries | $ | 327,000 | 295,620 | 308,994 | 328,009 | 354,861 | 325,139 | 342,583 | 2,282,208 |
| | 1000020 | Branch Overtime | | 19,628 | 14,333 | 21,466 | 26,273 | 26,479 | 24,038 | 29,442 | 161,662 |
| | 1000003 | Unrecovered Advance Draws | | 30,401 | 0 | 15,793 | (10,559) | 0 | 25,760 | (5,182) | 56,213 |
| | 1000027 | Unearned Branch Guarantees | | 97,484 | 75,543 | 73,364 | 76,076 | 49,201 | 36,956 | 59,339 | 467,967 |
| | | **Total Branch Compensation** | $ | 474,515 | 385,497 | 419,618 | 419,800 | 430,541 | 411,895 | 426,182 | 2,968,051 |
| | | | | | | | | | | | |
| **Total Regional Compensation** | | | | | | | | | | | |
| | 1000205 | Regional Salaries | $ | 47,317 | 41,750 | 46,584 | 56,345 | 48,080 | 41,853 | 73,965 | 355,897 |
| | 1000024 | Health Care Adjustment | | 57,044 | 56,118 | 62,595 | 68,385 | 77,216 | 62,744 | 79,756 | 463,861 |
| | | **Total Regional Compensation** | $ | 104,362 | 97,868 | 109,179 | 124,730 | 125,296 | 104,598 | 153,722 | 819,758 |
| | | | | | | | | | | | |
| **Total Office & Admin** | | | | | | | | | | | |
| | 67100 | Seminar & Training | $ | - | 0 | 0 | 0 | 0 | 84 | 0 | 84 |
| | 84100 | Office Relocation Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 200 | 200 |
| | 75700 | Conference & Registration Fees | | 0 | 0 | 112 | 87 | 0 | 0 | 0 | 200 |
| | 76100 | Computer Software | | 0 | 0 | 0 | 0 | 4,836 | 5,064 | 4,885 | 14,785 |
| | 70024 | Printer Toner | | 6,785 | 5,100 | 6,916 | 1,773 | 3,449 | 4,409 | 5,042 | 33,477 |
| | 70028 | Signage | | 10,734 | 1,949 | 462 | 505 | 8,443 | 463 | 6,943 | 29,502 |

Page 1/7

| Code | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 71010 | Parking | 2,250 | 2,490 | 2,520 | 2,340 | 2,235 | 2,250 | 16,425 |
| 71020 | Janitorial | 6,215 | 4,675 | 4,847 | 6,935 | 6,495 | 6,060 | 40,732 |
| 71100 | License & Permits | 17,329 | 4,300 | (1,627) | (1,268) | (3,140) | 159 | 11,422 |
| 71205 | Asa Fees | 2,730 | 1,986 | 2,638 | 2,595 | 1,752 | 4,200 | 17,765 |
| 71206 | Desk Rental | 3,640 | 3,640 | 3,390 | 4,119 | 3,927 | 4,177 | 27,613 |
| 71210 | Office Meals | 597 | 293 | 1,291 | 469 | 826 | 527 | 5,663 |
| 71220 | Office Supplies | 6,474 | 5,712 | 4,651 | 10,447 | 4,133 | 7,615 | 44,332 |
| 71250 | Company Parties | 0 | 2,616 | 0 | 0 | 0 | 0 | 2,616 |
| 71270 | Employee Relations | 376 | 631 | 0 | 537 | 294 | 431 | 3,151 |
| 71200 | Office Expense | 14,179 | 15,529 | 10,912 | 13,085 | 2,888 | 14,508 | 85,906 |
| 71600 | Printing & Reproduction | 2,636 | 21 | 305 | 0 | 0 | 0 | 2,962 |
| 71610 | Shredding | 1,707 | 2,176 | 1,306 | 1,611 | 2,180 | 1,516 | 12,217 |
| 71675 | Overnight & Courier Delivery | 3,271 | 4,817 | 4,596 | 2,230 | 3,995 | 2,920 | 24,194 |
| 71900 | Dues & Subscriptions | 5,422 | 7,315 | 149 | 155 | 249 | 187 | 19,479 |
| 72100 | Equipment Rental & Leases | 0 | 102 | 102 | 0 | 0 | 0 | 307 |
| 72150 | Repair & Maintenance | 3,164 | 1,965 | 1,456 | 1,330 | 1,085 | 856 | 11,447 |
| 72200 | Utilities | 5,597 | 4,518 | 2,927 | 3,720 | 4,813 | 5,203 | 29,936 |
| 72210 | Internet Service | 17,235 | 10,434 | 12,661 | 9,946 | 10,746 | 12,192 | 85,466 |
| 72251 | Telephone - Local | 7 | 35 | 25 | 17 | 33 | 3 | 162 |
| 72295 | Telephone Equipment | 480 | 800 | 160 | 960 | 160 | 160 | 2,720 |
| 72350 | Property and Liability Insurance | 114 | 0 | 86 | 0 | 0 | 0 | 200 |
| 75600 | Meals | 1,090 | 1,556 | 6,050 | 39 | 1,746 | 3,881 | 18,469 |
| 75650 | Entertainment | 0 | 0 | 0 | 0 | 0 | 0 | 341 |
| 76150 | Computer Hardware | 10,880 | 15,810 | 6,930 | 15,030 | 2,740 | 2,200 | 71,680 |
| 76190 | Printer Maintenance | 375 | 4,133 | 3,298 | 3,067 | 3,252 | 1,725 | 16,241 |
| 76300 | Computer Support / Consultants | 2,223 | 3,228 | 12,211 | 865 | 1,226 | 0 | 21,835 |
| 76600 | Security (Physical) - Monitoring | 181 | 146 | 231 | 476 | 898 | 2,045 | 4,695 |
| 79820 | Gifts | 0 | 0 | 258 | 526 | 0 | 0 | 785 |
| 1000204 | Other Regional Expenses | 29,452 | 41,986 | 57,376 | 79,723 | 58,348 | 64,963 | 379,270 |
| 1000025 | Branch CapEx Roll | 3,532 | 3,774 | 4,100 | 4,849 | 6,327 | 6,905 | 35,609 |
| 1000029 | EPO Amortization | 0 | 0 | 0 | 0 | (5,930) | (5,263) | (26,589) |
| | **Total Office & Admin** | $ 158,686 | 151,747 | 150,350 | 166,178 | 139,751 | 122,099 | 156,499 | 1,045,312 |

