**Lex Watson**

| | |
|---|---|
| From: | Gina Spearman <Gina.Spearman@Nafinc.com> |
| Sent: | Monday, October 7, 2019 6:27 PM |
| To: | Lex Watson |
| Cc: | Kelly Allison |
| Subject: | Re: Compensation Schedules |

Hi Lex, thanks for checking in. We have sent your recommended changes to Scott and Jon. Corporate is going to delay the implementation of the P&L comp model until March of next year in order to improve the P&L transparency. We will be working with them on the agreement in the meantime. Thanks for all of your advice and recommendations and we will keep you posted.

Gina Spearman
Regional Manager
New American Funding
404-449-4515

On Oct 7, 2019, at 3:54 PM, Lex Watson <lwatson@merrittwatson.com> wrote:

> External Email: Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Gina:
>
> I was just checking to see if you and Kelly had had an opportunity to review the changes / modifications that I made to the employment schedules. I know that at the meeting both of you expressed reservations regarding the compensation modifications because of the possibility of the modifications changing the manner in which you conduct your business and your control over the manner in which business decisions are made – and I wanted to check to see if you wanted to have the revised documents sent on to Scott and Jon, or if you and Kelly have decided either to (i) stick with the current compensation scheme (so as to minimize or eliminate the potential control issue), or (ii) explore other business avenues.
>
> Lex A. Watson, II
> Merritt Watson, LLP
> 200 Galleria Parkway, Suite 500
> Atlanta, Georgia 30339
> Phone (770) 952-6550
> Fax   (770) 952-0028

Confidentiality Notice:

This message is being sent by or on behalf of an attorney. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information which is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

1



MW_0000175