**Lex Watson**

| | |
|---|---|
| From: | Sarah Laprade <Sarah.Laprade@Nafinc.com> |
| Sent: | Thursday, February 13, 2020 11:22 AM |
| To: | Lex Watson |
| Cc: | Kelly Allison; Gina Spearman |
| Subject: | Kelly Allison/Gina Spearman Compensation Change Offer |
| Attachments: | ALLISON - Schedule 1, CLEAN (2-12-20).docx; SPEARMAN Schedule 1, CLEAN (2-12-20).docx; Kelly Signed Revised Final NAF 11-29-16.pdf |

Hi Lex,
Kelly and Gina have been presented with the attached final documents for the compensation change with proposed effective date of March 1, 2020.

- They are attached here labeled Allison- Schedule 1, CLEAN and Spearman-Schedule 1 CLEAN

Can you please review the new proposal with the original contract that is already in place to advise us on what is at risk in the original contract to be null and void?
A couple items we are specifically concerned about are the 120 day compensation due to Kelly and Gina upon separation, the list of people excluded on the non-solicit as we brought them with us when we joined, etc.
We would also like for you to redline the new proposed agreement with terms and conditions that are in Kelly and Gina's final agreement.

I have also attached Kelly's final original agreement here for easy reference.
Gina stated that you have her final agreement on file from the last time we reviewed this.

Also- Do you have time for a call today to review this?
As you can see they not given us much time to review and sign with an effective date on March 1

Thank you in advance for your time.

Thank you,

**Sarah Laprade**
Executive Assistant to Kelly Allison


**New American Funding**
5607 Glenridge Drive #100
Atlanta, GA 30342

Direct: 800 450-2010 x 3785
Direct: 770 870-5119
Fax:    404 745-8354
Email  Sarah.Laprade@nafinc.com
Web:   www.newamericanfunding.com

 

CONFIDENTIALITY NOTICE

This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

1



MW_0000144