**Lex Watson**

| | |
|---|---|
| From: | Gina Spearman <Gina.Spearman@Nafinc.com> |
| Sent: | Tuesday, February 18, 2020 9:13 AM |
| To: | Lex Watson |
| Cc: | Kelly Allison; Sarah Laprade |
| Subject: | FW: Updated Schedule 1 |
| Attachments: | SPEARMAN - Updated Schedule 1 (Effective 3-1-20).pdf |

Lex, late Friday CFO, Scott Frommert sent this revised agreement and the changes are outlined in the body of his email.



**From:** Scott Frommert <Scott.Frommert@Nafinc.com>
**Sent:** Friday, February 14, 2020 1:45 PM
**To:** Gina Spearman <Gina.Spearman@Nafinc.com>
**Cc:** Jon Reed (EVP Retail) <Jon.Reed@Nafinc.com>; Jan Preslo <Jan.Preslo@Nafinc.com>
**Subject:** Updated Schedule 1

I had this updated to include the below.

- Definition of region to be actively managed areas
- 120 days from contract you have added. This is for term without cause and pays 20bps. I cannot pay full P&L. This would be all loans in pipeline for 120 days after term at 20BPS
- Secondary marketing issue loans is defined
- Client Connect is defined
- 30 days' notice on change of eligible product

1



MW_0000149

- 30 days' notice on change of compensation
- Clarification the period for growth is 3/1/19-12/31/19 compared to same for 2020

We can hop back on a call to review if you would like? Otherwise I think this was everything we discussed.

Thank you,

**Scott Frommert**
*Chief Financial Officer*



**New American Funding**
14511 Myford Rd., Suite 100
Tustin, CA 92780

Direct: 800 450-2010 x 7059
Direct: 949 440-1825
Fax:    949 266-9129
Email   Scott.Frommert@nafinc.com
Web:    www.newamericanfunding.com

**CONFIDENTIALITY NOTICE**

This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.