IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN, <br><br> Plaintiff, <br><br> v. <br><br> BROKER SOLUTIONS, INC., d/b/a NEW AMERICAN FUNDING, <br><br> Defendant. | Case No. 1:20-cv-04981-CAP |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
OBJECTIONS AND MOTION TO DISREGARD**

COMES NOW, Gina Spearman, Plaintiff in the above-styled civil action, and, responds to Defendant's Motion to Strike (Doc. 141) as follows:

Given that the Motions for Summary Judgment have been submitted to the Court for consideration, and out of respect for the Court's time, Plaintiff withdraws her Reply to the Statement of Material Facts (Doc. 137-4) as opposed to seeking leave to file.

This 15th day of June, 2022.

/s/ *MaryBeth V. Gibson*
MARYBETH V. GIBSON
mgibson@thefinleyfirm.com
Georgia Bar No. 725843
TRAVIS C. HARGROVE
thargrove@thefinleyfirm.com
Georgia Bar No. 141374
N. NICKOLAS JACKSON
njackson@thefinleyfirm.com

1

                Georgia Bar No. 841433
                **THE FINLEY FIRM, P.C.**
                3535 Piedmont Road
                Building 14, Suite 230
                Atlanta, GA 30305
                Telephone: (404) 320-9979
                Facsimile: (404) 320-9978
                *Counsel for Plaintiff.*

## **CERTIFICATE OF SERVICE & COMPLIANCE**

I hereby certify that on this date I served the foregoing **Response to Defendant's Objections and Motion to Strike** via the CM/ECF system, which will automatically provide-email notification and service of such filing to counsel of record for all parties registered with the Court for electronic filing, as follows:

Henry M. Perlowski
Henry.Perlowski@agg.com
T. Chase Ogletree
Chase.Ogletree@agg.com
**ARNALL GOLDEN GREGORY LLP**
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363

This 15th day of June, 2022.

I further certify that the foregoing pleading has been prepared with Times New Roman, 14-point font, in compliance with L.R. 5.1B.

                                                 */s/ MaryBeth V. Gibson*
                                                 MARYBETH V. GIBSON