# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN,<br><br>    Plaintiff,<br><br>v.<br><br>NEW AMERICAN FUNDING, LLC<br>f/k/a BROKER SOLUTIONS, INC.<br>d/b/a NEW AMERICAN FUNDING,<br><br>    Defendant. | Case No. 1:20-cv-04981-CAP |

## DEFENDANT'S NOTICE OF NAME CHANGE

Broker Solutions, Inc. d/b/a New American Funding hereby notifies the Court and opposing counsel that it recently transformed its legal form from a corporation to a limited liability company and, accordingly, changed its name to New American Funding, LLC ("NAF").

Further, to avoid any confusion as to the effectiveness or applicability of pleadings, orders, and the like in this civil action, NAF respectfully requests that the Clerk change the case caption to reflect its new name as "New American Funding, LLC f/k/a Broker Solutions, Inc. d/b/a New American Funding."

Respectfully submitted, this 14th day of March, 2023.

/s/ Henry M. Perlowski
Henry M. Perlowski
Georgia Bar No. 572393
T. Chase Ogletree
Georgia Bar No. 579860

**ARNALL GOLDEN GREGORY LLP**
171 17th Street, N.W.,
Suite 2100
Atlanta, Georgia 30363
Telephone: (404)-873-8684
Facsimile: (404)-320-9978
Henry.Perlowski@agg.com
Chase.Ogletree@agg.com

*Counsel for Defendant Broker Solutions, Inc. d/b/a New American Funding*

4891-5808-9303.v1

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this pleading was prepared using Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1(C).

Dated: March 14, 2023.

*s/Henry M. Perlowski*
Henry M. Perlowski
Georgia Bar No. 572393

*Counsel for New American Funding, LLC*

4891-5808-9303.v1