# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GINA SPEARMAN, <br><br> Plaintiff, <br><br> v. <br><br> NEW AMERICAN FUNDING, LLC f/k/a BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, <br><br> Defendant. | Case No. 1:20-cv-04981-CAP |

## NOTICE OF LEAVE OF ABSENCE

Pursuant to Local Rule 83.1(E)(4), Henry M. Perlowski, of the law firm of Arnall Golden Gregory LLP, respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing counsel, that he will be on leave for on the following dates:

| **Dates of Leave** | **Purpose of Leave** |
|---|---|
| May 26 – June 2, 2023 | International Travel |
| October 10 – October 20, 2023 | International Business Travel |

2

Respectfully submitted, this 17th day of March, 2023.

/s/ Henry M. Perlowski
Henry M. Perlowski
Georgia Bar No. 572393

**ARNALL GOLDEN GREGORY LLP**
171 17th Street, N.W.,
Suite 2100
Atlanta, Georgia 30363
Telephone: (404)-873-8684
Facsimile: (404)-320-9978
Henry.Perlowski@agg.com

*Counsel for Defendant Broker Solutions, Inc d/b/a New American Funding*