**Total Marketing**

| Code | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 70245 | Marketing - Subscription | $ - | 325 | 0 | 271 | 0 | 0 | 596 |
| 70110 | Marketing - Events | 8,477 | 12,760 | 10,605 | 3,955 | 2,057 | 2,084 | 42,317 |
| 70120 | Marketing - Leads | 0 | 0 | 0 | 0 | 75 | 1,114 | 1,189 |
| 70200 | Marketing - Postage | 0 | 55 | 33 | 0 | 268 | 67 | 423 |
| 70260 | Marketing - Billboards | 2,865 | 2,865 | 1,815 | 0 | 0 | 400 | 7,945 |
| 70300 | Marketing - Supplies | 8,734 | 3,162 | 2,954 | 5,528 | 1,246 | 4,032 | 28,238 |
| 70345 | Marketing - Marketing Ledger | 0 | 0 | 0 | 132 | 5,515 | 3,209 | 13,162 |
| 70350 | Marketing - Misc. | 3,872 | 1,595 | 2,100 | 909 | 3,195 | 366 | 13,646 |
| 70400 | Advertising | 1,655 | 443 | 1,086 | 42 | 443 | 62 | 4,233 |
| 1000023 | Employee Expense Reimbursement | 0 | 0 | 0 | 0 | (1,367) | 0 | (1,367) |
| | **Total Marketing** | $ 25,603 | 21,206 | 18,595 | 10,839 | 10,345 | 11,338 | 110,387 |

**Total Rent**

| Code | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 71000 | Rent Expense | 155,960 | 158,219 | 170,907 | 157,263 | 179,850 | 163,241 | 169,378 | 1,154,820 |
| | **Total Rent** | $ 155,960 | 158,219 | 170,907 | 157,263 | 179,850 | 163,241 | 169,378 | 1,154,820 |

**Total Travel**

| Code | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 75100 | Travel - Air Fare | $ 2,967 | 1,383 | 740 | 1,421 | 3,861 | 3,972 | 1,596 | 15,942 |
| 75200 | Travel - Lodging | 1,719 | 2,070 | 3,907 | 1,963 | 5,300 | 6,596 | 6,081 | 27,639 |
| 75250 | Travel - Meals | 632 | 300 | 298 | 291 | 1,343 | 184 | 692 | 3,743 |
| 75300 | Travel - Car Rental | 619 | 139 | 187 | 1,017 | 1,896 | 1,114 | 1,442 | 6,417 |
| 75400 | Travel - Tolls & Parking | 396 | 76 | 119 | 24 | 150 | 89 | 152 | 1,006 |
| 75500 | Travel - Other | 939 | 1,138 | 822 | 593 | 958 | 2,429 | 1,752 | 8,634 |
| | **Total Travel** | $ 7,274 | 5,107 | 6,075 | 5,312 | 13,511 | 14,385 | 11,718 | 63,385 |
| | **Total Branch Expenses** | $ 1,018,029 | 946,325 | 1,015,610 | 1,022,148 | 1,080,068 | 994,187 | 1,109,146 | 7,185,516 |

| Corporate Allocation | 1000006 | Corporate Allocation | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Corporate- Regional Expenses | | | $ | 516,476 | 601,907 | 533,786 | 611,334 | 691,744 | 673,627 | 816,657 | 4,445,534 |
| | | | $ | 516,476 | 601,907 | 533,786 | 611,334 | 691,744 | 673,627 | 816,657 | 4,445,534 |